IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA BIRD, CLARE COETZER, SPENCER LEE, LAUREN ROSE, DANIELLE SNIDER, ERIKA WESLEY, "B.A.", "D.A.", "S.B.", "D.C.", "P.E.", "B.G.", "W.M.", "C.S.", "L.S.", "G.T.", on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States, named in his official Capacity, as head of the Department of Justice,<br><br>Defendant. | Civil Action No. 1:19-CV-1581 (KBJ)<br><br>Judge: Ketanji Brown Jackson |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FOR PROTECTION FROM RETALIATION

Plaintiffs respectfully request that this Court enter a preliminary injunction to protect the Plaintiffs and witnesses in this action from ongoing retaliation. For the reasons set forth in Plaintiffs' accompanying memorandum, Plaintiffs are likely to prevail in establishing they have been subjected to retaliation, will suffer irreparable harm in the absence of an injunction, and both the public interest and balance of the equities weigh in favor of granting the requested injunction.

Plaintiffs attempted to resolve their retaliation concerns through the internal complaint process, which was unsuccessful. Prior to filing this motion, counsel for Plaintiffs contacted counsel for Defendant, who entered his appearance on July 29, 2019. While counsel spoke by telephone on July 30 and August 1, 2019, we were unable to reach agreement on this request.

| | |
|---|---|
| August 2, 2019 | Respectfully submitted, |

                                                      */s/Christine E. Webber*
Joseph M. Sellers (#318410)
Christine E. Webber (#439368)
Stacy Cammarano, DC Bar #1510736
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
scammarano@cohenmilstein.com

David J. Shaffer #413484
5012 Aurora Dr.
Kensington, Maryland 20895
Phone:  202-210-7424
E-Mail: davidshaffer511@gmail.com

*Attorneys for Plaintiffs*