IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA BIRD, CLARE COETZER, SPENCER LEE, LAUREN ROSE, DANIELLE SNIDER, ERIKA WESLEY, "B.A.", "D.A.", "S.B.", "D.C.", "P.E.", "B.G.", "W.M.", "C.S.", "L.S.", "G.T.", on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States, named in his official Capacity, as head of the Department of Justice,<br><br>Defendant. | Civil Action No. 1:19-CV-1581 (KBJ)<br><br>Judge: Ketanji Brown Jackson |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FOR PROTECTION FROM RETALIATION**

**EXHIBIT INDEX**

Exhibit 1: Declaration of Erika Wesley in Support of Plaintiff's Motion for Preliminary Injunction

    Exhibit A: Erika Wesley form FD-856 [REDACTED]

    Exhibit B: Wesley email re EEO retaliation process, June 6, 2019

    Exhibit C: Wesley to Martinez email re OIC, June 6, 2019

    Exhibit D: Wesley to Braun email re accommodations process, July 12, 2019

    Exhibit E: Erika Wesley Reasonable Accommodation request medical inquiry form [REDACTED]

    Exhibit F: Erika Wesley DOJ Complaint of Discrimination

Exhibit 2: Declaration of David Shafer in Support of Plaintiff's Motion for Preliminary Injunction

    Exhibit A: Shaffer to Boente et al email re Bird v Barr class action, May 9, 2019

    Exhibit B: Shaffer to Tang email re Mary Martinez Retaliation

1

    Exhibit C: Shaffer to Bessee email re Bird v Barr class action, July 20, 2019

    Exhibit D: Shaffer-Bessee email thread re Bird v Barr class action, July 11, 2019

    Exhibit E: Shaffer-Bessee email thread re Bird v Barr class action, July 26, 2019

    Exhibit F: EXHIBIT F Williams to Martinez email re formal complaint filing, July 25, 2019

Exhibit 3: Declaration of Mary Martinez (June 10, 2019)

Exhibit 4: Martinez-Carrico email thread (May 31- June 5, 2019)

Exhibit 5: Declaration of Megan Eckstein (June 12, 2019)

Exhibit 6: 6-6-19 email Martinez to Braun, cc Carrico

Exhibit 7: Excerpts from FBI Policy Manual on Leave

Exhibit 8: Declaration of George Steuer (July 29, 2019)

Exhibit 9: 2d Declaration of Mary Martinez (August 2, 2019)