# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

PAULA BIRD, CLARE COETZER,            )
SPENCER LEE, LAUREN ROSE,             )
DANIELLE SNIDER, ERIKA                )
WESLEY, "B.A.", "D.A.", "S.B.", "D.C.",  )
"P.E.", "B.G.", "L.M.", "W.M.", "C.S.",  )
"L.S.", "G.T.", Plaintiffs on behalf of   )
themselves and a class of those similarly )   Civil Action No. 1:19-CV-1581
situated                              )   (KBJ)
                                      )
        Plaintiffs,                  )
                                      )
v.                                    )
                                      )
WILLIAM BARR                          )
Attorney General of the United States, )
named in his official Capacity, and   )
head of the Department of Justice,    )
                                      )
        Defendants.                  )
_____)

**DECLARATION OF DAVID SHAFFER IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION**

1.      I am an attorney admitted to practice in the District of Columbia since 1988.  I am

counsel for the Plaintiffs in the above-captioned action, and, specifically Plaintiff Erka Wesley.

2.      I was also counsel to Ms. Wesley's supervisor, Mary Martinez in conjunction

with her whistleblowing and EEO claim that she suffered retaliation for reporting earlier

harassment and retaliation against Ms. Wesley and other female members of Ms. Martinez's

squad.  I represented Ms. Martinez in a mediation on that prior complaint on May 14, 2019, with

Assistant General Counsel Chad Tang. The mediation was settled on May 14, 2019 in a

confidential settlement agreement that sought to remove Ms. Martinez from the harassment and

retaliation.  Ms. Martinez is now represented by separate counsel.

3.      This action began with the filing of a class complaint before the EEOC on

October 23, 2018, which named Erika Wesley as a complainant.  On May 29, 2019, the day this case was filed in this Court, listing Erika Wesley as a named plaintiff, the New York Times published another story about the filing of the lawsuit, and mentioning Ms. Wesley as a named plaintiff.

4.       Prior to the filing of the EEOC Class Complaint on October 23, 2018, I sent a full copy to the General Counsel, Deputy General Counsel and Attorney for the training division of the FBI, Amy Armstrong asking them to meet to discuss the case before filing.  No response was received except that they had received my inquiry.  Ms. Wesley's name was listed as a named plaintiff at that time.  Similarly, prior to filing the Complaint in this case with this Court, I sent a copy of the Complaint to counsel for the FBI to ask if they wanted to try to resolve the case pre-filing.  See Email to Boente et al, May 9, 2019, Ex. A hereto.  That draft complaint included Erika Wesley as a named plaintiff.

5.       In conjunction with Plaintiffs' Motion to Proceed Anonymously, Dkt. 4, 5, Plaintiffs included declarations from Erika Wesley and her supervisor, Mary Martinez, describing instances of retaliation in response to Ms. Wesley's participation in this lawsuit. These declarations were discussed in Judge Howell's opinion granting in part the motion to proceed anonymously.  Dkt. 6 at n.3.

6.       On July 8, 2019, I wrote to Assistant General Counsel Chad Tang, who was the attorney in Ms. Martinez's mediation, and reported ongoing concerns about retaliation against Ms. Martinez, which violated the mediation agreement provision prohibiting retaliation.  See Letter to Chad Tang July 8, 2019, Ex. B hereto.  The Martinez Declaration was included with that submission.

7.      Mr. Tang responded that he was on travel and would get to it next week. Because time was of the essence, I forwarded the information to Mr. Tang's supervisor, Deputy General Counsel Carla Bessee for immediate action. See Email of July 10, 2019, Ex. C hereto.

8.      Ms. Bessee responded that she would investigate the matter. See Email of July 11, 2019, Ex. D hereto. After a week with no response, I again asked for an update, see Email to Carol Bessee of July 22, 2019, Ex. E. On July 26, 2019, I received a response indicating that because this matter was now before the Court, counsel who handled the internal complaints would not discuss the matter further with me, but would await an appearance by the Department of Justice to address these issues in the ongoing litigation. *Id.*

9.      I also filed internal, informal retaliation complaints on behalf of Ms. Wesley and Ms. Martinez on July 24, 2019, as required prior to initiating new complaints (the above correspondence regarding Ms. Martinez having been raised as a violation of the mediation agreement entered into in resolution of her prior complaint). The EEO counselor responded that Phoenix management would not agree to the proposed resolution, and thus we were issued a notice of the right to file a formal complaint. See Email from Diane Williams July 25, 2019, Ex. F hereto.

