# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAULA BIRD, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States of America,<br><br>    Defendant. | Civil Action No. 1:19-cv-01581-KBJ |

## DEFENDANT'S PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Defendants hereby move for partial dismissal of the Third Amended Complaint for lack of jurisdiction, FED. R. CIV. P. 12(b)(1), and failure to state a claim upon which relief can be granted, FED. R. CIV. P. 12(b)(6). Pursuant to L.CV.R. 7(a) & (c), Defendants attach hereto a Memorandum of Points and Authorities in support of the Motion, as well as a proposed order.

Dated:  April 6, 2020            Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

MARTIN M. TOMLINSON (SC Bar No. 76014)
AMBER RICHER (CA Bar No. 253918)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov

*Attorneys for Defendant*