# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PAULA BIRD, *et al.*,

        Plaintiffs,

v.

WILLIAM P. BARR,

        Defendant.

Civil Action No. 19-1581 (JMC)

## ORDER

Upon consideration of Defendant's Partial Motion to Dismiss the Third Amended Complaint, ECF 51; Plaintiffs' Opposition to the Motion, ECF 52; Defendant's Reply, ECF 54; and all relevant filings; and for the reasons stated in the forthcoming Memorandum Opinion, to be issued soon, it is hereby **ORDERED** that Defendant's Partial Motion to Dismiss, ECF 51, is **DENIED**.

**SO ORDERED.**

DATE: April 15, 2022

_____
Jia M. Cobb
U.S. District Court Judge