UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
PAULA BIRD, *et al.*,                  )
                                       )
    *Plaintiffs*,                       )
                                       )
  v.                                   )   Civil Action No. 1:19-cv-01581 (JMC)
                                       )
MERRICK B. GARLAND, in his official    )
capacity as Attorney General of the United )
States of America,                     )
                                       )
    *Defendant*.                        )
_____ )

## ORDER

Upon consideration of Defendant's Motion to Extend Discovery Deadlines, for good cause shown, it is hereby **ORDERED** that the Defendant's motion is **GRANTED**.

It is hereby **ORDERED** that the parties shall adhere to the following amended deadlines:

    Close of Fact Discovery: October 10, 2023

    Plaintiffs' Expert Report: November 8, 2023

    Defendant's Expert Report: December 27, 2023

    Plaintiffs' Rebuttal Report: January 26, 2024

    Close of Expert Discovery: February 16, 2024

    Plaintiffs' Class-Certification Motion: March 15, 2024

    Defendant's Opposition: April 30, 2024

    Plaintiffs' Reply: May 30, 2024

Dated: __December 30, 2022__                    _____
                                                                       **Hon. JIA M. COBB**
                                                                       **United States District Court Judge**