IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA BIRD, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Action No. 1:19-cv-1581 (JMC) |
| MERRICK GARLAND, Attorney General of the United States, named in his official capacity, as head of the Department of Justice, | ) |
| *Defendant*. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff B.G. and Defendant hereby stipulate to dismissing Plaintiff B.G.'s claims with prejudice, with each party to bear their own costs.

Dated: September 16, 2024

*/s/ Christine E. Webber*
Joseph M. Sellers (#318410)
Christine E. Webber (#439368)
Rebecca A. Ojserkis (#1781442)
Dana Busgang (#9006138)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
rojserkis@cohenmilstein.com
dbusgang@cohenmilstein.com

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

Jean Lin
Special Litigation Counsel

*/s/Amber Richer*
AMBER RICHER (CA Bar No. 253918)
ANNA DEFFEBACH (D.C. Bar No. 241346)
ALLISON WALTER (D.C. Bar No. 90008637)
Trial Attorneys, U.S. Department of Justice

David J. Shaffer (#413484)  
David Shaffer Law PLLC  
5012 Aurora Dr.  
Kensington, MD 20895  
(202) 508-1490  
david.shaffer@davidshafferlaw.com

*Attorneys for Plaintiffs*

Civil Division, Federal Programs Branch  
1100 L Street, N.W.  
Washington, D.C. 20005  
E-mail: amber.richer@usdoj.gov

*Counsel for Defendant*