IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA BIRD, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 1:19-CV-1581 (JMC) |
| v. | ) Judge: Jia M. Cobb |
| MERRICK GARLAND, Attorney General of the United States, named in his official Capacity, as head of the Department of Justice, | ) |
| Defendant. | ) |

**PLAINTIFFS' UNOPPOSED MOTION TO CERTIFY THE CLASS FOR SETTLEMENT PURPOSES AND DIRECT NOTICE OF SETTLEMENT TO THE CLASS**

After over five years of litigation, discovery, and negotiation, Plaintiffs Paula Bird, Clare Coetzer, Lauren Rose, Danielle Snider, "D.A.", "S.B.", "D.C.", "P.E.", "W.M.", "C.S.", "L.S.", "G.T.", "T.S." ("Plaintiffs") and Defendant Merrick Garland, in his official capacity as head of the Department of Justice ("Defendant") have reached an agreement to resolve some of the claims in this action on a classwide basis. Accordingly, pursuant to Fed. R. Civ. P. 23(e), Plaintiffs move the Court for an order to (i) conditionally certify the Settlement Class of female New Agent Trainees pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3) for settlement purposes only; (ii) appoint Plaintiffs Paula Bird, Clare Coetzer, Lauren Rose, Danielle Snider, "D.A.", "S.B.", "D.C.", "P.E.", "W.M.", "C.S.", "L.S.", "G.T.", and "T.S.," as Settlement Class Representatives, and appoint Cohen Milstein Sellers & Toll PLLC, and David Shaffer Law PLLC as Class Counsel; (iii) approve the Class Action Notice and direct Class Counsel to distribute the Class Action Notice to the Settlement Class Members; (iv) set a date for

forty-five (45) days from the date Notice is disseminated as the deadline for submission of any objections to the proposed Settlement and for Class Members to opt out; and (v) schedule a Final Approval Hearing on or after eighty (80) days after preliminary approval, which would be twenty (20) days after the anticipated deadline for Settlement Class Members to object to the proposed Settlement. Defendant does not object to this Motion.

For the reasons set forth in the accompanying memorandum of points and authorities, Plaintiffs request the Court grant the relief set forth above, and in the accompanying proposed order.

September 30, 2024                                     Respectfully submitted,

*/s/ Christine E. Webber*
Joseph M. Sellers (#318410)
Christine E. Webber (#439368)
Rebecca A. Ojserkis (#1781442)
Dana Busgang (#90006138)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
rojserkis@cohenmilstein.com
dbusgang@cohenmilstein.com

David J. Shaffer (#413484)
David Shaffer Law PLLC
5012 Aurora Dr.
Kensington, MD 20895
(202) 508-1490
david.shaffer@davidshafferlaw.com

*Attorneys for Plaintiffs*