10.     Plaintiffs have attempted to resolve this matter informally with the Defendant, and counsel for Defendant will not meet or discuss this matter. Accordingly, we now bring it before the Court.

I declare under penalty of perjury that the forgoing is true and correct.

_____          _____
David Shaffer                    Date  7/29/19

3

# EXHIBIT A

| From: | davidshaffer511@gmail.com |
|---|---|
| To: | Dboente@fbi.gov; Cobessee@fbi.gov; Marizzo@fbi.gov; "Armstrong, Amy (OGC) (FBI)" |
| Bcc: | davidshaffer511@gamail.com |
| Subject: | Paula Bird, et al. v. Barr class action |
| Date: | Thursday, May 9, 2019 8:56:24 PM |
| Attachments: | FEDERAL COMPLAINT DRAFT 5.8.19.pdf |
| Importance: | High |

Dear Messrs. Boente and Rizzo, Ms. Bessee  and Ms. Armstrong,

As you may know, I  represent 17 former New Agent Trainees and Intelligence Analyst Trainees in their class claims against the Bureau arising out of their experiences at the FBI's Training Academy at Quantico.

I  ad previously asked whether the FBI would be interested in discussing a potential resolution prior to litigation, but received no response.  Since more than 180 days have elapsed since our filing of the class complaint before the EEOC, we are now preparing to file in federal  court.

Although we have now received funding from the Times' Up Legal Defense Fund  for fees and expenses for the litigation, we are still willing to sit down and discuss whether this case could benefit from early negotiation as we have previously  done in these type of cases together.  I  have enclosed a final draft of the federal complaint for your review.

If you are interested in discussing this prior to our filing in federal court, please let me know by Friday, May  17, 2019 or we will assume we have no choice but to go forward.  If you are interested in having  a meeting to discuss the case, we would hold off for a couple weeks to see if the talks seem productive.

I  would appreciate you acknowledging receipt of this email.

Thank you


*David J. Shaffer*
*Attorney At Law*
**5012 Auora Dr.**
**Kensington, Maryland 20895**
*202-210-7424*
*Disability and Civil Rights Law*
**Davidshaffer511@gmail.com**
www.davidshafferlaw.com


*THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE NAMED RECIPIENT, OR THE AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR OTHER USE OF THIS INFORMATION COMMUNICATION IS STRICTLY PROHIBITED AND NO PRIVILEGE IS WAIVED*

# EXHIBIT B



**David J. Shaffer**
CIVIL RIGHTS AND DISABILITY LAW

<u>By Email</u>

Chad Tang

Assistant General Counsel

Federal Bureau of Investigation


<u>Re:  Retaliation in Mary *Martinez v. Barr*</u>

Dear Mr. Tang,

I am writing concerning the ongoing retaliation against Mary Martinez as a result of her EEO case and her reporting the threats of termination against Ms. Erika Wesley, a named plaintiff in the class action *Paula Bird v.  Barr*, No. 19-cv-1581 pending in Us. S. District Court for the District of Columbia.


Ever since Ms. Martinez returned to Phoenix after our mediation in her EEO cases, Ms. Martinez has experience retaliation.  This retaliation has increased since Ms. Martinez has filed OPR and IG whistleblowing reports of acting ASAC Andrew Bruun's  threats to terminate Ms. Wesley which he made to her and another supervisor because of Ms. Wesley's participation in the class action.  I have attached the Declarations that were submitted to Chief Judge Howell in the case, by Ms. Martinez, Ms. Epstein, another supervisor in that office and Ms. Wesley explaining the retaliation that is also occurring to her in that office.


As I mentioned in our mediation, that office has a severe management problem, which has not improved since the mediation.  Retaliation is rampant and encouraged and tolerated by the SAC, who only seeks to cover up ASAC Braun's threats and retaliation against Ms. Martinez and Ms. Wesley.  The SAC has been informed of the statements by ASAC Braun to terminate Ms. Wesley but has failed to act.  Instead, and ASAC Braun has created a hostile work environment and ostracized, isolated and marginalized Ms. Martinez in the office. Management will not speak to her or meet with her concerning work assignments and other work-related activities.  This has caused severe emotional stress and anxiety for Ms. Martinez to the point that she can no longer perform the duties of her position.  Indeed, I have observed a visible change in her since the mediation as a result of this hostile work environment. ████████████████████████

Moreover, although her Clinical Psychologist as provided medical documentation that the harassment is causing Ms. Martinez such anxiety and stress that she is incapacitated from performing her duties , but ASAC Braun has refused to accept that certification saying that HRD must examine the sufficiency of her psychologist's letter, which fully meets the requirements. 5 C.F.R. Section 401, which states:

> **(a)** Subject to paragraphs (b) through (e) of this section,
>    an <u>agency</u> ***must*** grant sick leave to an <u>employee</u> when he or she -
>
> **(2)** Is incapacitated for the <u>performance</u> of his or her duties by physical or mental illness, injury, pregnancy, or childbirth;

(emphasis added).

I note that this section is mandatory, stating that the leave "must" be granted upon provision of the medical certification, which, in this case, fully meets the requirements of OPM and FBI policy.  ASAC Brown has not explained what is inadequate about Ms. Martinez's certification and appears to be holding this up so that he can continue to harass Ms. Martinez in the office and force her resignation.

The hostile atmosphere and retaliation by Phoenix field office management against Ms. Martinez must stop immediately.  We have filed another retaliation complaint through the EEO process, but we are prepared to seek a contempt citation in the current class action for interference and intimidation by a federal agent with a witness in a federal proceeding based upon the treatment of Ms. Martinez after she reported these illegal acts to the IG, OPR and Chief Judge Howell.

I would like to speak with you about an immediate transfer of Ms. Martinez to the Las Vegas field office.  Failing that, we will be seeking our full remedies under Title VII and personally against these management officials, in a *Bivens* action as I did in *Rochon v. FBI* many years ago with great success.  As well, the Times Up Legal Defense Fund, which is financing the class action has expressed interest in funding Ms. Martinez's litigation as well and will support our contempt motion if necessary.

We have already met with several members of the House concerning these matters and have been told that these members of Congress are prepared to hold hearings in these matters and they have ad



iced us to come back to them in the House Judiciary and Oversight committees is there is any retaliation.


At this point, Ms. Martinez just needs to get out of Phoenix.  We are prepared to enter into an immediate settlement negotiation on Ms. Martinez's issues with you as soon as possible.  IF the Bureau is not willing to discuss these matters, then we will proceed with our remedies in Court, before the House of Representatives and the media. We also ask for an immediate IG investigation into what is happening in the Phoenix Field office or intervention by OGC.


I ask you for a meeting this week so that we can discuss a potential resolution.


Thank you for your attention to this matter,


Sincerely,


_____/s/_____

David J. Shaffer

Attorney for Mary Martinez

# EXHIBIT C

| | |
|---|---|
| From: | davidshaffer511@gmail.com |
| To: | COBessee@fbi.gov |
| Cc: | "Tang, Chad (OGC) (FBI)" |
| Bcc: | martinezmaryl@hotmail.com |
| Subject: | Paula Bird, et al v. FBI and Mary Martinez v. FBI. |
| Date: | Wednesday, July 10, 2019 8:45:16 PM |
| Attachments: | Chad Tang 7.8.19.pdf |
| | Declaration of Mary Martinez.pdf |
| | Declaration Signed - Erika Wesley.pdf |
| | Eckstein signed declaration (002).pdf |

Dear Ms. Bessee,

I am class counsel in Bird v. Barr, as well as in Martinez v. Barr. I am forwarding the correspondence I have been engaging in with Assistant General Counsel Chad Tang, as well as the supporting documents for the retaliation that is currently occurring in the Phoenix Feil Office against one of typhlitis's in the class action as well as her former supervisor, who supported her allegations to the IG, OPR and to Judge Howell in Paula B rid v. Barr, which was formally served on the Attorney General today.

Although Mr. Tang does not have the time to deal with this ongoing severe retaliation in the Phoenix office., I ask you to commence an immediate investigation into these issues, as set for the in the attached correspondence.

As set forth in Congresswoman's Spear's letter to day, this needs the Bureau's immediate attention. She has also told us to come back to her immediately if there is further retaliator, which we are prepared to do if the Bureau does not take immediate action in Phoenix.

I hope to talk to you soon about this matter.

Sincerely,


David J. Shaffer
Attonrey at Law
5012 Aurora Dr.
Kensington, MD 20895
davidshaffer511@gmail.com
www.davidshafferlaw.com
202-201-7424


-----Original Message-----
From: davidshaffer511@gmail.com <davidshaffer511@gmail.com>
Sent: Monday, July 8, 2019 8:44 PM
To: 'Tang, Chad (OGC) (FBI)' <ctang@fbi.gov>
Cc: 'Mary Martinez' <martinezmaryl@hotmail.com>
Subject: RE: Mary Martinez EEO case - settlement agreement: Retaliation in phoenix Field Office
Importance: High


Dear Chad,

Please see attached correspondence regarding the retaliation that is occurring after our settlement.  It needs OGC's immediate attention.

I  will be contacting you regarding this matter.

David J. Shaffer
Attorney at Law
202-210-7424

-----Original Message-----
From: Tang, Chad (OGC) (FBI) <ctang@fbi.gov>
Sent: Friday, May 17, 2019 11:53 AM
To: David Shaffer <davidshaffer511@gmail.com>
Subject: RE: Mary Martinez EEO case - settlement agreement

David:  Thanks for letting me know.  Chad

-----Original Message-----
From: David Schaffer [mailto:davidshaffer511@gmail.com]
Sent: Friday, May 17, 2019 11:51 AM
To: Tang, Chad (OGC) (FBI) <ctang@fbi.gov>
Subject: Re: Mary Martinez EEO case - settlement agreement

Thank you. I have no objection.

Sent from my iPhone

> On May 17, 2019, at 11:13 AM, Tang, Chad (OGC) (FBI) <ctang@fbi.gov> wrote:
>
> David:  For Mary Martinez's case, attached for your files is a copy of
> the
signed settlement agreement.  I also am writing to confer about the confidentiality agreement.  In this settlement agreement, several terms would take place after the new SAC, Sean Kaul, arrives in Phoenix.  For example, one of the terms explicitly mentions him.  In order to implement the agreement, we would need to give him information about the agreement, including the agreement itself.  Can you please let me know whether you have any objection to this?  Thank you.
>
> Chad Tang
> Assistant General Counsel
> Federal Bureau of Investigation
> 935 Pennsylvania Avenue, N.W., Room 10140 Washington, D.C. 20535
> Telephone:  (202) 324-2390
> Fax:  (202) 323-3855
>
> Confidentiality Statement:
> This message is transmitted to you by the Office of the General
> Counsel of
the Federal Bureau of Investigation.  The message, along with any attachments, may be confidential and legally privileged.   If you are not the intended recipient of this message, please destroy it promptly without further retention or  dissemination (unless otherwise required by law). Please notify the sender of the error by a separate e-mail or by calling 202-324-2390.
>

> <Mary Martinez - settlement agreement 5-14-19.pdf>

# EXHIBIT D

| From: | davidshaffer511@gmail.com |
|---|---|
| To: | "Bessee, Cecilia O. (OGC) (FBI)" |
| Cc: | "Tang, Chad (OGC) (FBI)"   "Broussard, Ed__ard M. (OGC) (FBI)" |
| Bcc: | martinezmaryl@hotmail.com |
| Subject: | E: Paula Bird, et al v. FBI and Mary Martinez v. FBI. |
| Date: | Thursday, July 11, 2019 9:10:5  PM |

Dear Ms. Beessee,

I  understand that you need to do an investigation, for that is exactly
what I  am asking for.  I stress, however, that time is of the essence since
ASAC Baraun has now  placed Ms. Martinez on AWAL status and denied her
request for sick leave.

If we cannot resolve this, or at least have an understanding that Ms.
Martinez is no longer AWOL, by early next week, we will have no option but
to raise it before Judge Jackson in the  class action.

I  appreciate your prompt attention to this matter.

David J. Shaffer
Attorney at Law
202-210-7424

-----Original Message-----
From: Bessee, Cecilia O. (OGC) (FBI) <COBessee@fbi.gov>
Sent: Thursday, July 11, 2019 5:42 PM
To: davidshaffer511@gmail.com
Cc: Tang, Chad (OGC) (FBI) <ctang@fbi.gov>; Broussard, Edward M. (OGC) (FBI)
<embroussard@fbi.gov>
Subject: RE: Paula Bird, et al v. FBI and Mary Martinez v. FBI.

Mr. Shaffer,
I believe that Chad informed you that he was out of the office and it was
not that he did not have time to deal with your request.  He is currently on
travel handling other litigation matters.  We are looking into the
allegations and the request that you submitted.  As you are aware, we have
to assess all of the information provided as well as consult with our Human
Resources Division and other respective entities here at the FBI before we
can determine what, if any remedy is available to your clients.  Thank you.

Cecilia O. Bessee
Acting Deputy General Counsel
Litigation Branch
Office of the General Counsel
Federal Bureau of Investigation
935 Pennsylvania Ave, NW, Room 10140
Washington, DC 20535
Telephone: 202-324-6618
Facsimile: 202-323-2168

Confidentiality Statement:
This message is transmitted to you by the Office of the General Counsel of
the Federal Bureau of Investigation.  The message, along with any
attachments, may be confidential and legally privileged.   If you are not

the intended recipient of this message, please destroy it promptly without
further retention or  dissemination (unless otherwise required by law).
Please notify the sender of the error by a separate e-mail or by calling
 202-324-6618.




-----Original Message-----
From: davidshaffer511@gmail.com [mailto:davidshaffer511@gmail.com]
Sent: Wednesday, July 10, 2019 8:45 PM
To: Bessee, Cecilia O. (OGC) (FBI) <COBessee@fbi.gov>
Cc: Tang, Chad (OGC) (FBI) <ctang@fbi.gov>
Subject: Paula Bird, et al v. FBI and Mary Martinez v. FBI.

Dear Ms. Bessee,

I  am class counsel in Bird v. Barr, as well as in Martinez v. Barr.  I am
forwarding the correspondence I have been engaging in with Assistant General
Counsel Chad Tang, as well as the supporting documents for the retaliation
that is currently occurring in the Phoenix Feil Office against one of
typhlitis's in the class action as well as her former supervisor, who
supported her allegations to the IG, OPR and to Judge Howell in Paula B rid
v. Barr, which was formally served on the Attorney General today.

Although Mr. Tang does not have the time to deal with this ongoing severe
retaliation  in the Phoenix office., I  ask you to commence an immediate
investigation into these issues, as set for the in the attached
correspondence.

As set forth in Congresswoman's Spear's letter to day, this needs the
Bureau's immediate attention.  She has also told us to come back to her
immediately if there is further retaliator, which we are prepared to do if
the Bureau does not take immediate action in Phoenix.

I  hope to talk to you soon about this matter.

Sincerely,


David J. Shaffer
Attonrey at Law
5012 Aurora Dr.
Kensington, MD 20895
davidshaffer511@gmail.com
www.davidshafferlaw.com
202-201-7424


-----Original Message-----
From: davidshaffer511@gmail.com <davidshaffer511@gmail.com>
Sent: Monday, July 8, 2019 8:44 PM
To: 'Tang, Chad (OGC) (FBI)' <ctang@fbi.gov>
Cc: 'Mary Martinez' <martinezmaryl@hotmail.com>
Subject: RE: Mary Martinez EEO case - settlement agreement: Retaliation in
phoenix Field Office

Importance: High

Dear Chad,

Please see attached correspondence regarding the retaliation that is
occurring after our settlement. It needs OGC's immediate attention.

I will be contacting you regarding this matter.

David J. Shaffer
Attorney at Law
202-210-7424

-----Original Message-----
From: Tang, Chad (OGC) (FBI) <ctang@fbi.gov>
Sent: Friday, May 17, 2019 11:53 AM
To: David Schaffer <davidshaffer511@gmail.com>
Subject: RE: Mary Martinez EEO case - settlement agreement

David: Thanks for letting me know. Chad

-----Original Message-----
From: David Schaffer [mailto:davidshaffer511@gmail.com]
Sent: Friday, May 17, 2019 11:51 AM
To: Tang, Chad (OGC) (FBI) <ctang@fbi.gov>
Subject: Re: Mary Martinez EEO case - settlement agreement

Thank you. I have no objection.

Sent from my iPhone

> On May 17, 2019, at 11:13 AM, Tang, Chad (OGC) (FBI) <ctang@fbi.gov>
wrote:
>
> David: For Mary Martinez's case, attached for your files is a copy of
> the
signed settlement agreement. I also am writing to confer about the
confidentiality agreement. In this settlement agreement, several terms
would take place after the new SAC, Sean Kaul, arrives in Phoenix. For
example, one of the terms explicitly mentions him. In order to implement
the agreement, we would need to give him information about the agreement,
including the agreement itself. Can you please let me know whether you have
any objection to this? Thank you.
>
> Chad Tang
> Assistant General Counsel
> Federal Bureau of Investigation
> 935 Pennsylvania Avenue, N.W., Room 10140 Washington, D.C. 20535
> Telephone: (202) 324-2390
> Fax: (202) 323-3855
>
> Confidentiality Statement:
> This message is transmitted to you by the Office of the General
> Counsel of
the Federal Bureau of Investigation. The message, along with any
attachments, may be confidential and legally privileged. If you are not
the intended recipient of this message, please destroy it promptly without

further retention or  dissemination (unless otherwise required by law).
Please notify the sender of the error by a separate e-mail or by calling
202-324-2390.
>
> <Mary Martinez - settlement agreement 5-14-19.pdf>

# EXHIBIT E

From:          Bessee, Cecilia O. (OGC) (FBI)
To:            davidshaffer511@gmail.com
Cc:            Tang, Chad (OGC) (FBI)   Broussard, Ed_ard M. (OGC) (FBI)   "Mary Martinez"   "Erika Wesley"
Subject:       E: Paula Bird, et al v. FBI and Mary Martinez v. FBI.
Date:          Friday, July 26, 2019 5:02:21 PM

Mr. Shaffer,

Sorry for the delayed response.  As your clients are aware, there is FBI policy requiring documentation for specific leave requests.  We have been looking into the allegations and are in discussion with the office.  However, we are not at a stage to make any determination as to what may or may not have occurred.  Since we are in litigation, we should follow the required protocols for these cases.  Once properly served, DOJ counsel will be the main POC for this matter and any discussions will need to include the appropriate counsel.  Thank you.

Cecilia O. Bessee
Acting Deputy General Counsel
Litigation Branch
Office of the General Counsel
Federal Bureau of Investigation
935 Pennsylvania Ave, NW, Room 10140
Washington, DC 20535
Telephone: 202-324-6618
Facsimile: 202-323-2168

Confidentiality Statement:
This message is transmitted to you by the Office of the General Counsel of the Federal Bureau of Investigation.  The message, along with any attachments, may be confidential and legally privileged.   If you are not the intended recipient of this message, please destroy it promptly without further retention or  dissemination (unless otherwise required by law).  Please notify the sender of the error by a separate e-mail or by calling  202-324-6618.

-----Original Message-----
From: davidshaffer511@gmail.com [mailto:davidshaffer511@gmail.com]
Sent: Monday, July 22, 2019 9:44 PM
To: Bessee, Cecilia O. (OGC) (FBI) <COBessee@fbi.gov>
Cc: Tang, Chad (OGC) (FBI) <ctang@fbi.gov>; Broussard, Edward M. (OGC) (FBI) <embroussard@fbi.gov>; 'Mary Martinez' <martinezmaryl@hotmail.com>; 'Erika Wesley' <erikawesley@gmail.com>
Subject: RE: Paula Bird, et al v. FBI and Mary Martinez v. FBI.
Importance: High

Dear Ms. Bessee,

I am writing to inquire about the status of your investigation.

Boat Ms. Martinez and Ms. Wesley have continued to endure retaliation in the Phoenix Field Office with denial of documented medical leave for the stress, anxiety  and emotional distress caused by the ASAC and SAC in Phoenix.  They continue to demand medical information that is private and refuse to accept my client's use of sick or FMLA, when we can document that males in that office are not put through these hurdles when they seek sick leave.  Some males are permitted to use sick leave without any documentation whatsoever and are prepared to submit declarations in support of the Preliminary Injunction we will be seeking if you office does not immediately take action in this field office.

Now that I am being joined by Cohen, Milstein, we will add several more attorneys to the case to secure an order protecting parties and witnesses.

I urge you to give this your immediate attention. Both women are being constructively discharged by Phoenix management by being forced to quit in light of this harassment.

I would like to set up a meeting with you to discuss this situation.
Please let me know when you would be available to discuss this matter.

Thank you.



David J. Shaffer
Attorney at Law
202-210-7424

-----Original Message-----
From: Bessee, Cecilia O. (OGC) (FBI) <COBessee@fbi.gov>
Sent: Thursday, July 11, 2019 5:42 PM
To: davidshaffer511@gmail.com
Cc: Tang, Chad (OGC) (FBI) <ctang@fbi.gov>; Broussard, Edward M. (OGC) (FBI) <embroussard@fbi.gov>
Subject: RE: Paula Bird, et al v. FBI and Mary Martinez v. FBI.

Mr. Shaffer,
I believe that Chad informed you that he was out of the office and it was not that he did not have time to deal with your request. He is currently on travel handling other litigation matters. We are looking into the allegations and the request that you submitted. As you are aware, we have to assess all of the information provided as well as consult with our Human Resources Division and other respective entities here at the FBI before we can determine what, if any remedy is available to your clients. Thank you.

Cecilia O. Bessee
Acting Deputy General Counsel
Litigation Branch
Office of the General Counsel
Federal Bureau of Investigation
935 Pennsylvania Ave, NW, Room 10140
Washington, DC 20535
Telephone: 202-324-6618
Facsimile: 202-323-2168

Confidentiality Statement:
This message is transmitted to you by the Office of the General Counsel of the Federal Bureau of Investigation. The message, along with any attachments, may be confidential and legally privileged.   If you are not the intended recipient of this message, please destroy it promptly without further retention or  dissemination (unless otherwise required by law). Please notify the sender of the error by a separate e-mail or by calling
 202-324-6618.




-----Original Message-----
From: davidshaffer511@gmail.com [mailto:davidshaffer511@gmail.com]
Sent: Wednesday, July 10, 2019 8:45 PM
To: Bessee, Cecilia O. (OGC) (FBI) <COBessee@fbi.gov>
Cc: Tang, Chad (OGC) (FBI) <ctang@fbi.gov>

Subject: Paula Bird, et al v. FBI and Mary Martinez v. FBI.

Dear Ms. Bessee,

I am class counsel in Bird v. Barr, as well as in Martinez v. Barr. I am forwarding the correspondence I have been engaging in with Assistant General Counsel Chad Tang, as well as the supporting documents for the retaliation that is currently occurring in the Phoenix Feil Office against one of typhlitis's in the class action as well as her former supervisor, who supported her allegations to the IG, OPR and to Judge Howell in Paula B rid v. Barr, which was formally served on the Attorney General today.

Although Mr. Tang does not have the time to deal with this ongoing severe retaliation in the Phoenix office., I ask you to commence an immediate investigation into these issues, as set for the in the attached correspondence.

As set forth in Congresswoman's Spear's letter to day, this needs the Bureau's immediate attention. She has also told us to come back to her immediately if there is further retaliator, which we are prepared to do if the Bureau does not take immediate action in Phoenix.

I hope to talk to you soon about this matter.

Sincerely,


David J. Shaffer
Attonrey at Law
5012 Aurora Dr.
Kensington, MD 20895
davidshaffer511@gmail.com
www.davidshafferlaw.com
202-201-7424


-----Original Message-----
From: davidshaffer511@gmail.com <davidshaffer511@gmail.com>
Sent: Monday, July 8, 2019 8:44 PM
To: 'Tang, Chad (OGC) (FBI)' <ctang@fbi.gov>
Cc: 'Mary Martinez' <martinezmaryl@hotmail.com>
Subject: RE: Mary Martinez EEO case - settlement agreement: Retaliation in phoenix Field Office
Importance: High


Dear Chad,

Please see attached correspondence regarding the retaliation that is occurring after our settlement. It needs OGC's immediate attention.

I will be contacting you regarding this matter.

David J. Shaffer
Attorney at Law
202-210-7424

-----Original Message-----

From: Tang, Chad (OGC) (FBI) <ctang@fbi.gov>
Sent: Friday, May 17, 2019 11:53 AM
To: David Schaffer <davidshaffer511@gmail.com>
Subject: RE: Mary Martinez EEO case - settlement agreement

David:  Thanks for letting me know.  Chad

-----Original Message-----
From: David Schaffer [mailto:davidshaffer511@gmail.com]
Sent: Friday, May 17, 2019 11:51 AM
To: Tang, Chad (OGC) (FBI) <ctang@fbi.gov>
Subject: Re: Mary Martinez EEO case - settlement agreement

Thank you. I have no objection.

Sent from my iPhone

> On May 17, 2019, at 11:13 AM, Tang, Chad (OGC) (FBI) <ctang@fbi.gov>
wrote:
>
> David:  For Mary Martinez's case, attached for your files is a copy of
> the
signed settlement agreement.  I also am writing to confer about the
confidentiality agreement.  In this settlement agreement, several terms
would take place after the new SAC, Sean Kaul, arrives in Phoenix.  For
example, one of the terms explicitly mentions him.  In order to implement
the agreement, we would need to give him information about the agreement,
including the agreement itself.  Can you please let me know whether you have
any objection to this?  Thank you.
>
> Chad Tang
> Assistant General Counsel
> Federal Bureau of Investigation
> 935 Pennsylvania Avenue, N.W., Room 10140 Washington, D.C. 20535
> Telephone:  (202) 324-2390
> Fax:  (202) 323-3855
>
> Confidentiality Statement:
> This message is transmitted to you by the Office of the General
> Counsel of
the Federal Bureau of Investigation.  The message, along with any
attachments, may be confidential and legally privileged.   If you are not
the intended recipient of this message, please destroy it promptly without
further retention or  dissemination (unless otherwise required by law).
Please notify the sender of the error by a separate e-mail or by calling
202-324-2390.
>
> <Mary Martinez - settlement agreement 5-14-19.pdf>

# EXHIBIT F

From:  Williams, Diane D. (DO) (FBI)
To:   Mary Martinez
Cc:   davidshaffer511@gmail.com
Subject:  MO esponse, Final Intervie (Mary Martinez, FBI-2019-00275)
Date:   Thursday, July 25, 2019 9: 1:5 M

---

Good Morning, MS. Martinez and Mr. Shaffer,

As promised, ASAC Braun sent the following written response to your informal complaint, received last evening: "Phoenix Management is not able to effectuate any of the proposed resolutions.  We will wait to address the merits of the claim until it reaches a more formal stage."

Therefore, given that your informal complaint will not be resolved, I will be issuing you the Notice of Right to File (NORFT) a formal complaint in a few moments, via email.

Thank you.

Diane

Diane D. Williams
Equal Employment Specialist (EEO Counselor)
FBI, Office of EEO Affairs (OEEOA), Services Unit, EEO Counselors Program
Desk:  202-324-8863
-------------------------------
Fax: 202-324-3976 / Main Office: 202-324-4128
Mailing Address: FBI, 935 Pennsylvania Ave., N.W., OEEOA, Room 9304, Washington, DC 20535