# Exhibit 3

July 2024

**CURRICULUM VITAE**

**Wayne F. Cascio**

**Current Position:** Distinguished University Professor Emeritus, The Business School, University of Colorado Denver, Campus Box 165, P.O. Box 173365, Denver, Colorado 80217-3364.

**Awards:** University of Colorado Board of Regents Distinguished Service Award, 2022; Fellow, Center for International Human Resource Studies, The Pennsylvania State University, 2022-2024; Australian Human Resources Institute, Hall of Fame, 2020; Dave Ulrich Impact Award (Human Resources Division, Academy of Management) 2020; Emerald Publishing, Literati Award, 2018; World Federation of People Management Associations, George Petitpas [Lifetime Achievement] Award, 2016; Eastern Academy of Management, Distinguished Scholar Award, 2016; Western Academy of Management, JMI Outstanding Scholar Award, 2015; Society for Industrial and Organizational Psychology, Distinguished Scientific Contributions Award, 2013; University of Geneva, Switzerland, IOMBA professor of the year, 2014; elected by the Australian Human Resources Institute as a Life Fellow, 2012; named by the Colorado Board of Regents as a Distinguished University Professor, 2011; Society for Human Resource Management, Michael R. Losey Human Resource Research Award, 2010; Methodology prize, Work, Employment and Society conference, British Sociological Association, 2010; named in 2008 by the *Journal of Management* as one of the most influential scholars in the field of management over the past 25 years; in 2009 the Australian Human Resources Institute established an annual Wayne Cascio Award for Responsible Restructuring; Lifetime Achievement Award (Class of 2017, 11-Month MBA); Professor of the year, 11-month MBA, 2012, 2011, 2007, and 2004; University of Geneva, Doctor honoris causa, 2004; outstanding teacher, Masters in HR program, University of Hawaii, 2009, 2015; 1999 Heneman Career Achievement Award, Human Resources Division, Academy of Management; Best article award, *Academy of Management Executive*, 1994 and 2003; Bemis Award for Excellence in HRM IPMA Assessment Council, 1994; Best paper award, Human Resources Division, Academy of Management, 1992; Outstanding teacher, U. of Colorado Executive MBA Program, 1993-1994, 2005-2006, 2013, 2017-2019; Outstanding Researcher, CU-Denver College of Business, 1983 and 1990; The Distinguished Faculty Award, Personnel/Human Resources Division, Academy of Management, 1988; Outstanding Young Men in America Award, 1980; listed in: Who's Who in America; Who's Who in American Men of Science; Who's Who in the West; Community Leaders of the World; International Man of the Year Award 1992/1993 for contributions to education (Cambridge, England International Biographical Centre).

**Career Timeline:** 1981 (August) to present: The Business School, University of Colorado Denver
1980-1981 Visiting Associate Professor of Management and Psychology, University of California, Berkeley
1973-1980 School of Business and Organizational Sciences, Florida International University, Miami, Florida

Other Visiting Positions

Distinguished Visiting Scholar, Foster School of Business, University of Washington (Fall 2015)

Visiting Professor, Executive MBA program (Saigon), University of Hawaii, February 2012-2019.

Visiting Scholar, National University of Singapore, February 2010

Visiting Professor, University of Hawaii, March 2009, 2011, 2013, 2015 (20abbatical; guest lectures) Visiting Professor, University of Geneva (Switzerland), IOMBA Program, December 2006-20116 (one week, following the end of the Fall term in Denver).

Visiting Professor, Rotterdam School of Management, July 2003, 2004.

G. T. Kok Distinguished Professor of Management, Nanyang Business School, Singapore (30 days during summer, 2004-2005); visiting professor, HR Strategy, November 2015.

Visiting Professor, Hong Kong Baptist University, January 2003-2018 (two weekends each January).

Visiting Professor, University of Hong Kong, Dept. of Psychology, Spring semester, 2002 (sabbatical).

Visiting Scholar, Macquarie Graduate School of Management, Macquarie University, Sydney, Australia, Fall semester, 2001 (sabbatical).

Summers, 1991 - 1995: Visiting Professor, Faculté des Sciences Economiques et Sociales, Université de Genève, Geneva, Switzerland

Summer, 1989 - Visiting Professor, Instut fur Fuhrung und Personalmanagement, University of St. Gallen, Switzerland.

Visiting Scholar, The Wharton School of the University of Pennsylvania, Philadelphia, PA, August 1987 - June 1988 (sabbatical).

Summer, 1984, 1986, 1988, and 1990, Visiting Professor of Management, University of Hawaii at Manoa.

Visiting Professor, University of Hawaii, Vietnam Executive MBA program, Ho Chi Minh City, (2 weeks in January or February) 2012-2022.

| | |
|---|---|
| **Professional Certifications:** | Fellow, National Academy of Human Resources; Academy of Management; American Psychological Association; Society for Industrial/Organizational Psychology; Australian HR Institute; Diplomate in Industrial/Organizational Psychology, American Board of Professional Psychology. |
| **Education:** | 1987-1988 Graduate-level courses in financial analysis, The Wharton School, University of Pennsylvania. |

1970-1973 University of Rochester, Rochester, New York.  Major area of concentration in industrial/organizational psychology; minor areas of specialization in psychometrics and social psychology. Doctoral qualifying exams passed with distinction, June 1972. Ph.D. received, July 1973.

1968-1969 Emory University, Atlanta, Georgia.  M.A. in experimental psychology with a concentration in quantitative methods and learning theory. Received a U.S. Public Health Service 4-year fellowship for graduate work.

1964-1968 Holy Cross College, Worcester, Massachusetts. Majored in psychology (Dean's list, 2, 3, 4), Woodrow Wilson Fellowship finalist, chapter president, Psy Chi, National Honor Society in Psychology.

**Teaching Experience:**    Graduate (includes MBA, Executive MBA, and doctoral-level courses): Managing People in Global Markets, Valuing and Costing Human Resources, Managing People in the Global Energy Environment, Research Methods in International Business, Managing Global Talent, Statistics for Business and Economic Decisions, Multinational Management, HRM, Managing People for Competitive Advantage, Compensation Administration, Organizational Behavior, Staffing, Training and Development, Management and Leadership, Visionary Leadership and Change Management.

Undergraduate: Compensation Administration, Managing Cultural Diversity, Intermediate Business Statistics, Legal and Social Issues in Human Resource Management, Industrial/Organizational Psychology, Personnel Psychology, Organizational Behavior, Human Resource Management, Recruitment and Selection, Business and Its Environment, Methods in Applied Behavioral Science, and Athletics and Applied Psychology.

**Publications (Books):**    *Managing Human Resources: Productivity, Quality of Work Life, Profits* (13th ed.). (In press). New York, NY: McGraw-Hill.

*Applied Psychology in Talent Management* (9th ed., with H. Aguinis). (2025). Thousand Oaks, CA: Sage.

*Investing in People: The Financial Impact of Human Resource Initiatives* (with J. Boudreau and A. Fink). (3rd ed.) (2019). Alexandria, VA: Society for Human Resource Management (SHRM). Listed in 2021 as one of the 20 best books in HR by Grove HR.

*The Oxford handbook of talent management*. (2017). (Co-edited with D. G. Collings and K. Mellahi). Oxford, UK: Oxford University Press.

*Short Introduction to Human Resource Strategy* (with J. Boudreau). (2012). Cambridge, UK: Cambridge University Press.

*Employment Downsizing and Its Alternatives: Strategies for Long-Term Success*. (2010). Alexandria, VA: Society for Human Resource Management Foundation.

*Responsible Restructuring: Creative and Profitable Alternatives to Layoffs*. (2002). San Francisco: Berrett-Koehler Publishers, Inc. and the Society for Human Resource Management.

*Costing Human Resources: The Financial Impact of Behavior in Organizations* (4th ed, 2000). Cincinnati, OH: Southwestern.

*Guide to Responsible Restructuring* (1995). Washington, D.C.: U.S. Department of Labor, Office of the American Workplace. USGPO Stock No. 029-000-00454-4.

*Managing Human Resources: First Canadian edition* (with J. Thacker). (1993). Toronto: McGraw-Hill.

3

*Planning, Employment, and Placement*. Vol. II of the ASPA/BNA human resource management series (Editor).  Co-authored Chapter 1, Societal trends and staffing policies (with R. Zammuto).  Washington, D.C.: ASPA/BNA, 1989.

*Human Resources Management: An Information Systems Approach* (with E. Awad). Reston, VA: Reston, 1981.

**Book Chapters,**
**Cases,**
**Encyclopedia Entries:** What do analysts and investors need to know about employment downsizing? (with A. Chatrath and R. A. Christie-David). (In press). Chapter to appear in R. L. De Witt & A. House (Eds.), *Research Handbook on Corporate Downsizing*. Northampton, MA: Edward Elgar.

Hybrid work arrangements: Challenges and opportunities. (In press). Chapter to appear in C. Cooper, N. Ashkanasy, and J. Barling (Eds.), *The Post-COVID Workplace*. London, UK: Routledge.

Bernard M. Bass. (In press). Chapter to appear in L. K. Bryan and A. J. Vinchur (Eds.), *Key thinkers in industrial and organizational psychology*. New York, NY: Routledge.

The new management imperatives: Culture, connectedness, and performance. (In press). Chapter to appear in the *Future of Work 2030*. Cedar Communications, Ltd., London, UK.

Designing recruitment programs for impact (with K. Ehrhardt). (2024). In J. E. Slaughter and D. G. Allen (Eds.), *Essentials of Employee Recruitment: Industrial and Organizational Perspectives*. New York, NY: Routledge.

From operational reporting to prescriptive analytics: Moving Up the value chain. (In press). In V. F. Alarcon (Ed.), *A research agenda for HR analytics.* Cheltenham, UK: Edward Elgar.

Global assignments and virtual work in a post-pandemic world (with D. G. Collings). (2023). In A. DeNisi and S. M. Toh (Eds.), *Expatriates and managing global mobility* (pp. 329-345). New York, NY: Routledge.

Potential: The forgotten factor in talent management research. (with D. G. Collings). (2023). In D. G. Collings, V. Vaiman, & H. Scullion, (Eds.). *Talent management: A decade of developments.* Emerald Publishing.

Multinational enterprises and global human resource management (with D. G. Collings). (2024). In M. Gelfand and M. Erez (Eds.), *The Oxford Handbook of Cross-Cultural Organizational Behavior.* Oxford, UK: Oxford University Press.

Corporate restructuring. (Online, 22 Dec. 2021). In *Oxford Research Encyclopedia of Business and Management*. https://doi.org/10.1093/acrefore/9780190224851.013.348. New York, NY: Oxford University Press.

Implications of the changing nature of work for recruitment and retention. (2020) In B. Hoffman, M. Shoss, and L. Wegman (Eds.). *The Cambridge Handbook of the Changing Nature of Work* (pp. 318-339). Cambridge, UK: Cambridge University Press.

Utility analysis. (2017). In (S. Rogelberg, Ed.), *Encyclopedia of Industrial and Organizational Psychology* (2nd ed., pp. 1689-1692). Thousand Oaks, CA: Sage.

Downsizing, layoffs, rightsizing. (2017). In (S. Rogelberg, Ed.), *Encyclopedia of Industrial and Organizational Psychology* (2nd ed., pp. 324-326). Thousand Oaks, CA: Sage.

Using a risk-optimization lens: Maximizing talent readiness for an uncertain future (with J. W. Boudreau & A. H. Church). (2017) In C. Cooper and P. Sparrow (Eds.), *A Research Agenda for Human Resource Management - HR strategy, structure, and architecture* (pp. 55-77). London: Edward Elgar Publishers.

Talent management of nonstandard employees (with J. Boudreau). (2017). In D. G. Collings, K. Mellahi, & W. F. Cascio (Eds.), *Handbook of talent management*. Oxford, UK: Oxford University Press, 494-519.

Introduction (with D. G. Collings and K. Mellahi). (2017). In D. G. Collings, K. Mellahi, & W. F. Cascio (Eds.), *Handbook of talent management*. Oxford, UK: Oxford University Press, 3-22.

The business value of employee selection (with J. C. Scott). (2017). In J. L. Farr & N. T. Tippins (Eds.), *Handbook of employee selection,* 2nd ed., pp. 226-248. NY: Routledge.

Environmental scanning: A pivotal competency for all HR executives. (2015). In I. Ziskin, *Three: The HR emerging executive* (pp. 191-195). New York, NY: Wiley.

Industrial-organizational psychology: Science and practice. (2015). In J. D. Wright (Ed.), *International Encyclopedia of Social and Behavioral Sciences*, 2nd ed., Vol. 11, pp. 879-884. Oxford, UK: Elsevier. Awarded first prize for Excellence in Reference Works by the Association of American Publisher's Professional and Scholarly Publishing Division.

Environmental scanning: An emerging challenge for HR professionals. (2015). In D. Ulrich, W. Schiemann, & L. Sartain (Eds.), *The rise of HR: Wisdom from 73 HR thought leaders*, pp. 35-40. Alexandria, VA: HR Certification Institute.

Human resource management, psychology of. (2015). In J. D. Wright (Ed.), *International Encyclopedia of the Social and Behavioral Sciences* (2nd ed., Vol. 11, pp. 348-352). Oxford, UK: Elsevier.

Performance management. (2015). In H. L. Miller (Ed.), *Encyclopedia of theory in psychology.* Thousand Oaks, CA: Sage.

Evidence-based management at the bottom of the pyramid: Why HR standards and HR research must connect more closely (with J.W. Boudreau). (2014, Nov.). Republished in M. A. Hitt, S. E. Jackson, S. Carmona, L. Bierman, C. E. Shalley, & D. M. Wright (Eds.).

(2017). *The Oxford handbook of strategy implementation* (pp. 343-372).  London, UK: Oxford University Press. Available at http://www.oxfordhandbooks.com/view/10.1093/oxfordhb/9780199935406.001.0001/oxfordhb-9780199935406-e-12

Costing human resources. (2015). Volume 5, *Encyclopedia of Human Resource Management*, D. Guest and D. Needle (Eds.), in *The Wiley Encyclopedia of Management*, 3rd edition, Cary L. Cooper, Editor-in-Chief. Chichester, UK: Wiley. DOI: 10.1002/9781118785317.weom050012

Looking back, looking forward: Technology in the workplace. (2014). In M. Coovert and L. F. Thompson (Eds.), *The Psychology of Workplace Technology* (pp. 307-313). San Francisco: Jossey-Bass.

*Global Index of Workplace Performance & Flexibility*. (2012, July). Research study with the Economist Intelligence Unit, M. Schmit, Society for Human Resource Management, and P. Wilson, the Australian Human Resources Institute.

How does downsizing come about? (2012). In Cooper, C. L., Quick, J. C., & Pandey, A. (Eds.), *Downsizing: Is Less Still More?* (pp. 51-75). Cambridge, UK: Cambridge University Press.

The employee-organization relationship and the scholar-practitioner divide (with R. J. Greene). (2012). In Shore, L.M., Coyle-Shapiro, J.A., & Tetrick, L.E. (Eds.) *The Employee-Organization Relationship: Applications for the 21st Century* (pp. 553-573). New York, NY: Applied Psychology Series, Psychology Press/Routledge.

Global performance management systems. (2012).  In I. Bjorkman, G. Stahl, & S. Morris (Eds.), *Handbook of Research in International Human Resource Management* (2nd ed., pp. 183-204). London: Edward Elgar Ltd.

Professional associations: Supporting useful research. (2011). In S. A. Mohrman & E. E. Lawler III (Eds.), *Useful research: Advancing theory and practice* (pp. 251-267)*. San Francisco: Berrett-Kohler*.

If you must downsize, do it right. (2011).  In J. Osland, M. Turner, D. Kolb, & I. Rubin (Eds.), *The Organizational Behavior Reader*, 9th Edition, Upper Saddle River, NJ: Prentice-Hall.

The financial impact of personnel selection. (2011). In P. Gelléri (Ed.), Potenziale der Personalpsychologie: Einfluss personaldiagnostischer Maßnahmen auf den Berufs- und Unternehmenserfolg" [Potentials of personnel psychology. The effects of personnel assessment on job and organizational success]. Wien: Hogrefe, pp. 59-70.

Employment downsizing: Causes, costs, and consequences. (2010). In: Stadtler, L., Schmitt, A., Klarner, P., T. Straub (Eds), *More than bricks in the wall: Organizational perspectives for sustainable success* (pp. 89-98). Wiesbaden, Germany: Gabler.

Utility of selection systems: Supply-chain analysis applied to staffing decisions (with J. Boudreau). (2011). In S. Zedeck (Ed.), *Handbook of I/O Psychology* (Vol. 2, pp. 421-

444). Washington, D. C.: American Psychological Association.

The changing world of work. (2010). In P. A. Linley, S. Harrington, & N. Garcea (Eds.), *Oxford Handbook of Positive Psychology and Work.* Oxford, UK: Oxford University Press, pp. 13-24.

The future of human capital analytics. (2010). In J. Fitz-Enz (Ed.), *The New HR Analytics* (p. 290). New York: AMACOM.

The business value of employee selection (with L. Fogli). (2010) In J. L. Farr & N. T. Tippins (Eds.), *Handbook of employee selection* (pp. 235-252). NY: Routledge.

Validity, utility, and adverse impact: Practical implications from 30 years of data (with R. Jacobs and J. Silva). (2010). In J. L. Outtz (Ed.), *Adverse Impact: Implications for organizational staffing and high-stakes selection* (pp. 271-288). NY: Routledge.

Downsizing and redundancy. (2010). In A. Wilkinson, N. Bacon, T. Redman, & S. Snell (Eds.), *Sage Handbook of Human Resource Management* (pp. 336-348). Thousand Oaks, CA.: Sage.

Aetna: Investing in Diversity (2009). Case published by Society for Human Resource Management and National Academy of Human Resources, Alexandria, VA.

How editors are selected. (2008). In Baruch, Y., Konrad, A., Aguinis, H., & Starbuck, W. (Eds.), *Opening the Black Box of Editorship* (pp. 231-239). New York, NY: Palgrave Macmillan.

Sex discrimination in the workplace: Lessons from two high-profile cases. (2007). In Crosby, F. J., Stockdale, M. S., & Ropp, S. A. (Eds.), *Sex discrimination in the workplace* (pp. 143-152). Malden, MA: Blackwell.

Trends, paradoxes, and some directions for research in career studies. (2007). In H. Gunz & M. Peiperl (Eds.), *Handbook of Career Studies* (pp. 549-557). Thousand Oaks, CA: Sage.

Educating the HR professional and general manager on key issues in International HRM. (2008). In (V. G. Scarpello, Ed.), The handbook of human resource management education (pp. 153-167). Thousand Oaks, CA: Sage.

Utility analysis. (2007). In (S. Rogelberg, Ed.), Encyclopedia of Industrial and Organizational Psychology (Vol. 2, pp. 854-858). Thousand Oaks, CA: Sage.

Downsizing, layoffs, rightsizing. (2007). In (S. Rogelberg, Ed.), Encyclopedia of Industrial and Organizational Psychology (Vol. 1, pp. 163-166). Thousand Oaks, CA: Sage.

The economic impact of employee behaviors on organizational performance. (2006). In E. E. Lawler III & J. O'Toole (Eds.), *America at work: Choices and challenges* (pp. 241-256). New York: Palgrave Macmillan..

Global performance management systems. (2006).  In I. Bjorkman & G. Stahl (Eds.), <u>Handbook of Research in International Human Resource Management</u> (pp. 176-196), London: Edward Elgar Ltd.

Corporate downsizing.  (2006). In J. Ciment (Ed.), <u>Social Issues in America: An Encyclopedia (Vol. 2, pp. 450-459)</u>. Armonk, New York: M. E. Sharpe

From business partner to driving business success: The next step in the evolution of HR management. (2005). In D. Ulrich, M. Losey, & S. Meisinger (Eds.), <u>The Future of Human Resource Management,</u> pp._103-109.  Hoboken, NJ: Wiley.

Business restructuring in a changing world.  (2005). A. Wharton (Ed.), <u>People, performance, profit</u> (pp. 70-72).  San Francisco, CA: Accenture.

<u>Blackwell Dictionary of HRM</u> (2nd ed.) (2004).  Provided expanded definitions for the terms "downsizing" and "training utility." (Youngblood/Peters, Eds.), Blackwell Publishers, London.

<u>Downsizing and Outplacement</u>. (2004). In S. Zedeck (Section Ed.), <u>Encyclopedia of Applied Psychology</u> (Vol. 1, pp. 621-626). London, UK: Elsevier.

Work-family balance: Does the market reward firms that respect it?  (with C. Young). (2005). In D. F. Halpern & S. E. Murphy (Eds.), <u>From work-family balance to work-family interaction: Changing the metaphor</u> (pp. 49-63).  Mahwah, NJ: Lawrence Erlbaum Associates.

Financial consequences of employment-change decisions in major U. S. corporations: 1982-2000 (with C. Young).  (2003). In K. P. DeMeuse & M. L. Marks (Eds.), <u>Resizing the Organization – Managing Layoffs, Divestitures, and Closings: Maximizing Gain While Minimizing Pain</u> (pp. 131-156).  San Francisco: Jossey-Bass.

Social and technical issues in staffing decisions (with I. Goldstein, J. Outtz, and S. Zedeck).  (2004).  In H. Aguinis (Ed.), <u>Test Score Banding in Human Resource Selection: Legal, Technical, and Societal Issues</u>.  NY: Quorum Books.

Changes in workers, work, and organizations.  (2003). In I. B. Winer (overall Ed.), W. C. Borman, D. R. Ilgen, & R. Klimoski (Volume Eds.), <u>Handbook of Psychology, Vol. 12: Industrial and Organizational Psychology</u> (pp. 401-422).  New York: Wiley.

Human resource management.  (2006 and 2003).  Wrote entry in <u>The College Board Book of Majors</u>.  New York: The College Board.

Human resource management, psychology of.  (2002).  In N. J. Smelser & P. B. Baltes (Eds.), <u>International Encyclopedia of the Social and Behavioral Sciences</u>. Oxford, UK: Elsevier Science.

The virtual organization. (2002).  In C. L. Cooper & W. W. Burke, <u>The New World of Work</u> (pp. 203-221).  Oxford, UK: Blackwell Business.

The changing world of work: Preparing yourself for the road ahead.  In J. M. Kummerow (Ed.), *New*

*Directions in Career Planning and the Workplace* (2nd ed., 2000, pp. 3-32). Palo Alto, CA: Davies-Black Publishing. Selected by Choice Magazine for its Outstanding Academic Titles list, January 2002.

Taking the pulse of employees to enhance organizational effectiveness and improve the quality of work life. Also Ford Motor Company: Workers and managers building a better workplace. Cases published by the *International Labor Organization*, Geneva, Switzerland, 2000.

The Virtual Workplace: Implications for Organizational Behavior. (1999). In C. L. Cooper & D. Rousseau (Eds.), *Trends in Organizational Behavior* (pp. 1-14). NY: John Wiley.

Responsible restructuring in the private sector. (1998). In L. Groarke (Ed.), *The ethics of the new economy: Restructuring and beyond* (pp. 61-73). Waterloo, Ontario: Wilfred Laurier University Press.

Learning from outcomes**:** Financial experiences of 300 firms that have downsized. (1998). In M. K. Gowing, J. D. Kraft, and J. C. Quick (Eds.), *The new organizational reality: Downsizing, restructuring, and revitalization* (pp. 55-70). Washington, D. C.: American Psychological Association.

*Encyclopedia of Psychology*. Provided definition of "test utility." A. Foreman (Ed.). Washington, D. C.: American Psychological Association. (1998).

Contradictions in human resource management. (1996). In A. Gutschelhofer & J. Scheff (Eds.), *Paradoxes management: Contradictions in management - A management of contradictions.* (Vol. 3 of the "Management Perspectiven" series, pp. 279-295). Vienna: Linde Verlag.

Sliding bands: An alternative to top-down selection? (with S. Zedeck, I. Goldstein, & J. Outtz). (1996). In R.S. Barrett (Ed,), *Fair employment strategies in human resource management* (pp. 222-234). NY: Quorum.

International HRM: The state of research and practice (with E. Bailey). In O. Shenkar (Ed.), Global *Perspectives of Human Resource Management*, (p. 15-36). Englewood Cliffs, NJ: Prentice-Hall, 1995.

The Americans With Disabilities Act of 1990 and the 1991 Civil Rights Act: Requirements for Psychological Practice in the Workplace (1994). In Sales, B.D., and Vanden Bos, G.R. (Eds.), *Psychology in Litigation and Legislation*, pp. 175-211. Washington, DC: American Psychological Association.

Assessing the Utility of Selection Decisions - Theoretical and Practical Considerations. In N. Schmitt & W. C. Borman (Eds.), <u>Personnel Selection</u> (pp. 310-340). San Francisco: Jossey-Bass, 1992.

Reconciling Economic and Social Objectives in Personnel Selection: Impact of Alternative Decision Rules. In D.M. Saunders (Ed.), <u>New Approaches to Employee Management</u> (pp. 61-86). Greenwich, CT: JAI Press, 1992.

Utility Analysis as an Evaluation Tool.  In I. L. Goldstein Ed.), Training and Development in Organizations. (pp. 63-88).  San Francisco: Jossey-Bass, 1989.

Strategic Human Resource Management in High Technology Industry.  In L. R. Gomez-Mejia and M. W. Lawless (Eds.), Organizational Issues In High Technology Management  (pp. 179-197). Greenwich, Ct: JAI Press, 1990.

Gaining and Sustaining Competitive Advantage: Challenges for Human Resource Management.  In K. Rowland and G. Ferris (Eds.), Human Resource Management, Supplement 1: International Human Resources Management (pp. 137-151). Greenwich, CT: JAI Press, 1989.

Impact of Selection and Training Research on Productivity, Quality of Work Life, and Profits.  In P. Whitney and R. B. Ochsman (Eds.), Psychology and Productivity (pp. 69-80). NY Plenum, 1989.

Performance Appraisal and the Law (with H. J. Bernardin). R. Schuler, S. A. Youngblood, and V. Huber, Readings in Personnel and Human Resource Management (3rd ed.) (pp. 235-247). St. Paul, MN: West, 1988.

The Financial Impact of Employee Attitudes (pp. 567-577), and Performance Appraisal Formats (pp. 91-107).  In C. E.  Schneier, R. W. Beatty, and G. McEvoy (Eds.), Personnel/Human Resource Management Today (2nd ed.).  Reading, MA:  Addison-Wesley, 1986.

Technical and Legal Standards for Performance Assessment (with B. Nathan).  Chapter 1 in R. Berk (Ed.), Performance Assessment:  Methods and Applications (pp.1-50). Baltimore Johns Hopkins University Press, 1986.

Technical and Mechanical Job Performance Appraisal.  Chapter 13 in R. Berk (Ed.), Performance Assessment: Methods and Applications  (pp. 361-375).  Baltimore: Johns Hopkins University Press, 1986.

An Annotated Bibliography of Court Cases Relevant to Employment Decisions  1980-1984  (with H. J. Bernardin).  Brooks AFB, TX: USAF Human Resources Laboratory, 1984.

Personnel Decisions in the Context of Civil Rights Legislation.  In G. D. Dreher and P. R. Sackett (Eds.), Perspectives on Employee Staffing and Selection  (pp. 103-111). Homewood, IL: Irwin, 1983.

Fair Personnel Decision Making.  In C. Brotherton (ed.), Towards Fairness in Selection and Placement Processes  (pp. 81-106).  Sussex, England: Wiley, 1981.

Court Cases Relevant to Employment Decisions:  An Annotated Bibliography  (with H. J. Bernardin).  Brooks AFB, Texas: USAF Human Resources Laboratory, AFHRL TR-80-44, February 1981.

<u>Do Your Career Plans Fit the 1980s South Florida Job Market</u> (with D. Kujawa). Miami: F.I.U. Press, 1979.

The Civil Service Exam Is Passed: Now What? (with L. J. Real). In C. A. Spielberger (Ed.), <u>Police Selection and Evaluation Issues and Problems</u> (pp. 115-141).  Washington, D.C.: Hemisphere-Wiley, 1978.

<u>Police Personnel Management Information Systems: The Dallas and Dade Experiences</u> Washington, D.C.: Police Foundation, 1977.

Prosper - A Program for Coping with Problems of Race in the Working Environment (with B. M. Bass and J. W. McPherson, Xerox, Inc.).  Scottsville, N.Y.: Transnational Programs, Inc., 1972.

<u>An Interviewing Workshop.</u>  Sales Personnel Development, Heublein, Inc., 1972.

**Publications:**
**(Journals)**

Simply the best? Star performers and high-potential employees: Critical reflections and a path forward for research and practice (with R. Kehoe and D. Collings). (2023). *Personnel Psychology, 76*(2), 585-615*.* DOI: 10.1111/peps.12558. A top 10% downloaded article in *Personnel Psychology* in its first 12 months after publication (Wiley, 3/2024)*.*

Valuing diversity and inclusion in healthcare: Pathways to equip the workforce (with J. Khuntia, X. Ning, and R. Stacey). (2022). *JMIR Formative Research, 6(5):* e34808. DOI: 10.2196/34808

The shifting boundaries of talent management (with V. Vaiman, D. G.  Collings, and B. W. Swider). 2021. *Human Resource Management*, *60*(2), 253-257.

Antecedents and consequences of employment and asset restructuring (with A. Chatrath and R. Christie-David). 2021. *Academy of Management Journal, 64*(2), 587-613*.* Summary and infographic in *AOM Insights* (2020, Sept. 1). Available at https://journals.aom.org/doi/full/10.5465/amj.2018.1013.summary; YouTube video available at: https://www.youtube.com/watch?v=ZFMhKLlBxQM; also available at: https://journals.aom.org/insights/videos and https://www.youtube.com/user/AcademyOfManagement/videos

Methodological practices in international business research: An after-action review of challenges and solutions (with H. Aguinis and R. Ramani). (2020). *Journal of International Business Studies, 51*, 1593-1608. DOI: 10.1057/s41267-020-00353-7.

Actionable recommendations for narrowing the science-practice gap in open science (with H. Aguinis, G. Banks, and S. Rogelberg). (2020).  *Organizational Behavior and Human Decision Processes, 158*, 27-35. Available at https://www.sciencedirect.com/science/article/pii/S074959781930740X

Review of Learmonth, M., & Morrell, K. (2020). Critical perspectives on leadership: The language of corporate power. *Academy of Management Learning and Education* (available online, 23 Dec. 2020) at https://doi.org/10.5465/amle.2020.0014

Managing in the age of external intelligence (with R. Montealegre). **(**2020). *Organizational Dynamics, 49,* 1-8.

11

Global talent management and performance in multi-national enterprises: A multilevel perspective (with D. Collings and K. Mellahi). (2019). *Journal of Management, 45*(2), 540-566.

Training trends: Macro, micro, and policy issues. (2019). *Human Resource Management Review, 29(2),* 284-297.

The employer-branding journey: Its relationship with cross-cultural branding, brand reputation, and brand repair (with B. Graham). (2018). *Management Research, 14*(4), 363-379. DOI: 10.1108/MRJIAM-09-2017-0779.

Science's reproducibility and replicability crisis: International business is not immune (with H. Aguinis and R. Ramani). (2017). *Journal of International Business Studies, 48*, 653-663. Doi:10.1057/s41267-017-0081. Chosen as one of the 11 best publications on research methods in IB from 2010-2019. Reprinted in L. Eden, B. B. Nielsen, & A. Verbeke (Eds.). (2020). *Research methods in international business,* pp. 45-66. NY: Palgrave/Macmillan.

Human capital analytics: Why are we not there? (with J. Boudreau). (2017) *Journal of Organizational Effectiveness: People and Performance*, *4*(2), 119-126. Winner of a 2018 Emerald Literati Award for Excellence.

Technology-driven changes in work and employment (with R. Montealegre). (2017). *Communications of the ACM*, *60*(12), 60-67. Republished in Arabic in *HR Echo Magazine*, Dubai (December 2018), and also by Instituto Empressa, Madrid, in *IE Insights, as "Immersed in Change"*, April 2018.

Leniency bias in performance ratings: The Big-Five correlates (with K. Cheng & H. Hui). *Frontiers in Psychology (section on* Organizational Psychology). (2017, 10 April). doi: 10.3389/fpsyg.2017.00521.

How technology is changing work and organizations (with R. Montealegre). (2016). *Annual Review of Organizational Psychology and Organizational Behavior*, 3, 349-375. Featured in *Knowable Magazine,* April 30, 2020.

James L. Outtz (1947–2016) (with S. Zedeck). (2016). *American Psychologist, 71*(6), 510.

New strategic role for HR: Leading the employer-branding process (with B. Z. Graham). (2016). *Organization Management Journal*, *13*(4), 182-192.

Don't fear prudent HR risks. (2016). In *Business and human capital challenges today and in the future* (pp. 76-78)*.* Alexandria, VA: Society for Human Resource Management.

The search for global competence: From international HR to talent management (with J. Boudreau). (2016). *Journal of World Business 50ᵗʰ Anniversary Issue: The State of World Business, 51*(1), 103-114.

Strategic HRM: Too important for an insular approach. (2015). *Human Resource Management, 54*(3), 423-426, DOI:10.1002/hrm.21735.

HR strategy: Optimizing risks, optimizing rewards (with J. W. Boudreau). (2014). *Journal of Organizational Effectiveness: People and Performance, 1*(1), 77-97.

Lead co-editor of a Special Issue of the *Journal of World Business*. Talent management: Current theories and future research directions (with co-editors of the Special Issue, A. al Ariss and J. Paauwe). (2014.) *Journal of World Business, 49*(2), 173-179.

Reflections on the metamorphosis at Robben Island: The role of institutional work and positive psychological capital (with F. Luthans). (2014). *Journal of Management Inquiry, 23*, 51-67, DOI:10.1177/1056492612474348.

Investing in HRD in uncertain times now and in the future. (2014). *Advances in Developing Human Resources, 16* (1), 108-122.

Leveraging employer branding, performance management, and human resource development to enhance employee retention. (2014). *Human Resource Development International, 17*(2), 121-128. (According to the publisher, this was one of the three most downloaded articles in this journal in 2014.)

Essays on excellence: Don't treat risk like a four-letter word. (with J. W. Boudreau). (2014, Nov.). *Workforce.com*, pp. 28-31. Available at www.workforce-digital.com/read-wf/november_2014?sub_id=UQHQMLmlEvUg#pg30.

Human capital strategy: It's time for risk optimization (with J. W. Boudreau). (2014, May). *Employment Relations Today,* DOI 10.1002/ert.21441.

Co-edited a Special Issue of the *German Journal of Research in Human Resource Management.* Current issues in international HRM: Alternative forms of assignments, careers, and talent management in a global context (with co-editors of the Special Issue, M. Festing, P.S. Budhwar, P. J. Dowling, & H. Scullion). (2013). *German Journal of Research in Human Resource Management, 27*(3), pp. 161-166.

Review of Rousseau, D. M. (Ed.), *The Oxford handbook of evidence-based management.* (2013, Winter). *Personnel Psychology, 66*(4), 1049-1055.

Scientific problems in the practice of HR management in China. (2013). *Chinese Journal of Management*, *10*(3), 322-325.

Be a ringmaster of risk: Consider HR strategy as risk management. (2012). *HRMagazine*, 57(4), pp. 38-43.

Methodological issues in international HR management research. (2012). *International Journal of Human Resource Management, 23*(12), 2532-2545. Finalist, 2013 HR Scholarly Research Award, Academy of Management, HR Division.

Work-related employee attitudes and organizational performance. (2012). *Management Today* (South Africa), *30*(2), 37-41.

What's around the corner in HR? (with J. Boudreau). (2011). *Organizational Dynamics*, Special Issue on the future of HR (served as co-editor of the special issue with J. Boudreau) 40(4), 243-245.

Leadership succession: How to avoid a crisis. (2011, May/June). *Ivey Business Journal.* Available at: www.iveybusinessjournal.com/topics/leadership/leadership-succession-how-to-avoid-a-crisis.

The puzzle of performance management in multinational enterprises. (2011). *Industrial and Organizational Psychology: Perspectives on Science and Practice*, *4*(2), 190-193.

Work-related employee attitudes and organizational performance. "Zarzadzanie Zasobami Ludzkimi" [Human Resource Management] (Poland), (June 15, 2010, Issue 3-4).

Review of Latham, G. P. *Becoming the evidence-based manager: Making the science of management work for you.* (2011). *Personnel Psychology, 64*, 266-269.

Done Deal: Now manage post-merger integration. (2010, Oct.). *HR Magazine*, pp. 42-46.

Understanding the costs of employee separation, and framing the issues for senior management (with J. Boudreau). (2010, April). *PersonalFührung* (Germany), pp. 46-52.

Performance-appraisal beliefs of Chinese employees in Hong Kong and the Pearl River Delta (with K. Cheng). (2009). *International Journal of Selection and Assessment, 17*(3), 329-333.

Setting the Record Straight: The Early Years of HRM. (2009). *Human Resource Management,* 48(4), 669-674.

No country, no single society has all the answers when it comes to management. (2009, June). Interview published in *Knowledge Hub* (India), 5(1), 140-143.

Lessons from the financial-services crisis (with P. Cappelli). (2009, Jan.). *HR Magazine*, *54*(1), pp. 46-50.

Research in I/O psychology from 1963-2007: Changes, choices, and trends. (With H. Aguinis). (2008). *Journal of Applied Psychology, 93,* 1062-1081.

Narrowing the science-practice divide: A call to action (with H. Aguinis). (2008). *The Industrial and Organizational Psychologist*, *46*(2), 27-34.

Staffing twenty-first-century organizations (with H. Aguinis). (2008). *Academy of Management Annals, 2*(1), 133-165.

To prosper, organizational psychology should bridge application and scholarship. (2008). *Journal of Organizational Behavior, 29*(4), 455-468.

Evidence-based management and the marketplace for ideas. (2007). *Academy of Management Journal, 50,* 1009-1012.

The costs – and benefits – of human resources (2007). *International Review of Industrial and Organizational Psychology, 22*, 71-109.

The high cost of low wages. (2006, Dec.)**.** *Harvard Business Review*, p. 23.

Decency means more than "Always Low Prices": A comparison of Costco to Wal-Mart's Sam's Club. (2006). *Academy of Management Perspectives, 20*(3), 26-37.

The economic impact of employee behaviors on organizational performance. (2006). *California Management Review, 48*(4), 41-59.

The new human capital equation. (2006, Oct.). *The Industrial-Organizational Psychologist, 44*(2), 15-22.

Test development and use: New twists on old questions (with H. Aguinis). (2005). *Human Resource Management Journal, 44*(3), 219-235. Abstracted in the Winter 2005 issue of *International Abstracts of Human Resources.*

From business partner to driving business success: The next step in the evolution of HR management. (2005). *Human Resource Management Journal, 44*(2), 159-163.

Board governance: A social systems perspective. (2004). *Academy of Management Executive 18* (1), 97-100.

Managing a downsizing process (with P. Wynn, Xilinx Corp.). (2004*). Human Resource Management Journal, , 43*(4), 425-436.

Responsible restructuring: Seeing employees as assets, not costs. (2003, Nov/Dec). *Ivey Business Journal*, 1-5, reprint No. 9B03TF06.

Corporate restructuring and the no-layoff payoff. (2003). *Perspectives on Work* (Industrial Relations Research Association), 7, pp. 4-6.

How technology facilitates virtual work arrangements. (2003). In D. Stone, (Ed.), *Advances in Human Performance and Cognitive Engineering Research* ( Vol. 3,  pp. 1-12). Boston, MA: JAI Press.

E-leadership in virtual teams (with S. Shurygailo). (2003). *Organizational Dynamics, 31*, 362-375. Named by Science Direct as one of the 25 hottest articles in *Organizational Dynamics*, 2009-2010, and one of the top 14 most-downloaded articles published in *Organizational Dynamics* from 2000-2014.

Invited reaction: The effects of alternative reports of human resource development results on managerial support. (2003). *Human Resource Development Quarterly, 14*(2), 153-158.

15

Cutbacks threaten innovation. (2003, Feb.). *HRMonthly*, 14-15, 19. Reprinted in F. Graetz, M. Rimmer, A. Smith, & A. Lawrence (Eds.), *Managing organizational change* (2nd ed., 2005). Milton, Queensland, Australia: John Wiley & Sons.

Strategies for responsible restructuring. (2002). *Academy of Management Executive, 16*(3), 80-91. Awarded AME Best Paper of 2002. Reprinted in Personal Fůhrung (2003, May), pp. 54-68. Reprinted in *The Organizational Behavior Reader*, 8th Edition, J. Osland, M. Turner, D. Kolb, & I. Rubin (Eds.) Upper Saddle River, NJ: Prentice-Hall: pp. 671-687.

Knowledge creation for practical solutions. (2001). *Management Today, 17* (3), 4,5.

The Federal Uniform Guidelines on Employee Selection Procedures (1978): A scientific update of selected issues (with H. Aguinis). (2001). *Review of Public Personnel Administration, 21*(3), 200-218.

Managing a virtual workplace (2000). *Academy of Management Executive, 14* (3), 81-90.

Sending women on global assignments (with P. Caligiuri). (2000). *WorldatWork Journal* (formerly ACA Journal), 9 (2), 34-41.

Downsizing after all these years: Questions and answers about who did it, how many did it, and who benefited from it (with J. Morris & C. Young). (1999, Winter). *Organizational Dynamics*, 78-87.

Can we send her there? Maximizing the success of western women on global assignments (with P. M. Caligiuri). (1999). *Journal of World Business, 33*(4), 394-416.

On managing a virtual workplace. (1998). *The Occupational Psychologist* (UK), 35, 5-11. Reprinted in C. Woodruffe (Ed.), *Winning the talent war: A strategic approach to attracting, developing, and retaining the best people*. London: John Wiley & Sons, Ltd.

The future world of work: Implications for human resource costing and accounting. (1998). *Journal of Human Resource Costing and Accounting, 3* (2), 9-19.

The theory of vertical and horizontal individualism and collectivism: Implications for international human resource management. (1998). *Advances in International Comparative Management, 12*, 37-44.

Review of *Personnel economics for managers* by E. Lazear. (1998). *Personnel Psychology, 51*(4), 1014-1017..

A research-based approach to designing, implementing, and evaluating training programs in 21st century workplaces. A review of M. Quinones & A. Ehrenstein (Eds.), *Training for a rapidly-changing workplace: Applications of psychological research.* (1998). *Contemporary Psychology, 43* (6), 444-446.

Valuing and costing intellectual capital. (1998, Feb.). *HRMonthly* (Australia), pp. 12-16.

Guest editor, special issue of *International Review of Applied Psychology* (Theory, research,
and practice in American applied psychology).  (1998, April), Volume 47.

Financial consequences of employment-change decisions in major U. S. corporations (with C. E. Young &
J. R. Morris.  (1997). *Academy of Management Journal, 40* (5), 1175-1189.

The role of utility analysis in the strategic management of organizations**.**  (1996). *Journal of Human Resource Costing and Accounting*, 1 (2), 85-95.

End-games in international alliances (with M. Serapio). (1996). *Academy of Management Executive, 10* (1), 62-73.

Managing for maximum performance.  (1996, September).  *HRMonthly* (Australia), 10-13.  Reprinted in *Managing Australian business:  Human resources and corporations* (2nd ed.) by Connoley, R. & Rock, P.  Victoria, Australia: Macmillan.

Responsible restructuring. (1996, August).  *Human Resources* (New Zealand), 2-3.

High-performance work practices make the difference.  (1996, December). *Human Resources* (New Zealand), pp. 2-3.  Also, Performance appraisal: Key tool for observation and assessment.  (Same issue), pp. 12-14.

Selective science or selective interpretation?  (with S. Zedeck, I. Goldstein, and J. Outtz). (1995). *American Psychologist, 50* (10), 881-882.

Whither industrial and organizational psychology in a changing world of work? (1995). *American Psychologist, 50* (11), 928-939.  Reprinted in N. Anderson (Ed.), *Fundamentals of HRM.* Thousand Oaks, CA: Sage 2007; also translated into Portuguese and re-published in Comportamento Orginizacional e Gestão.

Issues under the ADA and the CRA with special relevance to psychologists.  (1995, January).  *The Disability Law Reporter*, 9-19.

Twenty issues and answers about sliding bands (with Goldstein, Zedeck, and Outtz). (1995).  *Human Performance, 8,* 227-242.

Point/Counterpoint, "Nummi vs. Uddevalla."  (1994).  *Sloan Management Review, 35* (3), p. 5.

Executive and managerial assessment: Value for the money? (1994).  *Consulting Psychology Journal*, *46*, 42-48.

The cost of downsizing. *HR Monthly* (Australia), (1994, Feb.), 8-130.

Downsizing:  What do we know?  What have we learned?  *Academy of Management Executive*, 1993, *7,* (1), 95-104. (Awarded AME Best Paper of 1993.)

International Human Resource Management Issues for the 1990s. *Asia Pacific Journal of Human Resources*, 1992, *30*, (4), 1-18. Reprinted in A.R. Nankervis & R.L. Compton (Eds.). *Readings in Strategic Human Resource Management*, pp. 307-326. (1994). Melbourne, Australia: Nelson.

Why some jobs receive wage premiums: Test of "tournament" and ILM hypotheses (with P. Cappelli). *Academy of Management Journal*, 1991, *34*, 848-868. (Winner of best paper award, Human Resources Division, Academy of Management, 1992).

Die Zukunft muss kein zufall bleiben (with P. Eichenberger). *Personalwirtschaft*, 1991, April, pp. 13-17.

Personnel selection in the context of human resource management. In H. Schuler & U. Funke (Eds.). *Eignungsdiagnostik in Forschung und Praxis*. Stuttgart: Verlag fur Angewandte Psychologie, 1991, pp. 275-280.

Why do "testing experts" have such limited vision? (with S. Zedeck, J. Outtz, & I. L. Goldstein). *Human Performance*, 1991, *4*(4), 297-308. Republished in *Human Performance*, 1995, *8* (3), 179-190.

Statistical implications of six methods of test score use in personnel selection. (with J. Outtz, S. Zedeck, & I. L. Goldstein). *Human Performance*, 1991, *4* (4), 233-264. Republished in *Human Performance*, 1995, *8* (3), 133-164.

Human resource systems in an international alliance: The undoing of a done deal? (with M. Serapio). *Organizational Dynamics*, Winter, 1991, 63-74. Reprinted in R.S. Schuler (Ed.). *Strategic human resources management*, pp. 79-90. (1993). NY: American Management Association.

A critical re-analysis of Hunter, Schmidt, and Coggin's "Problems and Pitfalls in Using Capital Budgeting and Financial Accounting Techniques in Assessing the Utility of Personnel Programs" (with J. Morris). *Journal of Applied Psychology*, 1990, *75*, 410-417.

The United States and Taiwan: Two different cultures look at performance appraisal (with G. McEvoy). (1990). *Research in Personnel and Human Resource Management*, Supplement 2, 201-219. JAI Press, Greenwich, CT.

The dollar impact of staff behavior (1990, April). *Personnel Today* (Institute of Personnel Management Australia), pp. 8-11; 25.

Cumulative evidence of the relationship between employee age and job performance (with G. McEvoy). *Journal of Applied Psychology,* 1989, *74,* 11-20.

Setting cutoff scores: Legal, psychometric, and professional issues and guidelines (with R. Alexander and G. V. Barrett). *Personnel Psychology*, 1988, *41,* 1-24.

Do good or poor performers leave? A meta-analysis of the relationship between performance and turnover (with G. McEvoy). *Academy of Management Journal*, 1987,

*30*, 744-764.  Reprinted in Newstrom, J.W., and K. Davis (1989).  *Organizational Behavior*.  NY:  McGraw-Hill, pp. 111-121.

Is cost accounting the answer? A comparison of two behaviorally-based methods for estimating the standard deviation of job performance in dollars with a cost accounting-based approach (with O. L. Greer).  *Journal of Applied Psychology*, 1987, *72*, 588-595.

New-wave HRD Accounting.  *Training and Development Journal,* 1986, *40*(12), 36, 37.

Development and application of a new method for assessing job performance in behavioral/economic terms (with R. Ramos).  *Journal of Applied Psychology,* 1986, *71*, 20-28.

Strategies for reducing employee turnover: A meta-analysis (with G. McEvoy).  *Journal of Applied Psychology,* 1985, *70*, 342-353.

Psychological issues in personnel decisions (with S. Zedeck).  *Annual Review of Psychology*, 1984, *35*, 461-518.

Open a new window in rational research planning: Adjust alpha to maximize statistical power (with S. Zedeck).  *Personnel Psychology*, 1983, *36*, 517-526.

Performance appraisal decisions as a function of rater training and purpose of the appraisal (with S. Zedeck).  *Journal of Applied Psychology*, 1982, *67*, 752-758.

Scientific, operational, and legal imperatives of workable performance appraisal systems.  *Public Personnel Management*, 1982, *11,* 367-375.  Served as invited co-editor of the journal for this special issue on performance appraisal research.  Reprinted in H. G. Heneman III & D. P. Schwab  (Eds.), *Perspectives on Personnel/Human Resource Management*  (3rd ed.) (pp. 70-78).  Homewood, IL:  Irwin, 1986.

Implications of performance appraisal litigation for personnel decisions (with H. J. Bernardin).  *Personnel Psychology,* 1981*, 34,* 211-226.  Portions reprinted in D.R. Ilgen & J. L. Barnes-Farrell, *Performance planning and evaluation*.  Palo Alto, CA: Science Research Associates, 1984; also reprinted in F.J.Landy (Ed.), *Readings in Industrial and Organizational Psychology*.  Homewood, IL: Dorsey, 1986; in E. Skopec, *Situational Interviewing*, 1986; and C. E. Schneier, R. W. Beatty and G. McEvoy (Eds.), *Personnel/Human Resource Management Today*.  Reading, MA: Addison-Wesley, 1986.

Responding to the demand for accountability: A critical analysis of three utility models.  *Organizational Behavior and Human Performance,* 1980*, 25* 32-45.

More on validation and statistical power (with E. Valenzi and V. Silbey).  *Journal of Applied Psychology,* 1980, *65* 135-138.

Performance testing: A rose among thorns? (with N. Phillips).  *Personnel Psychology, 1979, 32,* 751-766.  Reprinted in H. G. Heneman and D.P. Schwab (Eds.), *Perspectives on Personnel/Human Resource Management*  (3rd ed.).  Homewood, IL: Irwin, 1986; in S. Rynes and G. Milkovich (Eds.), *Current Issues in Human Resource Management*,

Plano, TX: Business Publications, Inc., 1986; also reprinted in C.L. Cooper (Ed.), *International Library of Critical Writings in Psychology*, 1991.

The utility of the assessment center as a selection device (with V. Silbey). *Journal of Applied Psychology,* 1979*, 64,* 107-118.

Validation and statistical power: Implications for applied research (with E. Valenzi and V. Silbey). *Journal of Applied Psychology,* 1978*, 63,* 589-595.

Relations among criteria of police performance (with E. Valenzi). *Journal of Applied Psychology*, 1978, *63*, 22-29.

A practical method for testing the significance of individual change scores (with W. M. Kurtines). *Educational and Psychological Measurement,* 1977, *37*, 887-895.

Social, political, economic, and ecological problems associated with nuclear plant siting. *Florida Environmental and Urban Issues*, 1978, *5*, 15-16.

Behaviorally anchored rating scales: Effects of job experience of raters and ratees (with E. Valenzi). *Journal of Applied Psychology*, 1977, *62*, 278-282.

Formal education and police officer performance. *Journal of Police Science and Administration,* 1977*, 5*, 89-96.

Factor structure stability in attitude measurement. *Educational and Psychological Measurement*, 1976, *36,* 847-854.

Prosper - Training and research for increasing management awareness about affirmative action in race relations (with B. M. Bass, H. Tragash, and J. W. McPherson). *Academy of Management Journal*, 1976, *19*(3), 353-369.

Turnover, biographical data, and fair employment practice. *Journal of Applied Psychology,* 1976*, 61,* 576-580.

Role playing - An approach to changing attitudes toward race (with B. M. Bass). *Journal of Psychology*, 1976, *92,* 261-266.

Educational standards for police officer personnel (with L. J. Real). *Police Chief,* 1976*, 43*, 54-55.

The accuracy of verifiable biographical information blank responses. *Journal of Applied Psychology*, 1975, *60,* 767-769.

Cognitive evaluation theory and the Calder-Staw critique (with E. L. Deci and J. Krusell). *Journal of Personality and Social Psychology,* 1975*, 31,* 81-85.

Magnitude estimations of frequency and amount (with B. M. Bass and E. J. O'Connor). *Journal of Applied Psychology,* 1974*, 59,* 313- 320.

Functional specialization, culture, and preference for participative management. *Personnel Psychology,* 1974*, 27,* 593-603.


**Publications:**

**(Technical Reports)** Competencies for healthcare leaders in response to Covid-19 (with R. Stacey). (2021, March). In Healthcare management competencies across the globe: Responses to Covid-19. Available at

St. Joseph's Health System's response to people issues during the COVID pandemic. U. of Colorado Denver Health Administration Research Brief, 2020, Vol. 2 (1). Available at https://www.ihf-fih.org/home?myhub&selected=4212

Content-oriented evidence of validity for five groups of jobs at Union Pacific Railroad (with R. Stoner and B. Haynes). June 2012.

The relationship of 21st-century competencies to important personal and work outcomes. Washington,
D. C.: National Research Council, National Academies of Science, April, 2010.

Methodological issues in the validation of twelve crediting plans for computer specialist positions in the Data Processing Department at the Naval Supply Center, Oakland (with M. E. Giffin and M. A. Lahey). November 1998.

Results of the validation of twelve crediting plans for computer specialist positions in the Data Processing Department at the Naval Supply Center, Oakland (with M. E. Giffin and M. A. Lahey).  November 1998.

Additional issues related to the validation of crediting plans for computer specialist positions in the Data Processing Department at the Naval Supply Center, Oakland (with M. E. Giffin and M. A. Lahey).  November 1998.

Is age a proxy for declines in work performance among workers over 65?  Report prepared for Dietz &
Little, P.A., Bismarck, N.D. as part of a constitutional challenge to a North Dakota statute that terminates
workers' compensation benefits to workers age 65. May 1996.

Corporate downsizing: A look at the last 15 years (with C. Young).  Prepared for U.S. Dept. of Labor, Office of Policy Analysis, Washington, D.C., February 1996.

Consequences of corporate downsizing: profitability, productivity, and stock return (with C. Young). Prepared for U. S. Dept. of Labor, Office of Policy Analysis, Washington, D. C., March 1996.

The impact of downsizing on the financial performance of firms (with J. Morris). University of Colorado at Denver, Graduate School of Business, Working Paper 95-06. (April 1995).

Central Intelligence Agency:  Review of the human resource function with reference to performance and productivity (with W. Brewer and F.J. Landy).  Langley, VA:  July, 1994.

An analysis of trades-based bumping of tools and parts attendants (WG-6904) at Mare Island Naval Shipyard (with M.A. Lahey, K.E. Buckner, C.I. Palmer, and R.L. Storch, October 1994).

An analysis of the elimination of civilian work force positions during the 1990 reduction in force at Mare Island Naval Shipyard (with R.L. Storch and B.A. Christenson).  August 1993.

The industrial setting at Mare Island Naval Shipyard (with R.L. Storch, H. Bunch, M.A. Lahey, and J. Wheeler).  August 1993.

A Critical Analysis of Employment Practices at Delta Air Lines, Inc.  Report prepared at the request of the legal department, Delta Air Lines, Inc., July 1993.

Public investments in training:  Perspectives on macro-level structural issues and micro-level delivery systems.  Report prepared for the University of Pennsylvania's National Center on the Educational Quality of the Workforce, Philadelphia, November 1993.

Documenting training effectiveness in terms of worker performance and adaptability.  Report prepared for the University of Pennsylvania's National Center on the Educational Quality of the Workforce, Philadelphia, November 1993.

Development of a weighting system for components of promotional examinations for the ranks of Lieutenant, Captain, and Major administered by the Illinois State Police Merit Board.  February 1992.

Analysis of the content-oriented evidence of validity of the 1991 promotional written examinations for the Ranks of Sergeant and Master Sergeant administered by the Illinois State Police Merit Board.  November 1991.

Report to the National Security Agency on the use and validation of the Career Qualification Battery (First author, with P. Sackett and N. Schmitt).  November 1991.

Advisory Committee on Workforce Quality Assessment.  Subcommittee on Outputs - Group/Team Outcomes. (Chair).  Technical Report prepared for the U.S. Office of Personnel Management and Merit Systems Protection Board, May 1991.

Alternative uses of performance information in manpower management.  Invited paper prepared for National Academy of Sciences/National Research Council, May 1987.

The job orientation interview (JOI): A validation study.  Final report to Bell South (co-authored with CORE Corp.), July 1986.

A report on the potential use of the USAF Job Performance Measurement System for validation of the civilian Promotion, Placement, and Referral System.  USAF Human Resources Laboratory, Brooks AFB, Texas, October 1986.

A critical assessment of the validity and vulnerability to legal challenge of USAF civilian selection procedures.  USAF Human Resources Laboratory, Brooks AFB, Texas, April 1985.

Cost/benefit analysis of first-level management assessment programs in Mountain Bell.  Final report to AT&T, September 1982.

Validation of an entry-level police officer test.   Validation of an entry-level firefighter test.   Validation of promotional examinations for three classes of police work - Sergeant, lieutenant, and captain.   Validation of promotional examinations for four classes of fire department work - Driver engineer, lieutenant, captain, and division chief.  City of Hollywood, Florida, Personnel Department, March 1980, IPA Grant #H-9424

Analysis and critique of selected aspects of the U. S. Air Force evaluation by objectives program, civilian appraisal of potential program, and GS13-15 merit pay program.  USAF contract #F33615-78-D-0629, May 1979.

The adverse impact of the 80 percent rule.  Working Paper  #79-1, Division of Management, Florida International University, March 1979.

A utility analysis of the assessment center  (Brogden-Cronbach-Gleser model).  (With V. Silbey).  Working Paper #78-1, Division of Management, Florida International University, March 1978.

Social, political, economic, and ecological problems associated with nuclear plant siting.  Final report to FIU-FAU Joint Center for Environmental and Urban Problems, grant #1E-7005, October 1977.

The utility of the assessment center in executive selection Evaluation and tables (CAPER model). Working Paper #76-4, Division of Management, Florida International University, July 1976.

Relationships among job structural attributes, retention, task descriptions, aptitudes, and work values.   (With G. V. Barrett, B. M. Bass, E. J. O'Connor, R. A. Alexander, and J. B. Forbes).  Technical Report #3, University of Akron, May 1975.

Value orientation, organizational rewards, and job satisfaction.  Technical Report #82, Management Research Center, University of Rochester, August 1973.

Attitudes and performance in one-way and two-way communication:  A cross-cultural comparison.  Technical Report #76, Management Research Center, University of Rochester, February 1973.

**Media Publications:**  Quoted in Gracia Santillana Linares, M. (2024, April 2). Worker confidence falls as more layoffs blame overhiring. *Forbes.* www.forbes.com/sites/mariagraciasantillanalinares/2024/04/02/worker-confidence-falls-as-more-layoffs-blame-overhiring

Quoted in Hampton, C. (2024, Feb. 9). How companies say "layoffs" without saying "layoffs". *Bloomberg Economic Times.* www.bloomberg.com/news/articles/2024-02-09/corporate-layoffs-all-the-ways-companies-say-someone-is-unemployed

Appeared on AirTalk, National Public Radio, 89.3FM (formerly KPCC), to discuss best practices when conducting layoffs. Los Angeles, CA, December 12, 2023.

Quoted in Vinopal, C. (2023, May 12). How HR can help companies think through the true cost of layoffs. *HR Brew.* https://www.hr-brew.com/stories/2023/05/12/hr-can-help-companies-think-through-the-true-costs-of-layoffs

Quoted in *Fidelity Smart Money.* (2023, April 5). How is the job market good when it seems bad? Available at https://www.fidelity.com/learning-center/smart-money/current-job-market

Quoted in Clemente, J. (2023, April 12). A long-term strategy to avoid over-hiring. *Charter Works.* Available at https://www.charterworks.com/a-long-term-strategy-to-avoid-over-hiring-2/

Quoted in Colvin, G. (2023, March 30). Are layoffs a confession of bad management? *Fortune.* Available at https://fortune.com/longform/layoffs-2023-bad-management/

Quoted in Evans, M. G. (2023, March 24). Viewpoint: downsizing companies still haven't learned. *Boston Business Journal.* Available at www.bizjournals.com/boston/news/2023/03/24/viewpoint-downsizing-companies-still-havent-lear.html

Quoted in Howey, B. (2023, March 20). In the Blue: Bar none – Dearth of Aurora cop recruits city to advance, hire applicants who test poorly. *Sentinel Colorado*. Available at https://sentinelcolorado.com/news/metro/in-the-blue-bar-none-dearth-of-aurora-cop-recruits-prompts-city-to-advance-hire-applicants-who-test-poorly/

Quoted in Constanz, J., & Love, J. (2023, Feb. 6). Middle managers, beware: You're the prime layoff target in tech's new quest for 'efficiency'. *Fortune.* Available at https://fortune.com/2023/02/06/middle-managers-tech-layoffs-efficiency-zuckerberg-facebook-google/

Quoted in Knight, R. (2023, Feb. 3). Headlines about layoffs don't mean you're going to lose your job. *Business Insider.* Available at https://www.businessinsider.com/us-economy-layoff-job-market-economists-recession-inflation-worried-2023-2

Quoted in Sheedy, C. (2023, Jan. 17). 3 things HR should keep in mind during a recession. *HRM Australia*. Available at www.hrmonline.com.au/how-tos/3-things-hr-keep-recession/

Quoted in Crosdale, C. (2023, Jan. 4). Tech firms may prove penny-wise but pound-foolish: Massive layoffs are affecting the tech sector worldwide with some 971 companies laying off more than 150,000 employees in 2022. *Global Finance.* Available at www.gfmag.com/magazine/january-2023/tech-layoffs-may-prove-penny-wise-pound-foolish

Quoted in Constanz, J. (2022, Nov. 15). Layoffs, the right way. *Work Shift Newsletter*. Available at https://www.bloomberg.com/news/newsletters/2022-11-15/layoffs-can-be-done-a-better-way

Quoted in Constanz, J. (2022, Nov. 13). As tech industry cuts jobs, these are some of the worst ways to get fired. *Bloomberg News.* Available at https://www.bloomberg.com/news/articles/2022-11-12/twitter-layoffs-add-to-history-s-5-biggest-job-cut-disasters?leadSource=uverify%20wall

Quoted in Liu, B. (2022, June 23). Crypto industry layoffs may have unintended consequences. Available at https://blockworks.co/crypto-industry-layoffs-may-have-unintended-consequences/

The pandemic has changed training, but research-based guidelines to good practice endure. (2022, Jan. 4). *SIOP Source.* Available at https://www.siop.org/Research-Publications/Items-of-Interest/ArtMID/19366/ArticleID/5551/The-Pandemic-Has-Changed-Training-but-Research-Based-Guidelines-to-Good-Practice-Endure

Quoted in Bhattacharya, S. (2021, Nov. 27). How the Covid-19 pandemic changed employee training. *The Wall Street Journal.* Available at www.wsj.com/articles/how-covid19-changed-employee-training-11637612390

Quoted in Rodriguez, A. (2021, Oct. 27). The great resignation & the benefits of quitting. Available at https://news.ucdenver.edu/the-great-resignation-the-benefits-of-quitting/

Podcast, Uptime Logistics, "Restructuring and reimagining a post-pandemic workplace". Interviewed by D. Draper, November 17, 2020. Available at www.youtube.com/watch?v=vPj5ZXRMmbw&feature=youtu.be

Editorial: After COVID-19: Hitting reset on criteria for hospital leaders' performance (with R. Stacey). (2020, Oct. 29). American College of Healthcare Executives. Available at http://blog.ache.org/2020/10/29/after-covid-19-hitting-reset-on-criteria-for-hospital-leaders-performance/

Editorial: Assessing senior leaders' performance during COVID-19: 11 questions for boards (with R. Stacey). (2020, September 3). The Governance Institute. Available at https://nrchealth.com/wp-content/uploads/2020/08/GA_Assessing-Senior-Leaders-Performance-during-COVID-19_Stacey_Cascio.pdf

Quoted in Kong, A. (2020, Sept. 18). Can side hustles replace full-time employment?" Available at https://www.creditdonkey.com/free-money.html#interview=wayne-cascio

Quoted in Senior, J. (2020, June 14). More people will be fired in the pandemic. Let's talk about it. Available at www.nytimes.com/2020/06/14/opinion/layoffs-coronavirus-economy.html

Quoted in Lee, T. (2020, June 3). How HR can support law enforcement professionals and their families. Available at www.shrm.org/hr-today/news/hr-news/Pages/HR-support-law-enforcement-professionals-families.aspx

25

Opinion: Front-line healthcare workers deserve hazard pay (with A. Garman and R. Stacey). (2020, May 5). *HealthLeaders.* Available at https://www.healthleadersmedia.com/covid-19/opinion-front-line-healthcare-workers-deserve-hazard-pay

Quoted in E. Morath and J. Hilsenrath. (2020, March 14). "U. S. economic outlook under coronavirus hinges on layoff decisions." *The Wall Street Journal*. Available at https://www.wsj.com/articles/u-s-economic-outlook-hinges-on-layoff-decisions-11584110104

Quoted in A. Svaldi. (2020, March 23). Economists' hopes for big rebound diminish. *The Denver Post*, pp. 1A, 11A.

Appeared in H. Sybrandy. (2020, March 23). Applications for unemployment have soared and many workers and business owners are worried. *CGNTV, America*. Available at https://www.youtube.com/watch?v=LAx2KCzERDA&feature=youtu.be

Quoted in E. Sealover. (2020, March 24). As Denver's stay-at-home order goes into place, breweries get a reprieve. *Denver Business Journal.* Available at https://www.bizjournals.com/denver/news/2020/03/24/denver-stay-at-home-order-breweries.html

Quoted in A. Svaldi. (2020, March 26). From airlines to hotels, layoff notices piling up. *The Denver Post*, pp. 15A, 17A,

Workplace, Timely topics (Interview with Nick Rheinberger). ABC Australia Radio, September 2019.

Quoted in Koenig, R. (2019, April 25). **"**Layoffs leave scars on survivors, too". *US News & World Report.* Available at https://money.usnews.com/careers/applying-for-a-job/articles/how-to-cope-as-a-layoff-survivor

Wrote and filmed 21 modules of a video-based training course for Lynda.com (now part of LinkedIn)**,** "Compensation and Benefits", June, 2017.

Master class: Rethinking restructuring. Interviewed by McCally, K. (2017, Jan.-Feb.). *Rochester Review*, p. 64.

Wrote and filmed 13 modules of a video-based training course for Lynda.com (now part of LinkedIn)**,** "HR in the on-demand economy", March, 2016.

Quoted in *Knowledge@ Wharton*, April 12, 2016. "How layoffs hurt companies." Available at http://knowledge.wharton.upenn.edu/article/how-layoffs-cost-companies/

Quoted in Trammell, K. (2015, Aug. 18). "Unlimited vacation: You decide when to go and for how long." *Atlanta Journal-Constitution*. Available at http://www.myajc.com/news/business/employment/unlimited-vacation-you-decide-when-to-go-and-for-h/nnL5k/

26

KFC Asia-Pacific: Engaging and integrating a younger workforce. (2015). Wrote, co-produced, and hosted DVD for the Society for Human Resource Management Foundation. Available at www.shrm.org/Foundation.

Wayne F. Cascio, Chair, SHRM Certification Commission (cover and bio). (2015, July). *HR Professionals Magazine, 5*(7)*, p. 5.

Quoted in Lee, S. (2015, June 9). "Encroachment of 'Shadow Work' Introduces New Safety, Health Hazards, Author Says." *Occupational Safety & Health Reporter,* p. 697.

Measuring critical competencies (interviewed by B. Leonard). (2015, May). *HRMagazine, 60*(4), pp. 20-21.

Quoted in Singal, J. (2015, January 27). The adult snow day is dying, and that's sad. *New York Magazine*. Available at http://nymag.com/scienceofus/2015/01/adult-snow-day-is-dying-and-thats-sad.html#1Fm7z4:S5h

The hero within. (2014, Oct. 6). Cascio, W. F.  *Financial Chronicle* (India). Available at: http://www.mydigitalfc.com/knowledge/hero-within-066

Optimizing risks in human capital management. (2014, Sept.). Interview by Halina Guryn, *Personnel & Management* (Poland), pp. 10-13.

Investing in older workers: The National Institutes of Health. Wrote, co-produced, and hosted DVD for the Society for Human Resource Management Foundation, 2014.

Quoted in Keizer, G. (2014, July 18). Microsoft may drag out layoffs for a year. Available at: http://www.computerworld.com/s/article/9249822/Microsoft_may_drag_out_layoffs_for_a_year

Why HR practitioners need to be taking prudent risks. (2014, July). Peter S. Wilson interview of W. Cascio. *HR Monthly* (Australia), pp. 14-19.

Cited in Pfeffer, J. (2014, June 6). Underpaying employees can hurt a company's bottom line. *Time*. Available at: http://time.com/2828130/minimum-wage-hike-job-loss/

People analytics: Where has it been, where is it going? Cascio interview, published both in English and in French, *HR Today* (Switzerland), June-July 2014, Issue #3, pp. 8-9. Republished in *Workforce Tomorrow* (Pakistan), 2014, 2nd Quarter, pp. 3-6.

Restructuring: Types, causes, and myths about outcomes. Lecture presented by Henry Stewart Talks, Marketing and Management Collection (London), June 2014. Available at http://hstalks.com/main/view_talk.php?t=2828&hash=268320ed0d995b7019cee3edbe74455d.

Alternatives to downsizing. Lecture presented by Henry Stewart Talks, Marketing and Management Collection (London), June 2014. Available at http://hstalks.com/main/view_talk.php?t=2826&hash=b1a1fa11d872d81db273846c740ea4e9

27

The Conference Board, webcast, "Book discussion: Short introduction to HR management" (with L. Sartain, Moderator, and J. Boudreau, co-presenter). December 2013. Available at https://www.conference-board.org/webcasts/ondemand/webcastdetail.cfm?webcastid=3189

Quoted in Spindell, A. (2013, Sept. 24). "Hiring pitfalls in expanding overseas and how to avoid them."
Industry Market Trends, ThomasNet News.  Available at:
http://news.thomasnet.com/IMT/2013/09/24/hiring-pitfalls-of-expanding-overseas-and-how-to-avoid-them/

**"**From local, to regional, to global player: Evolution of the HR role at Aramex." (Dubai). Wrote, co-produced, and hosted DVD for the Society for Human Resource Management Foundation, 2013.

"Why does the U.S. still provide so many highly qualified, specialized employees?" Interview by Yulia Netesova, published in Russian on 31 May 2013. Available at http://www.terra-america.ru/import-kadrov-v-usloviyah-nehvatki-istoricheskogo-vremeni.aspx#

Cited in Kranc, J. (2013, May). The HR-risk connection. *Human Resource Executive,* pp. 32-35. Available at: http://www.humanresourceexecutive-digital.com/humanresourceexecutive/may_2013#pg32

WDET, Detroit Public Radio, Craig Fehle show. (2013, April 2). Interviewed about **"**The high cost of low wages" in retail. Available at www.wdet.org

Cited in Pound. E. (2013, March). The stagnant labor pool: the global labor pool is failing to keep pace with the growing world economy. *Leader's Edge,* pp. 41-46. Available at: http://leadersedgemagazine.com/digital-edition/2013-03/

*Channel 9 TV News*, Denver (January 28, 2013). New thinking on closing America's skills gap. Available at: http://www.9news.com/rss/story.aspx?storyid=313216.

Ernst&Young: "Creating a culture of flexibility." Wrote, co-produced, and hosted DVD for the Society for Human Resource Management Foundation.  August 2012.

Dollar General: "Serving others" (Dollar General's commitment to the military community). Wrote, co-produced, and hosted DVD for the Society for Human Resource Management Foundation.  December 2012.

Madigan, K. (2012, September 26). Dear NFL, you get what you pay for. *The Wall Street Journal* (blog). Available at: http://blogs.wsj.com/economics/2012/09/26/dear-nfl-you-get-what-you-pay-for/.

When does it make sense to increase turnover? (October 4, 2012). *HR Daily* (Australia). Available at:
www.hrdaily.com.au/nl06_news_selected.php?act=2&nav=1&selkey=2362&utm_source=daily+email&utm_medium=email&utm_campaign=Daily+Email+Article+Link.

The dollars and sense of measuring HR and workforce flexibility practices. (2012, March 28). Webcast sponsored by the Society for Human Resource Management, Alexandria, VA.

Getting caught in a mass layoff. (2011, Sept. 15). National Public Radio, Cascio interview by Nancy Marshall Genzer. Available at http://marketplace.publicradio.org/display/web/2011/09/16/mm-getting-caught-in-a-mass-layoff/

"Doing well by doing good: Global sustainability at Aditya Birla Group." (Mumbai). Wrote, co-produced, and hosted DVD for the Society for Human Resource Management Foundation.  August 2011.

Cascio, W.F. (2011, July). *Downsizing: costs, consequences, and best practices*, in Wilkinson, A. (ed.), Human Resource Management: The Marketing & Management Collection, Henry Stewart Talks Ltd, London (online at http://hstalks.com/?t=MM1302825-Cascio)

Schings, S. (2011, July). Going virtual and global (interview). Article published at www.siop.org on July 13, 2011.

Cited in Amabile, T., & Kramer, S. (2011, Oct. 29). Down with Knee-Jerk Downsizing HBS Faculty - *Harvard Business Review,* available at http://blogs.hbr.org/hbsfaculty/2011/10/down-with-knee-jerk-downsizing.html.

Cited in Meinert, D. (2011, June). Make telecommuting pay off. *HRMagazine, 56*(6), pp. 33-37.

Cited in Ciccarelli, M. C. (2011, March). BP's bubbling cauldron. *HR Executive,* pp. 1, 18-21.

Cited in Kingsbury, K. (2010, Nov. 8). Recasting Alcoa: A brutal drop in aluminum prices required an equally brutal remake of the company. *Time*, pp. 42-44.

Cited in Freed, J. (2010, Nov. 8). Tough times challenge culture. *DesMoines Business Record*, p. 34.

Guryn, H. (2010, June 24). Cascio interview: HR Analysis – Using Data to Make Strategic HR Decisions. *Personnel & Management Magazine*, Poland.

Extreme downsizing may hurt companies later. (2010, Aug. 9). National Public Radio, Cascio interview by John Ydistie. Available at

www.npr.org/templates/player/mediaPlayer.html?action=1&t=1&islist=false&id=129036823&m=129076108

Quoted in Chase, K. J. (2010, Aug. 13). With layoffs, room for creativity. *The Boston Globe,* available at

www.boston.com/yourtown/cambridge/articles/2010/08/13/with_layoffs_room_for_creativity/?p1=Well_MostPop_Emailed7

Quoted in Thurm, S. (2010, May 5). Recalculating the cost of big layoffs. *The Wall Street Journal*. Available at http://online.wsj.com.

29

<u>Bupa Australia</u>. "Once the deal is done: Managing a merger." Wrote, co-produced, and hosted DVD for the Society for Human Resource Management Foundation.  August 2010.

Quoted in Pfeffer, J. (2010, Feb. 15). Lay off the layoffs. *Newsweek.* Available at www.newsweek.com/id/233131.

(2009, Nov. 1). Interview - succession planning. Podcast available on ITunes at http://www.urbandesignpodcast.com/podcasts/2009/podcast018.html

*The World Economic Forum: Creating Global Leaders.* Wrote, co-produced, and hosted DVD for the Society for Human Resource Management Foundation.  August 2009.

Quoted in Pearson, M. (2009, April 15). Dealing with downsizing. *Financial Post* (Toronto), available from www.financialpost.com/careers/story.html?id=1498851.

Quoted in Scott, S. (2009, Feb. 11). Expert wants to keep you employed. *Australian Financial Review,* p. 12.

Cascio, W. F. (2009, Feb. 3).  Sackings do not always deliver profit.  *The Age* (Melbourne, Australia). Available at http://aap.newscentre.com.au/ahri/090203.

Quoted in Smith, F. (2009, Feb. 3). Considerate firing squads keep parting shots amicable. *Australian Financial Review,* p. 51. Available from www.afr.com.

Quoted in Kiviat, B. (2009, Feb. 1). "After Layoffs, There's Survivor's Guilt." *Time* magazine. Available at http://www.time.com/time/business/article/0,8599,1874592,00.html?imw=Y

Quoted in Boutelle, C., & Schings, S. (2009, Jan.). Perks without the pinch. *HR News* magazine, pp. 20-23.

Quoted in West, A. (2009, 28 Jan.). She makes bad medicine easier to swallow. *The Sydney Morning Herald.* Available at: http://aap.newscentre.com.au/ahri/090128/library.

Quoted in Boesveld, S. (2009, Jan. 26). Taking a bullet for the team. *Globe and Mail* (Canada). Available at: www.theglobeandmail.com/servlet/story/RTGAM.20090126.wlbullet26/BNStory/lifeMain.

Quoted in S. Sardo. (2009, 8 Jan.). Knee-jerk lay-offs just bad for business in long term. *The Canberra Times* (Australia), page 9.

Top 5 reasons why layoffs are a bad idea. (2009, Jan. 8). *BK Communiqué*, available at: dmarshall@bkpub.com.

Quoted in Wells, S. J. (2008, Nov.). Layoff aftermath. *HR Magazine*, pp. 36-41.

Quoted in A. Grant (2008, 28 Nov.). Downsizing gracefully: Innovate, don't amputate. *4Hoteliers,* downloaded from www.4hoteliers.com/4hots_fshw.php?mwi=3553

Quoted in Freed, J. (2008, Sept. 27). Are your employees costs or assets? *Des Moines Business Record*, available from http:businessrecord.com/print.asp?ArticleID=6925&SectionID=5&SubSectionID=12.

"Recruiting Departments and Downsizing." (2008, Dec. 12). *Executive Recruiter Online,* interview with W. Cascio by D. Creelman, available at: http://www.ere.net/2008/12/12/5284/.

(Quoted in) "After a downsizing, how to motivate?" (2008, Aug. 24). Article by Kelley Holland, *The New York Times.* Available from www.NYTimes.com.

(Quoted in) "A humane way to terminate 'surplus labor units.' (2008, Aug. 5). Article by Fiona Smith, *Australian Financial Review*. Available from www.afr.com.

*Seeing the future: Succession planning and leadership development at 3M Company*. Wrote, co-produced, and hosted DVD for the Society for Human Resource Management Foundation.  August, 2008.

(Quoted in) " Layoffs: Making job cuts less cutting." (2008, July 26). Article by Cathleen Schoultz, *Bulletin to Management, 26*, 817.

(Quoted in) " Fraud trial raises issues over purse strings at Kodak." (2008, May 11). Article by Gary Craig, (Rochester, NY) *Democrat & Chronicle.*  Downloaded from www.democratandchronicle.com on May 12, 2008.

(Quoted in) "Top Jobs 2008: A Guide to Layoff Survival." (2008, Jan.). Article by Gloria Sin, *Fast Company.*  Available from www.FastCompany.com.

(Quoted in) "Culture crash," by Ed Frauenheim, *Workforce Management*, January 14, 2008, pp. 1, 12-17.

(Quoted in) "Restructuring 101," by Ed Frauenheim, *Workforce Management*, January 14, 2008, p. 16.

*Trust Travels: The Starbucks Story*. Wrote, co-produced, and hosted DVD (in-depth examination of strategies for building and maintaining trust among employees and customers), for the Society for Human Resource Management Foundation.  August, 2007.

*Enhancing your chapter's programming using SHRM Foundation DVDs.*  Webcast, September 27, 2007 and October 19, 2006.

(Quoted in) "It's the Workforce, Stupid!" by James Surowiecki (Financial Page, *The New Yorker*, April 30, 2007, pp. 29-32).

The people equation: Cost versus value.  Cascio interview by Melissa Yen, *Human Resource Magazine*, Australia, June, 2007.

31

(Quoted in) "Why investors may do well with firms that avoid layoffs," by Herb Greenberg (*The Wall Street Journal*, September 9, 2006), p. B4.

*Ethics, the fabric of business: A case study of Lockheed-Martin*.  Wrote, co-produced, and hosted DVD (in-depth examination ethics and values at Lockheed-Martin Corp.), for the Society for Human Resource Management Foundation.  August, 2006.

(Quoted in) "The hidden talent in your firm.**"** by Roger Eglin (*Sunday Times – London,* July 16, 2006*)*.  Retrieved from www.timesonline.co.uk

(Quoted in) "Buyouts cut costs, but at what price?"  by Amy Joyce (*Washington Post*, April 15, 2006, p. D1).  Reprinted in www.fortwayne.com/mld/journalgazette/business/14411047.htm?template=content

*Fueling the talent engine: Finding and keeping high performers*.  Wrote, co-produced, and hosted DVD (in-depth examination of talent-management strategies at Yahoo! Inc.), for the Society for Human Resource Management Foundation.  August, 2005.

*Wall Street Journal This Morning.* Small business restructuring:  What to do and what not to do.  National radio broadcast, May 11, 2005.

*U. of Maryland, College Park*.  One-hour audio interview played for 1,000 students in response to their questions about current issues in human resources and about the future of the field, April, 2005.

*Responsible restructuring*.  Webcast through HR.com, Thought Leader interview as part of "The Changing World of Work," January 17, 2005.

*Globalization: Implications and impact*.  (Interviewed by A. Hosking). *HR Future* (South Africa). January, 2005.

*HR in Alignment*.  Hosted and wrote DVD (in-depth examination of the alignment of business and HR strategies and metrics at Sysco, Inc.), plus discussion guide, for the Society for Human Resource Management Foundation.  August, 2004.

*HR Role Models, HR in Sync, HR in High Tech (large companies), HR in High Tech (small companies)*.  Hosted and wrote four-part DVD series (interviews with CEOs and Chief HR Officers from leading companies), plus discussion guides, for the Society for Human Resource Management Foundation.  June, 2003.

*No big payoff in layoffs, professor finds*.  (Article by S. Bates).  (2003, August). *HRMagazine,* pp. 12, 14.

*U r sakd*.  *The Economist*, June 7, 2003, p. 54.

*HR witnesses its own transformation*.  (Article by C. Fox).  (2003, May 27).  *The Australian Financial Review*, p. 66.

*Do's and don'ts of downsizing.*  (Article by S. Grant and C. Cherkis).  (2003, May). *Pharmaceutical Executive*, pp. 102-105.

*Creative and responsible restructuring: Options for a no-layoff payoff.*  The Concours Group HR Staff Meeting Teleconference (18 companies participating), April, 2003.

*It's the timing , stupid!* (Article by J. Saba).  (2003, Feb.).  *Potentials*, p. 5.

*No frills, no meals, and no layoffs.*  (2003, Feb. 2).  (Review of *Responsible Restructuring* by C. Johnson).  *San Jose Mercury News*.

*Alternatives to layoffs.*  (Article by L. Waldsmith).  (2003, Spring). *Comerica Small Business Solutions,* p. 3.

*Wayne Cascio on alternatives to downsizing* (interview with D. Creelman).  *HR.Com* (E-Zine, March 2003).

*Restructuring responsibly in an age of massive downsizing.*  (2002, Dec.)  *Executive Excellence*, pp. 3-7.

*How can United Airlines thrive?*  (2002, Dec. 19).  Editorial by W. Cascio in *The Denver Post*, p. B7.

*Wayne Cascio is down on downsizing.*  (Article by M. Masters). (2002, Nov/Dec). *Across the Board*, pp.  13-14.
In J. Lefkowitz
*When downsizing becomes "dumbsizing"* (Article by B. Baumohl).  (1993, March 15). *Time*, p. 55.

**Publications:**

**(Papers and Symposia)**    Monitoring: Uses, types, cultural compatibility, and policy implications. In J. Lefkowitz (Chair),*Performance monitoring in organizations: Theory X is alive and still not well*. Symposium presented at the annual conference of the Society for I/O Psychology, Chicago, April 2024.

The future of work and cross-border talent management. Presenter and panelist in Webinar, *Impact of technology and global HRM*. CIBER, Loyola Marymount University, Los Angeles, CA, Nov. 16, 2023.

Artificial intelligence and the future of work. In M. Marks (Chair). Panelist. CU Foundation Trustees Meeting, Aug. 11, 2023. Denver, CO.

The importance and opportunities of culture to make a difference in the organization (with T. Hourigan, CHRO, The Home Depot). In J. Ellingson (Chair). Plenary session on linking theory to practice, Academy of Management, Boston, Aug. 2023.

Learning from my mistakes. In B. Chambers & J. Bank (Chairs), *Learning from my mistakes: A series of personal case studies*. Symposium presented at the annual conference of the Society for I/O Psychology, Boston, April 2023.

IHRM in a post-Covid world: The future of work, AI, and the role of global leaders/managers. Keynote address presented at the Academy of International Business, Western Regional Meeting, Las Vegas, NV, March 2023.

Systematic capitalization on chance: Threat to replicability. In L. A. Dau, G. D. Santangelo, & A. van Witteloostuijn (Chairs), *Replication crisis and replication studies in IB.* Symposium presented at the annual conference of the Academy of International Business, Miami, FL, July 2022. Summarized in *AIB Research Methods Shared Interest Group Newsletter*, Aug. 2022, pp. 5-8.

Measures of type: MBTI, DiSC, and Insights Discovery (Color). In R. Page (Chair), *Fads, fashions & folderol in I/O psychology: Science vs. practice.* Symposium presented at the annual conference of the Society for I/O Psychology, Seattle, WA, April 2022.

Is there a business case for healthy workplaces? (C. Banks, Chair). Panelist on session presented at the annual conference of the Society for I/O Psychology, Seattle, WA, April 2022.

The post-pandemic workplace: Searching for the "next normal".  Keynote address presented at the AHRI  Shift Virtual Conference. Australian Human Resources Institute, October 28, 2020.

Work design, technology, and artificial intelligence: Keeping humans at the center of work. (Discussant). In A. Bharadwaj (Chair). Symposium presented at the annual conference of the Academy of Management, virtual conference, August 2020.

Perspectives on possible futures of I/O psychology. Closing plenary session, Society for Industrial and Organizational Psychology virtual conference, June 2020. Available at https://vimeo.com/429356283/30c5e0a61a

Contemporary methodological practices in international business research: Challenges and solutions (with H. Aguinis and R. Ramani). Paper presented at the Academy of International Business, U. S. Northeast Conference, Philadelphia, October 2019.

Investing in people with data-driven solutions. Invited presentation, Mercer Australia, Sydney Business School, October 2019.

Writing for top-tier journals. Faculty/Ph.D. student presentation, University of Wollongong, Australia, September 2019.

Developing the pipeline: Research strategies that play to our strengths, our interests, and promote academic careers. Faculty/Ph.D. student presentation, University of Wollongong, Australia, September 2019.

Fifty years of research in international HRM and talent management: How research is shaping practice. Paper presented in W. Cascio (Chair), Talent management.  Symposium presented at the Academy of Management, 3rd HR Division International Conference, Dublin, January 2019.

Reconsidering HRM theories in an era of digitalization. In A. Bos-Nehles (Chair). Discussant, symposium presented at the Academy of Management, 3rd HR Division International Conference, Dublin, January 2019.

Global talent management and performance in multi-national enterprises: A multilevel perspective (with D. Collings & K. Mellahi). Paper presented at the European Institute for Advanced Studies in Management, 7th Talent Management Conference, Helsinki, Finland, October 2018.

Exploring multilevel issues in the integration of skilled international migrants. In M. Paunova and K. Ehrhardt (Co-Chairs). Discussant in showcase symposium presented at the annual conference of the Academy of Management, Chicago, IL, August 2018.

How to write for a practitioner audience: 7 lessons I've learned. In S. Morris and D. Minbaeva (Co-Chairs), Publishing for practical impact. PDW presented at the annual conference of the Academy of Management, Chicago, IL, August 2018.

Global talent management and performance in multi-national enterprises: A multilevel perspective (with D. Collings & K. Mellahi). In C. Patel, S. Tzafrir, & P. Budhwar (Co-Chairs), Global forms of work and multinational enterprises. Symposium presented at the annual conference of the European Group on Organizational Studies, Tallinn, Estonia, July 2018.

Invisible eye or helping hand? The present and future of organizational surveillance. In T. S. Behrend & D.L. Tomczak (Co-chairs), panelist. Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Chicago, April 2018.

The influence of technology on human resource management. In S. C. Payne & A. M. Mendoza (Co-chairs), discussant. Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Chicago, April 2018.

How technology is changing work and organizations. In J. Markoff (Chair), *The future of work*. Symposium presented at the World Conference of Science Journalists, San Francisco, October 2017.

The business value of human factors/ergonomics interventions. In C. Banks (Chair), *Enhancing business effectiveness and worker sustainability through human factors/ergonomics interventions*. Symposium presented at the annual conference of the Human Factors/Ergonomics Society, Austin, TX, October 2017.

Science's reproducibility and replicability crisis: International business is not immune (with H. Aguinis and R. Ramani). In J. Wu (Chair), *Research methods, cross-cultural measurement, analytics, and metrics*. Academy of International Business, S. E. Washington, D. C., October 2017.

Maximizing talent readiness for an uncertain future. Keynote address presented at the European Institute for Advanced Studies in Management, 6th Talent Management Conference, Barcelona, Spain, October 2017.

At the interface of an 'always on' culture: Exploring employee social media presence for today's organizations. In P. Lirio and M. C. Cervellon (Co-chairs). Discussant. Symposium presented at the annual conference of the Academy of Management, Atlanta, GA, August 2017.

Migration and global talent management: The dynamics creating insiders and outsiders. In S. Almeida and A. Al Ariss (Co-chairs). Discussant. Symposium presented at the annual conference of the Academy of Management, Atlanta, GA, August 2017.

Bridging the scientist-practitioner gap: Becoming a better-informed consumer of research findings (with S. Zedeck). Three-hour seminar presented at the annual conference of the Society for Industrial and Organizational Psychology, Orlando, FL, April 2017.

Talent management of non-standard employees. Seminar presented at Graduate Institute of HR Management, National Changhua University, Taiwan, November 2016.

Sexual orientation as a global business issue. In J. Morton (Chair), *The changing sexual orientation landscape: Human resource implications*. Symposium presented at the annual conference of the Academy of Management, Anaheim, CA, August 2016.

Employer branding: A new strategic role for HR. Keynote address presented to Eastern Academy of Management, New Haven, CT, May 2016.

Mergers and acquisitions: Impact of integrating organizational cultures (M. Battista, Chair). Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Anaheim, CA, April 2016.

Best practices for content validation (M. Campion, Chair). Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Anaheim, CA, April 2016.

Incorporating a risk-management approach into human-capital strategy research. In (S. Morris, Chair). *Critical areas of future research for scholars interested in the intersection of people and strategy*. Symposium presented at the annual conference of the Strategic Management Society, Human Capital Interest Group, Denver, CO, October 2015.

Global trends in HR education. In Innovation in HR education: Reasons to revamp (W. F. Cascio, Chair). Symposium presented at the annual meeting of the Society for HR Management, India. New Delhi, September 2015.

Globalization through global talent: Challenges and issues (W. F. Cascio, Chair). Symposium presented at the annual meeting of the Academy of Management, Vancouver, Canada, August 2015.

Broader issues in global assessment. In R. Jacobs (Chair), Going global with assessment programs: Why they work and why they don't. Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Philadelphia, PA, April 2015.

36

Development of HR standards: Tools for HR professionals. In D. Cohen (Chair), Developing human resources standards: Tools for organizational effectiveness. Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Philadelphia, PA, April 2015.

Developing a sustainable research program. Western Academy of Management, doctoral consortium, Kauai, Hawaii, March 2015.

Managing in difficult times. Keynote address, Irish Academy of Management, Limerick, Ireland, September, 2014.

People analytics: Choices and challenges. In M. Hathorn (Chair), People analytics: Driving Business success. Symposium presented at Graduate Institute Geneva, Geneva Switzerland, June 2014.

Alternatives to downsizing: Efforts in responsible restructuring. In D. Marschall (Chair), Cooperative employment relations to preserve jobs: Responsible restructuring practices and shared work. Symposium presented at the annual conference of the Labor and Employment Relations Association, Portland, OR, May 2014.

Global talent management: Integrating regional perspectives. In D. Collings & V. Vaiman (Co-Chairs). Discussant. Annual conference of the Academy of Management, Orlando, FL, August 2013.

Institutional Work and positive psychology: Drivers of radical change. Master lecture presented at the invitation of the Board of Scientific Affairs, American Psychological Association, Honolulu, August 2013.

When it comes to practice, do applicant reactions matter? (Co-Chair and discussant). Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Houston, April 2013.

I-O in the legal context: Inconsistencies in understanding and application. (Discussant, C. Hanvey & K. Sady, Co-Chairs). Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Houston, April 2013.

Storytelling: I-O as comedy, tragedy, and theater of the absurd. (Presenter, P. Yost, Chair). Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Houston, April 2013.

Managing HR risks: Dangers as well as opportunities for innovation. Keynote address, 12th International HRM conference, MDI, Gurgaon, India, December 2012.

Strategic HR and proactive employees. In C. Freese (Chair), *Managing job crafters and idiosyncratic work arrangements: A blessing or a nightmare for HRM?* Symposium presented at the annual conference of the Academy of Management, Boston, August 2012.

*Managing people, managing risks.* Keynote address, International Federation of Scholarly Associations of Management (IFSAM), Limerick, Ireland, June 2012.

Faculty participant, doctoral consortium, IFSAM, Limerick, Ireland, June 2012.

The business case for reducing workplace discrimination. In R. Dipboye & Nishii, L. (Chairs), *Reducing workplace discrimination: Legal, training, and business-case perspectives*. Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, San Diego, CA, April 2012.

*New technology meets classic training design: Maximizing your ROI.* Keynote address, 8th Annual International ASTD Conference, Drakensburg, South Africa, March 2012.

*On-boarding: What leading-edge companies are doing.* Workshop presented at 8th Annual International ASTD Conference, Drakensburg, South Africa, March 2012.

*Personnel decisions: Are economic and social objectives incompatible*? Keynote address, conference on
The science and practice of fairness in talent decisions, Pretoria, South Africa, March 2012.

Socially Responsible Restructuring. Symposium participant, guest of European Commission, and one of two representatives from the USA. Brussels, Belgium, November 4-5, 2011.

Families & Work Institute/SHRM. Global index of total workplace flexibility. In M. Schmit (Chair). What does research tell us about flexibility and organizational effectiveness? Symposium presented at conference, Work-life focus: 2012 and beyond. Washington, D. C., November 9, 2011.

SIOP Leading-Edge Consortium. Keynote address: "The virtual global workforce: Leveraging its impact." Louisville, KY: October 15, 2011.

HR strategy as risk mitigation.  In W. Schiemann (Chair), *Using talent analytics to mitigate risk and drive business results.* Symposium presented at the annual Thought Leaders Conference, SHRM Foundation, Chicago, October 2011.

*Taking stock and looking forward: The HR-performance research agenda over the next 20 years*. In D. Lewin (Chair), facilitator, "Beyond the resource-based view: Other theoretical frameworks for strategic HRM research." Annual conference of the Academy of Management, San Antonio, TX, August, 2011.

*Current and future inclusion efforts in the Academy of Management*. In L. Shore (Chair), facilitator, "Non-academic members and inclusion." Annual conference of the Academy of Management, San Antonio, TX, August, 2011.

*Learning in action: Leveraging data from the employee experience to drive performance* (with A. Herman). Paper presented at the annual conference of the Society for Industrial and Organizational Psychology, Chicago, April 2011.

Downsizing: Factors to consider. In (M. Campion, Chair), *Downsizing: One of the dominant trends of the decade*. Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Chicago, April 2011.

Doing research that influences theory and practice: Two examples of science-practice in action. In (E. Lawler, Chair), *Doing research that influences theory and practice*. Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Chicago, April 2011.

*Methodological issues in international HR management research*. Paper presented at the Work, Employment, and Society conference, British Sociological Association, Brighton, UK, September 2010. Winner of the methodology prize at the conference.

*Human capital issues in the energy industry*. Panelist, Energy, Moving Forward conference, September 14, 2010, Denver, CO.

*Keeping HR teaching relevant in a management curriculum* (with T. Calo & L. Parks). Professional Development Workshop presented at the annual conference of the Academy of Management, Montreal, Canada, August 2010.

*Leadership succession and retention: What do we know?* (Discussant, W. Schiemann, Chair). Symposium presented at the annual conference of the Academy of Management, Montreal, Canada, August 2010.

Professional associations: Pathways to bridging the research-practice gap. In S. A. Mohrman (Chair), *Alternative pathways to practice: Actor networks in research that impacts theory and practice.* Symposium presented at the annual conference of the Academy of Management, Montreal, Canada, August 2010.

*Teaching using the case methodology: The Aetna diversity case*. Presented at annual conference of the Society for Human Resource Management, San Diego, CA: June 2010.

*SHRM's new assurance of learning assessment for HR students*. Panelist and presenter at town-hall meeting, annual conference of the Society for Human Resource Management, San Diego, CA: June 2010.

*Leadership succession and retention: what do we know?* In (W. Schiemann, Chair), symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Atlanta, GA, April 2010.

*SIOP's next 25 years: What lies ahead in staffing?* In (G. Greenberg, Chair), symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Atlanta, GA, April 2010.

*Staffing High-Stakes Jobs: Implications of the Ricci Supreme Court Case for I/O Psychology.* (W. Cascio, Chair), symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Atlanta, GA, April 2010.

39

*Making HR measurement strategic.* In (A. Herman, Chair), symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Atlanta, GA, April 2010.

*21st-Century Organizations: Key employee competencies, links to outcomes, and ongoing challenges in assessment*. Keynote address presented at the annual conference of the Personnel Testing Council of Northern California, Berkeley, CA, March 2010.

*If you must downsize, do it right.* Business-school faculty colloquium presented at National University of Singapore, February 2010.

*Managing in difficult times: Alternatives to layoffs*. Seminar presented at the World Economic Forum, Geneva, Switzerland, on December 16, 2009.

*Management and employee-selection research*. Paper presented at conference on 21st century competencies and workplace outcomes. National Academy of Sciences, Washington, D. C., February 2010.

*Professional Associations: Supporting Useful Research.* Paper presented at the conference: "Doing Research that is Useful for Theory and Practice – 25 years later (Chairs: E. Lawler & S. Mohrman). Los Angeles: University of Southern California, December, 2009.

*Managing people in a post GFC world*. Faculty seminar presented at University of Pretoria (South Africa) Business School on November 12, 2009.

*Making HR measurement strategic* (with J. Boudreau). Two-hour seminar presented at the annual conference of the Society for Industrial and Organizational Psychology, New Orleans, April 2009.

*The limits of employee engagement.* In M. Frese (Chair), symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, New Orleans, April 2009.

*Methodological approaches to wage-and-hour cases: I-O expert relevance*. In C. Banks (Chair), symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, New Orleans, April 2009.

*Best practice versus legal defensibility: How much validity is enough?* In H. Kriek (Chair), symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, New Orleans, April 2009.

*Staffing 21st-century organizations: Finding the right people in a changing world of work*. Keynote address: HR Doctoral consortium, Academy of Management conference, Anaheim, CA: August, 2008.

*The questions we ask and don't ask: Where should we go from here?* All-Academy Professional Development Workshop. Theme leader: "External effectiveness." Academy of Management conference, Anaheim, CA: August, 2008.

*Academy leadership forum*. Invited participant. Academy of Management conference, Anaheim, CA: August, 2008.

*Using the SHRM Foundation DVDs, slide decks, and discussion guides in graduate and undergraduate teaching*. Plenary session, HR/IR Innovations in Teaching conference, Carlson School, University of Minnesota, Minneapolis, April 2008.

*Individual-organizational health: Consequences of mergers, acquisitions, and downsizing.* (2008, April). Invited address presented at the annual conference of the Society for Industrial and Organizational Psychology, San Francisco.

*Bridging the scientist-practitioner gap: Senior executives identify critical research needs.* (2008, April). Panelist; interactive discussion presented at the annual conference of the Society for Industrial and Organizational Psychology, San Francisco.

*Shifting the paradigm: Work in the 21st century.* Keynote address, IOOB Graduate Student conference, Denver, March 2008.

*The global dispersion of work and its impact on HR management: Framing the issues.* Keynote address, International conference on strategic HRM, Coimbatore, India, July 31, 2007.

*Academy of Management Public Affairs Forum on Immigration in the U. S.* (Co-Chair, with Cary Cooper). All-Academy symposium, Annual meeting of the Academy of Management, Philadelphia, August 2007.

To prosper, organizational psychology should bridge application and scholarship. In *To prosper, organizational psychology should…*(J. Greenberg, Chair). Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, New York, April 2007.

*Personality correlates of leniency bias in performance ratings* (with H. Hui and K. Cheng). Paper presented at the annual conference of the Society for Industrial and Organizational Psychology, New York, April 2007.

*New standards for retaliation claims: What I/O practitioners should know* (A. Gutman, Chair). Discussant. Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, New York, April, 2007.

*SHRM Foundation grant funding: Working to advance HR* (Chair). Panel discussion presented at the annual conference of the Society for Industrial and Organizational Psychology, New York, April, 2007.

*Burnout.* Facilitator, interactive poster session presented at the annual conference of the Society
for Industrial and Organizational Psychology, New York, April, 2007.

Ethics and business: Where are we and where do we need to go? (2006, November). Discussant. New York: National Academy of Human Resources.

Decency means more than "Always Low Prices": Comparing Costco to Wal-Mart's Sam's Club. In P. Cappelli (Chair), The Wal-Mart effect on business and society. All-Academy symposium presented at the annual conference of the Academy of Management, Atlanta, August, 2006.

Economic impact of employee behavior on organizational performance. In D. Cohen (Chair), Thirty-five years of workplace reform and research. All-Academy symposium

presented at the annual conference of the Academy of Management, Atlanta, August, 2006.

HR education: Its present and its future.  Paper presented at the annual conference of the Academy of Management, Atlanta, August, 2006.

Managing change in turbulent times (with L. Fogli).  Paper presented at the 6th International Conference on Knowledge, Culture and Change in Organizations, Prato, Italy, July 2006.

The new human capital equation.  Keynote address presented at the 14th International Employment Relations Association Conference, Family-Friendly Employment Policies and Practices.  Hong Kong, June 20, 2006.

Weight-based discrimination in employment: Legal and psychological considerations.  In M. Harris, Chair, Recent developments in employment discrimination law, and I/O psychology.  Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Dallas, May, 2006.

Expert witness discussion hour (co-host and discussant).  Annual conference of the Society for Industrial and Organizational Psychology, Dallas, May, 2006.

From business partner to driving business success.  In W. F. Cascio (Chair), A new vision of HR management in the 21st century.  Annual conference of the Academy of Management, Honolulu, August, 2005.

Is the field of HR advancing as a science?  (Presenter and discussion leader).  Annual conference of the Academy of Management, Honolulu, August, 2005.

HR metrics – Measuring what matters (Chair and discussant).  Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Los Angeles, April, 2005.

Analyzing compensation practices for class certification.  In M. Harris (Chair), Wal-Mart, Costco, and UPS: I-O psychology and class-certification lawsuits.  Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Los Angeles, April, 2005.

Change and challenge: Dominant issues in 1992-1993 and in the future of SIOP.  In A. DeNisi (Chair), Past presidents reflect on SIOP's past and project its future.  Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Los Angeles, April, 2005.

Reflections on major issues in employment litigation.  In F. Landy (Chair), Major issues in employment discrimination litigation.  Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Los Angeles, April, 2005.

The changing face of work.  (Chair and discussant).  Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, Los Angeles, April, 2005.

Workforce measurement: The role of human capital metrics.  Paper presented at the 2005 Human Resource Planning Society Global Conference, Miami, April, 2005.

Using the  "HR in Alignment" DVD and CD in graduate and undergraduate teaching. Keynote address, HR/IR Innovations in Teaching conference, Park City, UT, April, 2005.

Recent developments in test-score use in personnel selection (presenter; M. Shaffer, Chair). Hong Kong Baptist University, Hong Kong, February, 2005.

"HR in alignment: The link to business results."  Human Resource Institute, University of Tampa, 33rd annual issue management conference, Tampa, Florida, February, 2005.

Economic impact of effective human capital management.  Keynote address, ASTD South Africa, Cape Town, South Africa, February, 2005.

Globalization and workforce development (Chair).  Symposium presented at the Asia Pacific Economic Cooperation (APEC)/U.S. Dept. of Commerce conference on "National Innovation Competencies and Interests in a Globalized World," Broomfield, CO, May, 2004.

HR Metrics – Continuing the journey (Chair).  Symposium presented at the annual meeting of the Society for Industrial and Organizational Psychology, Chicago, April 2004.

Managing a downsizing process.  In *Resizing the organization* (K. DeMeuse, chair). Symposium presented at the annual meeting of the Society for Industrial and Organizational Psychology, Chicago, April 2004.

Proactive avoidance of legal challenges to employment procedures and practices.   In *Expert witness discussion hour* (Co-host), presented at the annual meeting of the Society for Industrial and Organizational Psychology, Chicago, April 2004.

Foundations of Workforce Measurement: Concepts and an Example.  Paper presented at the annual Thought Leaders Conference, SHRM Foundation, Chicago, October 2003.

Crafting a value statement for HR scholars and educators. (In D. Stone, R. Klimoski, and M. Watson, chairs). (Facilitator).   Second Annual HR Town Hall Meeting, annual conference of the Academy of Management, Seattle, August 2003.

What they don't teach you in graduate school.  In E. Salas (Chair).  Panelist.  Symposium presented at the HR doctoral consortium, annual conference of the Academy of Management, Seattle, August 2003.

Role of the I/O psychologist from the defendant's perspective.  In J. D. Arnold  (Chair), I/O psychologists' roles in defending and questioning validity in litigation.  Symposium presented at the annual meeting of the Society for Industrial and Organizational Psychology, Orlando, FL, April 2003.

Implementing HR metrics: Best practices, lessons learned, and future directions.  Chair. Symposium presented at the annual meeting of the Society for Industrial and Organizational Psychology, Orlando, FL, April 2003.

I/O psychologists in business schools (H. Aguinis, Chair). Panelist.   Symposium presented at the annual meeting of the Society for Industrial and Organizational Psychology, Orlando, FL, April 2003.

Work-Family Balance: Does the Market Reward Firms That Respect It? (with C. Young). Paper presented at the Leadership in Work/Family Balance conference, Claremont Graduate School, Claremont, CA, February 2003.

Strategic HR leadership in internal and external markets.  Keynote address presented at the HR doctoral consortium, annual conference of the Academy of Management, Denver, August 2002.

Combining rigor and research in HR.  In P. Wright (Chair), Rigor and relevance in HR science and practice.  Symposium presented at the annual conference of the Academy of Management, Denver, August 2002.

Influencing management education and learning through textbook publishing and writing (Chair and presenter). Symposium presented at the annual conference of the Academy of Management, Denver, August 2002.

Educating the HR professional and general manager on key issues in International HRM. In V. Scarpello (Chair), HR education: Is it dead or just sleeping?  Symposium presented at the annual conference of the Academy of Management, Denver, August 2002.

The changing world of work: Trends and challenges for applied psychology.  Keynote address presented at the 29th Interamerican Congress of Psychology, Santiago, Chile, August, 2001.

Enhancing the adoption of HR technologies – A strategic framework.  In The gap between science and practice in HRM: Sources of the problem and potential remedies (R. L. Dipboye & K. C. Wooten, Chairs).  Symposium presented at the annual conference of the Academy of Management, Washington, D. C., August, 2001.

How technology facilitates virtual work arrangements.  In Human resources technology and privacy (D. L. Stone, Chair).   Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, San Diego, CA: April, 2001.

On being an expert witness.  In Everything you wanted to know about being an expert witness (M. Connerley, Chair).  Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, San Diego, CA: April, 2001.

Work workers, and organizations for the new millennium.  Keynote address presented at the annual conference of the Assessment Center Study Group, Stellenbosch, South Africa, March, 2001.

Managing a virtual workplace.  Paper presented at the annual conference of the Assessment Center Study Group, Stellenbosch, South Africa, March, 2001.

44

<u>Recruiting and retaining top talent in a tight labor market</u>.  Paper presented at the conference on global recruiting sponsored by the Frankfurter Allgemaine Zeitung, Frankfurt, Germany, September, 2000.

<u>On managing a virtual workplace</u>.  Paper presented at the 5th International Telework conference, Stockholm, Sweden, August, 2000.

<u>Executive education as a vehicle for organizational change</u> (M. Seitchik, Chair). Discussant.  Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, New Orleans, April, 2000.

Societal factors impacting the future world of work.  In <u>Factors of Change: Reflections and Predictions From Three Past SIOP Presidents</u> (L. Koppes and L. Aiman-Smith, Co-Chairs).  Symposium presented at  the annual conference of  the Society for Industrial and Organizational Psychology, New Orleans, April, 2000.

Taking the pulse of workers in a changing world of work.  In International Perspectives on the Evolving Role of Human Resource Management (J. Cleveland, Chair). Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, New Orleans, April 2000.

Competency models and emotional intelligence: Are they useful constructs?  (R. Page, Chair).  Discussant.  Symposium presented at the annual conference of the Society for Industrial and Organizational Psychology, New Orleans, April 2000.

Work, workplaces, and workers for the new millennium.  Career Creativity conference, London Business School, March 2000.

Vertical and horizontal individualism and collectivism: Implications for HR management. In J. Cheng (Chair), <u>Vertical and horizontal individualism and collectivism: Implications for international comparative management</u>.   Symposium presented at the annual meeting of the Academy of Management, Chicago, August 1999.

Pluralism in academic roles: Using one vehicle to make simultaneous journeys (M. Watson, Chair).  Discussant.  Symposium presented at the annual meeting of the Academy of Management, Chicago, August 1999.

Does age predict declines in work performance among older workers?  In C. Maslach (Chair), <u>Work and well-being</u>.  Symposium presented at the Interamerican Congress of Psychology, Caracas, Venezuela, June 1999.

The future world of work: opportunities and challenges for psychological science. Keynote address presented to the American Psychological Society, Denver, June 1999.

Effects of employment-asset change decisions on financial performance: An analysis of covariance approach.  In W. F. Cascio (Chair), *Making sense of corporate downsizing: Are we opening Pandora's box?*  Symposium presented at the annual convention of the Society for Industrial and Organizational Psychology, Atlanta, April 1999.

*Big and little brothers: Recent findings on electronic performance monitoring.*  In J. M. Stanton & L. Sulsky, (Co-Chairs).  Discussant. Symposium presented at the annual convention of the Society for Industrial and Organizational Psychology, Atlanta, April 1999.

Lost time: Whose problem is it anyway?  In S. Kaleta (Chair), *Going direct to measure indirect costs*.  Symposium presented at the annual conference of the Risk and Insurance Management Society.  Dallas, April 1999.

New opportunities for the profession in a global economy.  Keynote address presented to the California Psychological Association, San Diego, March 1999.

Downsizing: The financial impact on organizations.  In S. Y. Lim (Chair), *Organizational downsizing: Is it justifiable and from whose viewpoint?*  Symposium presented at the APA-NIOSH Conference on Work, Stress, and Health '99: Organization of Work in a Global Economy.  Baltimore, March 1999.

On managing a virtual workplace.  Colloquium presented at the Wharton School, Department of Management, University of Pennsylvania, Philadelphia, October 1998.

The future world of work: Implications for human resource costing and accounting.  Keynote address presented at the 10th anniversary conference of the Personnel Economics Institute, University of Stockholm, Stockholm, Sweden, September 1998.

Is age a proxy for declines in performance among workers over 65?  In J. W. Daum (Chair), *We all get older, so what exactly is the problem?  Issues relating to an aging workforce*. Symposium presented at the 24th International Congress of Applied Psychology, San Francisco, August, 1998.

Emerging HR issues in five Latin American countries.  Paper presented at the IberoAmerican Academy of Management, Academy of Management meeting, San Diego, August 1998.

Key unresearched issues in international HR management.  In H. Aguinis (Chair), *What matters most in international HR management*.  Paper presented at the Academy of Management meeting, San Diego, August 1998.

Work-life issues and economic outcomes. In E. Galinsky, (Chair), <u>*Work-life issues and business results:* What the latest research tells us</u>.  Symposium presented at the 1998 Work & Family conference, New York City, March 1998.

<u>On managing a virtual workplace</u>.  Keynote address presented to the British Psychological Society, Occupational Psychology Division, Eastbourne, UK, January 1998.

Consequences of downsizing and some alternatives.  In D. A. Whetten (Chair), *Downsizing: Research progress, and insight from the field*. Symposium presented at the annual conference of the Academy of Management, Boston, August, 1997.

46

Strategic spinoffs: HR implications.  In J. C. Quick (Chair), *Strategic spin-offs in the 1990s and    their human resource implications: The second-stage separation of EDS from General Motors*.  Showcase symposium presented at the annual conference of the Academy of Management, Boston, August 1997.

*Civility in organizational downsizing: Antecedents and consequences of fairness in layoff practices.*  In D. P. Skarlicki & Folger, R. (Co-Chairs).  Discussant. Symposium presented at the annual conference of the Academy of Management, Boston, August, 1997.

*Whither industrial and organizational psychology in a changing world of work?*  Keynote address presented at the annual meeting of the British Psychological Society, Edinburgh, Scotland, April 1997.

Internal and external accounting for human resources:  Shifting the paradigm.  In H. M. Schoenfeld (Chair), *Accounting and human resources - An unresolved issue.*  Symposium presented at the 20th Annual Congress of the European Accounting Association, Graz, Austria, April 1997.

HR effectiveness: The structural perspective.  In R. Jacobs (Chair), *Measuring HR effectiveness:  So how are we doing?*  Symposium presented at the 12th annual meeting of the Society for Industrial and Organizational Psychology, St. Louis, MO, April 1997.

Can we send her there? A theoretical model to predict the outcomes of female expatriate assignments (with P. Caligiuri).  In W. Cascio (Chair), *Global Assignments.* Symposium presented at the 12th annual meeting of the Society for Industrial and Organizational Psychology, St. Louis, MO, April 1997.

The impact of downsizing on the financial performance of firms (with C. Young and J. Morris).  In B. Gerhart (Chair), *Employment practices and organizational performance in the midst of change.*  Showcase symposium presented at the annual convention of the Academy of Management, Cincinnati, OH, August 1996.

*Responsible restructuring: Alternatives to downsizing.*  Distinguished invited speaker, Human Resources Division, annual convention of the Academy of Management, Cincinnati, OH, August 1996.

Patterns of work motivation in 24 countries.  (1996, April).  In R. Page (Chair), *Going global: issues in applying I/O psychology across cultures.* Symposium presented at the eleventh annual conference of the Society for Industrial and Organizational Psychology, San Diego.

Updating the use of an existing multi-aptitude test battery for selecting employees in widely differing jobs. (1996, April).  In M. H. Haucke (Chair), *Validation of a multiple aptitude test battery.*  Symposium presented at the eleventh annual conference of the Society for Industrial and Organizational Psychology, San Diego.

Company policies on severance agreements. (1995, October).  In P. Gabrault (Chair). *Severance agreements: Doing them the right way.*  Heartland Labor and Employment Conference, Law School, University of Missouri, Kansas City, MO.

*Utility theory as a decision-making tool.* (1996, April). Discussant for symposium presented at the eleventh annual conference of the Society for Industrial and Organizational Psychology, San Diego.

*Responsible restructuring.* (1995, October). Keynote address, Heartland Labor and Employment Conference, Law School, University of Missouri, Kansas City, MO.

Utility analysis: Its current and future role. In H. Theeke (Chair), *Should the research on utility theory continue: Why and why not?* Symposium presented at the annual conference of the Academy of Management, Vancouver, B.C., August 1995.

*End-games in international alliances* (with M. Serapio). Paper presented at the annual conference of the Academy of Management, Vancouver, B.C., August 1995.

*Organizational Restructuring.* Keynote address, 4th Asia-Pacific Conference on Human Resources, May 1995, Singapore.

Society for Industrial and Organizational Psychology. Master tutorial: "Restructuring organizations: Practices, policy issues, and guidelines for action." Also, symposium participant: "Research strategies: Personal secrets and perspectives." Also, symposium discussant, "The Dutch approach to the study of work and organizational psychology." May 1995, Orlando, FL.

National I/O and OB Graduate Student Conference. Keynote address: "Making IO/OB Relevant in a Changing World of Work." March, 1995, Denver.

*The Cost of Downsizing.* Paper presented at the third annual Utility and Energy Industries Conference, Institute of Industrial Engineers, St. Petersburg, FL, February, 1995.

Discussant, in H.J. Bernardin (Chair), *Legal and organizational consequences of downsizing.* Symposium presented at the annual convention of the Academy of Management, Dallas, August 1994.

*Long-term impacts of downsizing organizations on people and markets.* Keynote address presented at the 23rd International Congress of Applied Psychology, Madrid, Spain, July 1994.

*Are there rewards that universally motivate behavior? The role of performance definition, facilitation, and encouragement.* In H. Thierry (Chair), "Are there universals in compensation?" Symposium presented at the 23rd International Congress of Applied Psychology, Madrid, Spain, July 1994.

*Selecting managers in an international context: Assumptions and practices.* In I.L. Goldstein (Chair), "Emerging issues in selection research in complex organizational environments." Symposium presented at the 23rd International Congress of Applied Psychology, Madrid, Spain, July 1994.

*I/O Psychology in a Changing World*.  Presidential address, eighth annual conference of the Society for Industrial and Organizational Psychology, San Francisco, April 1993.

Implications of Alternative Methods of Test Score Use in Personnel Selection (with J.G. Veres, III).  In I.L.  Goldstein (Chair), *Issues Concerning Test Validity and Adverse Impact*.  Symposium presented at the eighth annual conference of the Society for Industrial and Organizational Psychology, San Francisco, April 1993.

*Soroka v. Dayton Hudson and Implications for Personality Assessment in Employment* (D. C. Brown, Chair).  Discussant. Symposium presented at the eighth annual conference of the Society for Industrial and Organizational Psychology, San Francisco, April 1993.

*Staffing research and practice:  A macro, strategic perspective* (with R. Schuler).  Pre-conference workshop, Academy of Management, Atlanta, August 1993.

*The 1991 Civil Rights Act and the Americans With Disabilities Act of 1990: Requirements for Psychological Practice in the Workplace*.  Master Lecture presented at the annual convention of the American Psychological Assoc., Toronto, Canada, August 1993.

*New Developments in the Use of the Sliding Band Technique, also, Corporate Due Process in Employee Relations*.  Papers presented at the conference on "Fairness in Personnel Decisions," March 1993, Pretoria, South Africa.

*Performance and Quality in Human Resource Management: What Should We Be Measuring*?  Keynote address presented at the annual meeting of the Institute of Personnel Management New Zealand, Christchurch, September, 1992.

*The Invisible Costs of Turnover and Absenteeism.  Also, Change for Change Sake? Gauging the Needs, Counting the Costs*.  Papers presented at the annual meeting of the Institute of Personnel Management New Zealand, Christchurch, September 1992.

*Downsizing: Economic and Human Perspectives*.  Keynote address presented at the symposium on personnel economics.  University of Stockholm, Sweden, September 1992.

*Uniform Guidelines Revisited:  Perspectives from the Past, Present, and Future* (M.C. McCulloch, Chair).  (1992, August).  Symposium presented at the 100th annual convention of the American Psychological Association, Washington, D.C.

*Differential Assignment - The Classification-Efficient Job Matching Technology* (J. Zeidner, Chair).  (1992, August).  Symposium presented at the 100th annual convention of the American Psychological Association, Washington, D.C.

Blending the Science and Practice of Industrial and Organizational Psychology.  (1992, August).  In W.F. Cascio (Chair), *Industrial and Organizational Psychology as Science: Past, Present, and Future*.  Symposium presented at the 100th annual convention of the American Psychological Association, Washington, D.C.

*The Relationship of I/O Science and Practice: Challenges and Strategies.* (1992, August). Invited science/practice panel discussion presented at the 100th annual convention of the American Psychological Association, Washington, D.C.

The Transnational Generalizability of Knowledge and Practices in the Field of Human Resource Management (with H. Kriek, G. Probst, and J. Y. Mercier). In D. D. Davis (Chair), *The Universality of Science and Practice in Industrial and Organizational Psychology.* Symposium presented at the 7th annual conference of the Society for Industrial and Organizational Psychology, Montreal, May, 1992.

Chair, Presidential Address. Richard Klimoski presenting: "Revitalizing the Interface Between Science and Practice." Seventh annual conference of the Society for Industrial and Organizational Psychology. Montreal, May 1992

*Costs and Benefits of Training in Organizations: Methods and Results.* Presentation to Board of Senior Scholars, National Center on the Educational Quality of the Workforce, U. of Pennsylvania, February 1992.

*International Assessment and the Globalization of Business: Riddle or Recipe for Success*? Keynote address presented at the National Assessment Conference, Minneapolis, September 1991.

*Reconciling Economic and Social Objectives in Personnel Selection: Impact of Alternative Decision Rules.* Paper presented at the conference on Human Rights and Employment: Interdisciplinary Perspectives. McGill University, Montreal, May 1991.

Incentive and Performance Appraisal Systems in Eastern Europe. In R. Schuler (Chair), *From a Command Economy to a Demand Economy: Emerging Issues in Operations and Human Resource Management in Eastern Europe.* Symposium presented at the annual convention of the Academy of Management, Miami, August 1991.

*New Management Visions: Implications for HRM Theory, Research, and Practice.* (R. L. Cardy, Chair). Served as discussant for symposium presented at the annual convention of the Academy of Management, Miami, August 1991.

*The Impact of Dynamic Criteria on the Assessment of the Outcomes of Selection and Training Programs.* Paper presented at the sixth annual convention of the Society of Industrial and Organizational Psychology, St. Louis, April 1991.

What Americans Have Learned From 25 Years of Equal Employment Opportunity Legislation and Court Cases. In H. J. Kriek (Chair), *Affirmative Action or Equal Opportunity in the New South Africa?* Symposium presented at the conference on Fair Personnel Decisions, Pretoria, South Africa, March 1991.

*Personnel Decisions: Are Economic and Social Objectives Incompatible?* Also, *International HRM Issues for the 1990s, and Managing a Pluralistic, Multicultural Workforce.* Papers presented at the conference on Fair Personnel Decisions, Pretoria, South Africa, March 1991.

50

*The Future Role of Management Assessment and Development (Keynote address), Assessment Centers - International Trends, and The Cost Effectiveness of Assessment Centers*.  Papers presented at the annual conference of the Assessment Center Study Group, Stellenbosch, South Africa, March 1991.

*Personnel Selection in the Context of Human Resource Management*.  Keynote address presented at the First All-Germany Conference on Personnel Selection, University of Hohenheim, Stuttgart, Germany, March 1991.

*Methodological Issues in Cross-Cultural HRM Research*.  Paper presented at the annual meeting of the Society for Organizational Behavior, Berkeley, CA, October, 1990.

*Human Resource Management as a Field:  Problems and Opportunities*.  Keynote address, P/HR Division doctoral consortium, Academy of Management National Convention, San Francisco, August 1990.

*International Human Resource Management Issues for the 1990s*.  Paper presented at the seventh annual colloquium on selected issues in international business.  Pacific Asian Management Institute, University of Hawaii, July 1990.

*Selection Models for the 1990s*.  (with J. Outtz).  Master tutorial, Society for Industrial and Organizational Psychology, Miami, April 1990.

*Legal Issues for the 1990s - Challenges and Opportunities for I/O Psychologists*.  (D. Friedland, Chair).  Symposium presented at the fifth annual convention of the Society for Industrial and Organizational Psychology, Miami, April 1990.

*International Human Resource Management Issues for the 1990s*  (with D.L. Stevens).  Also, *The United States and Taiwan: Two Different Cultures Look at Performance Appraisal* (with G. McEvoy). Papers presented at the 2nd biannual conference on International Human Resource Management, Hong Kong, December 1989.

*New Challenges for HRM:  Can O.B. Theories Help*?  Showcase session, R. Klimoski (Chair).  Annual convention of the Academy of Management, Washington, D.C., August, 1989.

*Human Resources and Global Competitiveness*.  Workshop presented at the conference on "European Integration and Global Competitiveness."  University of St. Gallen, Switzerland, May 1989.

*Organizational Preferences for Formal Evaluation, Appraisal, and Selection Systems:  A Cross-National Comparison*.  Paper presented at the conference on "The Individual and Organizational Sides of Selection and Performance Evaluation and Appraisal." Hohenheim University, Stuttgart, Germany, May 1989.

*Alternatives for Dealing with the Demographic Boom-Bust: I/O Psychology's Contribution*.  (M. Greller, Chair).  Symposium presented at the fourth annual convention of the Society for Industrial and Organizational Psychology, Boston, April 1989.

*Legal Burden in Employment Selection:  Recent Court Cases*.  (W. Camarra, Chair). Symposium presented at the fourth annual convention of the Society for Industrial and Organizational Psychology, Boston, April 1989.

*Accounting for Human Resources*.  Paper presented at the joint UCLA UC-Berkeley Conference, "Employment Issues for the New Administration."  School of Business, UC-Berkeley, February 1989.

*Situational Constraints and Dollar-Based Performance Measurement*.  Invited as distinguished speaker, P/HR Division - Research Methods. Interest Group joint sponsorship, annual convention of the Academy of Management, Anaheim, August 1988.

Human Resource Management Strategies in the High Technology Industry: Major Issues and a Research Agenda for the Future.  In L. R. Gomez-Mejia (Chair), *Human Resource. Management Strategies in the High Technology Industry*.  Symposium presented at the annual convention of the Academy of Management, Anaheim, August 1988.

*International HRM - Emerging Areas of Research and Practice.* 1988 convention of the Academy of Management, doctoral consortium, Anaheim, CA.

The Use of Utility Approaches as an Evaluation Model.  In I. L. Goldstein (Chair), *Frontiers in I/O Psychology:  Training and Development*.  Symposium presented at the 3rd annual convention of the Society for I/O Psychology, Dallas, April, 1988.

<u>*Assessment - Do the Payoffs Match the Promises*</u>?  National Assessment Conference, Minneapolis, MN, October 1988.

*Strategic Human Resource Management in High Technology Industry*.  Plenary address presented at conference on "Managing the High Technology Firm", Boulder, CO, January 13-15, 1988.

*Gaining and Sustaining Competitive Advantage:  Challenges for Human Resource Management*.  Keynote address presented at the first annual conference on International Personnel/Human Resource Management, Singapore, December 13-15, 1987.

Demographic and Economic Change, 1980-2020.  In P. Pinto  (Chair), *Trends in the External Environment:  Impact on I/O Psychology*.  Symposium presented at the annual convention of the Society for Industrial and Organizational Psychology, Atlanta, April 1987.

Guidelines for Defensible Professional Practice in Setting Appropriate Cutting Scores.  In R. Alexander (Chair), *Setting Cutting Scores:  Psychometric, Legal, and Professional Issues and Guidelines*.  Symposium presented at the annual convention of the Society for Industrial and Organizational Psychology, Atlanta, April 1987.

Integrating International Issues Into the HRM Curriculum. All-Academy Symposium, annual convention of the Academy of Management, New Orleans, August 1987

*Utility Analysis and Strategic Business Decisions*.  Workshop, annual I/O Psychology Graduate Student convention, University of Tennessee, Knoxville, April 1987.

Impact of Selection and Training Research on Productivity, Quality of Work Life, and Profits.  Paper presented at the conference, *Psychology and White-Collar Productivity: Bringing Together Research and Practice*.  University of Arkansas at Little Rock, August 1987.

Disciplinary development and the editorial process (with F. Aven and R. Zammuto).  *Proceedings of the Southwest Region of the Academy of Management, 29,* 225-229, Houston, March 1987.

The Role of Subjective Decision Making in Employment Decisions:  The State of the Art.  In N. Thompson Powers (Chair), *Subjective Decision Making and Employment Discrimination Law*.  Symposium presented at the annual convention of the Defense Research and Trial Lawyers Association, Palm Beach, FL, November 1986.

*Integrating H. R. Program Decisions with Strategic Business Decision Making*.  Paper presented at the annual convention of the Society for Organizational Behavior, San Diego, October 1986.

*Estimation of the Standard Deviation of Job Performance in Dollars:  A Comparative Study of Two Behaviorally-Based Methods with a Cost Accounting Approach* (with O. L. Greer).  Paper presented at the annual convention of the Academy of Management, Chicago, August 1986.

Revising the Uniform Guidelines on Employee Selection Procedures.  In H. Wing (Chair), *Testing:  APA Confronts the Issues.* Symposium presented at the annual convention of the American Psychological Association, Washington, D.C., August 1986.

*Costs and Benefits of Employee Behaviors*.  Invited address, Canadian Psychological Association, Toronto, June 1986.

Boundary Conditions on the Role of the I/O Psychologist as Expert Witness.  In R. Downey (Chair), *I/O Psychology in the Courtroom*.  Symposium presented at the first annual Conference of the Society for Industrial and Organizational Psychology, Chicago, April 1986.

An Agenda for Research in Utility Analysis.  In J. Ledvinka  (Chair), *Current Issues in Utility Analysis*.  Symposium presented at the first annual conference of the Society for Industrial and Organizational Psychology, Chicago, April 1986.

*Identifying and Selecting Management Talent*.  Presentation to Business Roundtable, Denver, March 1986.

*Turnover and Employee Performance:  A Meta-Analytic Review*  (with G.  McEvoy).  Paper presented at the annual convention of the Academy of Management, San Diego, 1985.

Extension of Utility Analysis Research to Turnover Reduction Strategies.  In S. Wroten (Chair), *Overcoming the Futilities of Utility Analysis:  Methods, Models, and*

*Management.* Symposium presented at the annual convention of the American Psychological Association, Toronto, 1984.

*Marketing Behavioral Science Research.* Invited presentation, Committee on Scientific Affairs, annual convention of the American Psychological Association, Toronto, 1984.

*Contributions of Personnel Professionals to the Bottom Line.* Paper presented at the annual convention of the IPMA Assessment Council, Seattle, May 1984.

One Year's Turnover Costs in a Major Brokerage Firm. In M. Quaintance (Chair), *Cost Analyses of Human Resource Interventions: Are They Worth It*? Symposium presented at the annual convention of the American Psychological Association, Anaheim, 1983.

Psychological Issues in Personnel Decisions: A Critical Analysis and Commentary on Current Research. In I. Goldstein (Chair), *Conversation with the 1984 Annual Review Authors*. Symposium presented at the annual convention of the American Psychological Association, Anaheim, 1983.

*Productivity Improvement: New Directions for the 1980's* (Chair). Symposium presented at the annual convention of the American Psychological Association, Washington, D. C., 1982.

The Use of Job Content Information in Personnel Recruitment and Selection. In P. Pinto (Chair), *The Use of Job Content Information in Human Resource Management*. Symposium presented at the annual convention of the Academy of Management, New York City, 1982.

A Quantitative Approach to Fairness in Personnel Decisions. In D. Petersen (Chair), *The Measurement of EEO*. Symposium presented at the annual convention of ORSA-TIMS, San Diego, 1982.

*Assessment of Mechanical and Technical Job Competency.* Paper presented at the Johns Hopkins University National Symposium on Educational Research, Washington, D.C., 1982.

*Comparable Worth: Fact or Fallacy*? (with C.A. O'Reilly). Paper presented at the annual convention of the American Psychological Association, Los Angeles, 1981.

*Value Profiles Among Anglo, Latin, and Black Entrepreneurs* (with R. Hodgetts). Paper presented at the annual convention of the Academy of Management, San Diego, 1981.

*Making Dollars and Sense Out of Management Development* (with G. R. Gilbert). Paper presented at the annual convention of the Academy of Management, Detroit, 1980.

*Costing Human Resources.* Workshop leader, research roundtable, annual convention of the Academy of Management, Detroit, 1980.

*Performance Appraisal and Productivity in an Era of Civil Service Reform* (with D. Caldwell and A. Hyde). Full-day workshop presented at the annual convention of the American Society for Public Administration, San Francisco, 1980.

*Impact of Performance Appraisal Litigation on Scientists and Practitioners*.  Invited presentation at the First Annual Scientist/Practitioner Conference in Industrial/Organizational Psychology, Old Dominion University, Norfolk, VA, 1980.

*A Value Profile of the Latin Entrepreneur* (with R. Hodgetts).  Paper presented at the annual convention of the Academy of Management, Atlanta, 1979.

*Assessment Centers:  A Return on Investment Perspective*.  Invited presentation at the Seventh International Congress on the Assessment Center, New Orleans, 1979.

*The Legal Defense of Police Selection and Promotion Systems*.  Invited presentation, National Workshop on the Selection of Law Enforcement Officers, FBI Academy, Quantico, VA, 1979.

*Human Assessment:  Where We Are and Where Are We Going?*  Invited presentation, USAF Human Resources Laboratory Conference on Human Assessment, Brooks AFB, San Antonio, TX, 1979.

Background and Performance Characteristics of the Problem Police Officer.  In H. J. Bernardin (Chair), *Understanding, Predicting, and Improving Police Performance*.  Symposium presented at the annual convention of the Southeastern Psychological Association, New Orleans, March 1979.

*The Utility of the Assessment Center as a Selection Device* (with V. Silbey).  Paper presented at the 86th annual convention of the American Psychological Association, Toronto, Canada, 1978.

*Validation, Cross-Validation, and Statistical Power:  Implications for Applied Research* (with E. Valenzi and V. Silbey).  Paper presented at the 85th annual convention of the American Psychological Association, San Francisco, 1977.

Implementation of an Employee Relations Information System in Dow Chemical Latin America (Discussant).  In D. Robey (Chair), *Management Information Systems and Management*, Miami, 1978.

Prosper - Increasing Management Awareness in Race Relations.  In H. H. Hendrick (Chair), *Beyond Equal Employment Opportunity Approaches for Reducing Racism and Sexism in Organizations*.  Symposium presented at the 84th annual convention of the American Psychological Association, Washington, D.C., 1976.

*Biographical Predictors of Police Performance*.  Paper presented at the National Conference on the Selection of Law Enforcement Officers.  FBI Academy, Quantico, VA, 1976.

*Social Temperatures Forecast Managerial Climates* (with S. DeGroot).  Paper presented at the conference on The New U.S. Economy:  Challenges and Opportunities, Miami, 1974.

*Coping with Problems of Race in Organizational Environments* (Chair).  Symposium presented at the annual convention of the Southeastern Psychological Association, Hollywood, FL, 1974.

*Sex Differences, Positive Feedback, and Intrinsic Motivation* (with E. Deci and J. Krusell).  Paper presented at the annual convention of the Eastern Psychological Association, Washington, D.C., 1973.

*Changes in Intrinsic Motivation as a Function of Negative Feedback and Threats: Another Test of a Cognitive Evaluation Theory* (with E. Deci).  Paper presented at the annual convention of the Eastern Psychological Association, Boston, 1972.

*Community Recreation Planning by Computer Simulation - Golf in GPSS* (with W. Tullar).  Paper presented at the annual convention of the Association of Computing Machinery, Chicago, 1971.  Proceedings of the ACM, 1971, 245-252.

**Other Written Work:**

Provided endorsement for 2024 book, *Rethinking talent decisions: A tale of complexity, technology, and subjectivity,* by Sharna Wiblen. Boston, MA: Walter de Gruyter.

Provided endorsement for 2024 book, *Progressing Performance and Wellbeing at Work: Traveling the Loop,* by Jaap Paauwe. Cheltenham, U. K.: Edward Elgar.

Provided endorsement for 2023 book, *Smart talent management: Managing people as knowledge assets* (2nd ed.), edited by Vlad Vaiman, Charles Vance, and Ling Ju. Cheltenham, U. K.: Edward Elgar.

Provided endorsement for 2022 book, *Talking taboo: Making the most of polarizing discussions at work*, by Alex Alonso. Alexandria, VA: SHRM Publishing.

Provided endorsement for 2021 book, *International human resource management: Policies and practices for multinational enterprises,* 6th Ed., by Ibraiz Tarique, Dennis Briscoe and Randall Schuler. New York, NY: Routledge.

Provided endorsement for 2019 book, *Strategic human resource management,* by John Storey, David Ulrich, and Patrick Wright. New York, NY: Routledge.

Provided endorsement for 2018 book, *Macro talent management in emerging and emergent markets: A global perspective,* edited by V. Vaiman, P. Sparrow, R. Schuler, and D.  Collings. New York, NY: Routledge.

Provided endorsement for 2018 book, *The Practical Guide to HR Analytics*, by S. D. Waters, V. N. Streets, L. McFarlane, & R. Johnson-Murray. Alexandria, VA: SHRM Publishing.

Provided endorsement for 2018 book, *Becoming the evidence-based manager: Making the science of management work for you*, 2nd ed., by Gary Latham. Alexandria, VA: SHRM Publishing.

Provided endorsement for 2018 book, *Teaching human resource management: An experiential approach,* by Suzanne de Janasz and Joanna Crossman (Eds.). Cheltenham, U. K.: Edward Elgar.

Provided endorsement for 2018 book, *The leader habit,* by Martin Lanik. New York, NY: American Management Association.

Provided endorsement for 2018 book, *Presenteeism at Work,* by C. L. Cooper and L. Lu. Cambridge, UK: Cambridge University Press.

Wrote Foreword for 2017 book, "The psychology of the Internet at work", edited by G. Hertel, D. Stone, & J. Passmore, Vol. 8, *Wiley/Blackwell Handbook Series on Industrial and Organizational Psychology* (pp. xv-xvi). New York, NY: Wiley/Blackwell.

Provided endorsement for 2017 book, *Strategy, HRM, and performance: A contextual approach,* by Jaap Paauwe and Elaine Farndale. Oxford, UK: Oxford University Press.

Provided endorsement for 2017 book, *Thriving in the gig economy: How to capitalize and compete in the new world of work*, by Marion McGovern. Wayne, NJ: Career Press.

Provided endorsement for 2017 book, *Navigating global business: A cultural compass*, by Simcha Ronen and Oded Shenkar. Cambridge, UK: Cambridge University Press.

Provided endorsement for 2017 book, *Reinventing talent management*, by Edward E. Lawler III. Oakland, CA: Berrett-Kohler.

Provided endorsement for 2016 book, *I-engage: Your personal engagement roadmap*, by Bob Kelleher. Portland, OR: BLKB Publishing.

Provided endorsement for 2015 book, *Do we need HR? Repositioning people management for success,* by Paul Sparrow, Martin Hird, and Cary Cooper. New York, NY: Palgrave Macmillan.

Provided endorsement for 2015 book, *Psychological capital and beyond* by Fred Luthans, Carolyn M. Youssef-Morgan, and Bruce J. Avolio. New York, NY: Oxford University Press.

Provided endorsement for 2015 book, *Routledge companion to international human resource management,* by David Collings, Geoffrey Wood, and Paula Caligiuri (Eds.). New York, NY: Routledge.

Provided endorsement for 2014 book, *Interview charisma: Evidence-based interview strategies to help you win the job you deserve,* by Uco Wiersma. Norwalk, CT: Career Knows Publishing.

Provided endorsement for 2014 book, *Strategic talent management: Contemporary issues in international context,* by Paul Sparrow, Hugh Scullion, and Ibraiz Tarique (Eds.). Cambridge, UK: Cambridge University Press.

Foreword to Bob Kelleher's, *Engagement for dummies.* (2014). Hoboken, NJ: John Wiley & Sons.

Provided endorsement for 2013 book, *Developing and enhancing teamwork in organizations,* by Edwardo Salas, Scott Tannenbaum, Debra Cohen, & Gary Latham (Eds.). New York, NY: Wiley-Pfeiffer.

Provided endorsement for 2013 book, *Theory building in applied disciplines,* by Richard Swanson and Thomas Chermack. San Francisco: Berrett-Kohler.

Provided endorsement for 2013 book, *Green organizations: Driving change with I-O Psychology,* by Ann H. Huffman and Stephanie R. Klein. New York, NY: Taylor & Francis.

Provided endorsement for 2012 book, *The psychology of workplace technology,* by Michael Coovert and Lori F. Thompson, (Eds.). San Francisco: Jossey-Bass.

Provided endorsement for 2012 book, *Effective human resource management: A global analysis,* by Edward. E. Lawler and John W. Boudreau. Stanford, CA: Stanford University Press.

Provided endorsement for 2012 book, *Cultural agility: Building a pipeline of successful global professionals* by Paula Caligiuri. San Francisco: Jossey-Bass.

Provided endorsement for 2012 book, *HR at your service: Lessons from benchmark service organizations* by Gary Latham and Bob Ford. Alexandria, VA: Society for Human Resource Management.

Provided endorsement for 2012 book, *Calculating success: How the new workplace analytics will revitalize your organization* by Carl Hoffmann, Eric Lesser, and Tim Ringo, Harvard Business Review Press.

Provided endorsement for 2011 book, *Good company: Business success in the worthiness era* by Laurie Bassi, Ed Frauenheim, and Dan McMurrer, with Larry Costello. San Francusco: Berrett-Koehler.

Provided endorsement for 2011 book, *RESPECT: Delivering results by giving employees what they really want,* by Jack Wiley and Brenda Kowske.

Provided endorsement for 2009 book, *Work in the 21st century* (3rd ed.) by Frank Landy and Jeffrey Conte.

Provided endorsement for 2008 book, *Performance management: A new approach for driving business results*, by Elaine D. Pulakos.

Foreword to D. Lowery's *Battling the corporate giants.* (2006). Salt Lake City, UT: American Book Publishing.

Foreword to Graeme Martin and Susan Hetrick's, *Corporate reputations, branding and managing people: A strategic approach to HR.* (2006). Oxford, UK: Blackwell.

58

Preface for W. von Schneyder's *Metrics in Human Resource Development – A Bibliography* (2006).  Berlin: DeGruyter.

*From Downsizing to Responsible Restructuring*.  (2002).  Research in action section, in L. K. Stroh, G. B. Northcraft, & M. A. Neale, *Organizational Behavior: A Management Challenge* (3rd ed.), p. 410.  Mahwah, NJ: Lawrence Erlbaum Associates.

*The Development of a Police Personnel Information System*  (with M. J. Fitzgibbons).  Unpublished manuscript, Dade County Public Safety Dept., Miami, 1975.

*Intrinsic-Extrinsic Motivation:  Some Parameters for Job Design*.  Unpublished manuscript, Management Research Center, University of Rochester, 1972.

*The Selection Interview:  Its Functional Utility*.  Unpublished manuscript, Management Research Center, University of Rochester, 1972.

*DBSIM - A Computer Simulation of the International Research Groups on Management (IRGOM) Data Bank at the Management Research Center*.  Unpublished manuscript, University of Rochester, 1971.

**Grants and Field Work:** 10/95 - 3/96: U.S. Dept. of Labor, Office of Policy Analysis.  Received a grant (with C. Young) to conduct original research on the prevalence and consequences of downsizing.

10/94 - 3/95:  Office of the American Workplace, U.S. Dept. of Labor.  Received a grant to identify "best practices" in restructuring organizations, and to write a guide to responsible restructuring.

10/93 - 2/94:  National Center for the Educational Quality of the Workforce, University of PA.  Grant to identify public policy issues in training and to document training effectiveness in terms of worker adaptability.

5/89-9/89:  Title VI Dept. of Education Grant to develop an MBA-level course in International Human Resource Management.

7/87 - 1/88: Principal investigator, "Performance Measures Cost-Benefit Analysis," USAF Human Resources Laboratory, Brooks AFB, Texas.

5/86-5/91:  Principal investigator, chosen as a neutral third party acceptable to plaintiffs and defendants to provide a critical analysis and review of evidence for the validity of 27 employment tests and 10 sets of educational requirements used by the City of Dallas.

5/86-5/87:  Principal investigator, "The Relative Effects of Internal and External Labor Markets as Determinants of Pay Levels Within the Firm."  University of Colorado research grant.

6/86 - 10/86:  Principal investigator, "Developing a Research Agenda for Validation of the Civilian Promotion, Placement, and Referral System Using the USAF Job Performance Measurement System."
USAF Human Resources Laboratory, Brooks AFB, Texas.

59

12/85-6/86:  Co-principal investigator (with S. Zedeck).  "Validation of the Job Orientation Inventory."  Bell South Corp. in cooperation with the seven regional telephone companies.

9/84 - 4/85:  Principal investigator, "A Critical Assessment of the Validity and Vulnerability to Legal Challenge of USAF Civilian Selection Procedures."  USAF Human Resources Laboratory, Brooks AFB, Texas.

6/83 - 6/84:  Principal investigator, "An Update, Critical Analysis, and Commentary on Court Decisions Relevant to Employment".  USAF Human Resources Laboratory, Brooks AFB, Texas.

12/79 -  8/80:  Principal investigator, "Management Development and Training in Support of the Dade County HUD's Management Assistance Program."  Federal HUD grant.

8/79 - 12/80:  Principal investigator, "Federal Case Law Related to Personnel Selection and Promotion: An Annotated Bibliography".  U.S. Air Force Human Resources Laboratory.

1/79 - 12/79:  Principal investigator, "Assessment and Validation of Employment and Promotional Processes used by the City of Hollywood, Florida".  IPA grant #H-94-24.

1/78 - 12/78:  Principal investigator, "Analysis and Update of Employee Selection Criteria used by Metro Dade County, Florida, Focusing on the Job-Relatedness and Fairness of Personnel Procedures".  IPA grant #G-45-36. The project involved a thorough review, update, and in some cases, development of personnel policies and procedures in areas as diverse as recruitment, affirmative action, personnel record keeping, the application blank, background investigations, testing, interviewing, job analysis methods, validation strategies, performance appraisal systems, and discipline.  In 1978, Dade County employed 24,000 people in 1,200 job classifications.

9/76 - 6/77:  Principal investigator, "Social, Economic, Political, and Ecological Issues Associated with Nuclear Plant Siting".  Grant #1E-7005 from the FIU-FAU Joint Center on Environmental and Urban Problems.

1/74 - 1/76:  Principal investigator, "Police Officer Selection and Performance Analysis". Police Foundation grant #73-12, Dade County Public Safety Dept., Miami, Florida.

1/72 - 6/73:  Director of field research, "On Increasing the Intrinsic Reward Value in Jobs and Careers".  Office of Naval Research grant #N00014-67-A-0015 NR151-351.

6/71 - 9/71:  Summer internship in organization development at Heublein, Inc., Hartford, Connecticut.

**Speaking Engagements**
**and Consulting**          Remote/hybrid work: Impacts on IHRM. Keynote address presented at the 6th Global Conference on IHRM. Gothenburg, Sweden, June 2024.

60

Gen Z and the future of work. Keynote address presented to student delegates from Hong Kong Metropolitan University, International Entrepreneurship and Leadership Study Tour, Denver, CO, May 2024.

Sustainability through financial, physical, and mental wellness. Webinar hosted by McGraw-Hill Publishing, March 2024.

Common good HRM: Sustainability through financial, physical, and mental wellness. Keynote address presented at the 5th International Conference of the Academy of Management's HR Division, Dunedin, New Zealand, January 2024.

Chen-Oster v. Goldman Sachs. Testifying expert for plaintiffs, 2012-2023. Case settled out of court.

National Academy of Human Resources, co-facilitated HR Masters Student program, "The future of work, AI, and the role of HR leaders". New York City, Nov. 2023, and Nov. 2022.

The future of work, AI, and the role of the manager. Presentation hosted by the Centre for Cross-Cultural Management, University of Wollongong, Australia, March 16, 2023.

Designing the workplace for hybrid success. Panelist on Webinar for *Business Insights Series*, UC Denver Business School, February 15, 2022.

The new world of work: Pandemic-fueled innovations in recruitment and retention. Presentation hosted by the School of Labor and Human Resources, Renmin University of China, Beijing, 8 January 2022.

Post-pandemic realities of recruitment and retention. Keynote address presented at conference on "Business as usual: How do we turn the new normal into normal?" Lee Shau Kee School of Business, Hong Kong Metropolitan University, 3 December 2021.

*The people excellence star: A strategic organizational stress test*, by Theo H. Veldsman. Invited speaker and panelist, KR Publishing, Johannesburg, South Africa, September 2021.

Managing a post-pandemic workplace. Presentation to Board of Directors, CPA Australia, September 2021.

The financial benefits of ProMES. Keynote address to 11th ProMES ICC conference, July 2021.

The post-pandemic workplace: What's next for total rewards? Keynote address to Hawaii Compensation Association, April 2021.

Lessons in leadership: Learning from Nelson Mandela and the political prisoners on Robben Island. Presentation to U. of Colorado Boulder, Dept. of Design and Construction, December 2020.

Restructuring and reimagining a post-pandemic workplace. Robert Reynolds Distinguished Lecture, Center for International Business Education and Research, The Business School, U. of Colorado Denver, November 2020.

Digitalization, AI, and external intelligence: Key questions for senior leaders and individuals (with T. Bartl). Interactive presentation at the annual conference of the National Academy of Human Resources, New York City, NY, November 2019.

Cross-cultural competence in a global economy. Keynote address, Launch of the Center for Cross-Cultural Management, University of Wollongong, Australia, September 2019.

Technology is changing work and HR: Key questions for senior leaders to address. Australian HR Institute, National Presidents' Forum, Sydney, October 2019.

Developing global leaders for today's organizations – and for tomorrow's. Opening keynote address, 4th Congress of Industrial/Organizational Psychology, Pontificia Universidad Catolica de Puerto Rico, Ponce, P. R., March 2019.

What does a healthy organization look like? Closing keynote address, 4th Congress of Industrial/Organizational Psychology, Pontificia Universidad Catolica de Puerto Rico, Ponce, P. R., March 2019.

Cross-cultural competence in a global economy. Keynote address, IB Abroad Workshop, University of Colorado Denver, March 2019.

Lessons in leadership from Nelson Mandela and the political prisoners on Robben Island. Public lecture delivered as part of the Mini-School of Global Affairs, U. of Colorado Denver, October 2018.

Talent management and measurement. Keynote address presented to the New Zealand Psychological Society, Institute of Organizational Psychology, Jubilee Conference. Auckland, NZ, September 2018.

HR Masterclass: Predictive analytics. Full-day presentation, University of Tilburg, 's-Hertgenbosch, The Netherlands, June 2018, 2019.

Managing talent and risk in times of crisis. Keynote address presented at Daniels College of Business, University of Denver, at conference: Evolving roles of human resources and risk leaders to address corporate challenges, sponsored by Willis, Towers, Watson, April 2018.

What organizational psychology tells us about Millennials. Invited presentation, Simon School of Business, University of Rochester, February 2018.

Developing global leaders for today's organizations – and for tomorrow's. Invited presentation to European Chamber of Commerce, Ho Chi Minh City, Vietnam, January 2018.

The past, present, and future of talent analytics. Keynote address presented at HR Learning Day, School of Business, Hong Kong Baptist University, Hong Kong, January 2018.

Talent Analytics: Why are we not there yet? Presented to Division of I/O Psychology (DIOP), Hong Kong, November 2017.

Talent Analytics: Why are we not there yet? Keynote address presented at the International Personnel Assessment Council (IPAC) conference. Birmingham, AL: July 2017.

U. of Colorado, College of Nursing, Anschutz Medical Campus. Leadership lessons from the greatest survival story ever told. Aurora, CO: July 2017.

What does a healthy organization look like? Keynote address presented at conference: "Creating healthy organizations: Science and practice of productivity and well-being." Irvine, CA: June 2017.

JLT Vietnam and U. of Hawaii Vietnam Executive MBA, Thought Leadership workshop: "Employer branding". Ho Chi Minh City, Vietnam, February 2017.

Asia Pacific Association for Talent Management. Super session, "Engaging non-standard workers". Taipei, Taiwan, November 2016.

Mini-School of Global Affairs, University of Colorado Denver. "Creating future global leaders for today's organizations, and for tomorrow's." Denver, October 2016.

Australian HR Institute. Keynote address, "Crafting a compelling employer brand". National conference, Brisbane, Australia August 2016.

Australian HR Institute. Presentation to National Presidents' Forum: "Engaging non-standard workers." National conference, Brisbane, Australia August 2016.

Abbott Laboratories, The Netherlands. Full-day workshop, "Talent Analytics", Tilburg, the Netherlands, May 2016.

Undergraduate Honors Program, U. of Colorado Denver. Invited presentation: "Leadership Lessons from Shackleton's 1914 British Antarctic Expedition," Denver, April 2016.

HR Summit – Architectural, Engineering, and Consulting companies. Keynote address: "Engaging non-standard workers," Seattle, April 2016.

Seattle University, College of Education and College of Business. "Talent management of nonstandard workers," Research that influences theory and practice," and "Investing in HRD in uncertain times, now and in the future." February 2016.

Citic Pacific, Ltd. Growing tomorrow's leaders at Citic. Senior Executives' Forum on Leadership Development, Hong Kong, January 2016.

Shidler College of Business, University of Hawaii, Business School Advisory Group. "Lessons in leadership from Nelson Mandela and the political prisoners on Robben Island." Honolulu, February 2015.

HR Certification Institute. "Environmental scanning: An emerging challenge for HR professionals." Forum of HR Insights, Chicago, November 2014.

63

Society for Human Resource Management India. Keynote address: "Stimulating workplaces: Creating a Learning Culture." Gurgaon, India, September 2014.

Bass Memorial Lecture, Business School, S.U.N.Y. at Binghamton. "Visionary leadership and the war for talent." September 2014.

Irish Academy of Management. Keynote address: "Leading in changing economic times." Limerick, Ireland, September 2014.

Stratasys Corporation. Two-day workshop on "Competitive Strategy" with Asia-Pacific country managers.
Hong Kong, August 2014.

Australian HR Institute national conference. Keynote address: "Five global trends in HR: What you need to know." Melbourne, Australia, August 2014.

Australian HR Institute, National President's Forum. Presentation and interactive discussion, "Optimizing HR Risks: A Board-Level Imperative." Melbourne, Australia, August 2014.

Chairperson, International Peer-Review Panel of the Faculty of Management, University of Johannesburg.
Johannesburg, South Africa, July 2014.

Gulfstream Aerospace Corporation. Two-day workshop with HR Divisional VPs on "Building a Metrics-Oriented HR Culture." Savannah, Georgia, July 2014.

Optimis Consulting. "People analytics: Choices and challenges." Keynote address presented at Graduate Institute Geneva conference, June 2014. Geneva, Switzerland.

19th HR Congress. Keynote address: "Risk management in HR: Dangers as well as opportunities for innovation." Also conducted workshop: "Making HR measurement strategic." Warsaw, Poland, May 2014.

HR Forum for Professional Services. Keynote address: "Visionary leadership and strategic HR." Kingscliff, Australia, April 2014.

Business School, Nanyang Technological University. "Investing in People: HR Analytics." Three-day workshop, Singapore, February 2014.

New York Metropolitan Association of Applied Psychology. "Risk management in HR and assessment." New York City, November 2013.

University of Colorado System Office, and University of Colorado Medical School, Presentations: "Inter-generational teams at work." Denver, November and December 2013.

Towers Watson. "Talent analytics." Session 3 of TW's Cornerstone program. Chicago, September 2013.

Association for HR Management in International Organizations (AHRMIO). **"Making HR measurement strategic."** Keynote address, Dublin, Ireland, September 2013.

Personnel Testing Council of Metropolitan Washington, D.C. "Using HR metrics to improve strategic organizational decisions." Washington, D.C., August 2013.

Joint AoM-SHRM "Innovations in HRM Teaching" conference. Keynote presentation, "Teaching HRM: Moving from good to great." Chicago, June 2013.

Brighton, U.K. Business School, University Forum on HRD conference. Keynote presentation, "Investing in HRD in uncertain times." Brighton, U.K., June 2013.

Health Sciences Library Staff, Anschutz Medical Campus, University of Colorado. Presentation: "Inter-generational teams at work." Denver, April 2013.

St. John Fisher College, Rochester, NY. Presented 4-hour workshop on HR risk management and HR  analytics to practitioners and masters students in HRD, April 2013.

US Bank. Presentation to top sales-team executives: "Inter-generational teams at work." Denver, February 2013.

Hong Kong Polytechnic University Business School, Center for Leadership and Innovation. Presentation: "How Institutional Work and Positive Psychology Led to Radical Change at Robben Island." January 2013.

Nanyang Technological University Business School, Singapore. Presentation: "Seizing the Future: Developing Global HR Standards and Global HR Certification." January 2013.

Hong Kong Division of I/O Psychology (DIOP) conference. Keynote presentation: "Global HR Standards and Challenges for HR Leaders in Asia." January 2013.

Anschutz Medical Center, Leadership in Innovative Team Sciences Program, University of Colorado. Presentation: "Working with inter-generational teams." November 2012.

UCD Business School. Presentation: "Using interviewing techniques with senior executives to generate research hypotheses. November 2012.

Mountain West Credit Union Association. Presentation: "HR analytics: Investing in people." Aurora, CO October 2012.

World HR Congress. Keynote address: "HR strategy: Optimizing risks, optimizing rewards." Melbourne, Australia, September 2012.

HARRT at UCLA (Human Resources Roundtable for Senior Executives). Presentation: "Rethinking the performance appraisal/performance management process."  Los Angeles, September, 2012.

Institute for International Business, CIBER Advisory Council. Presentation: "The virtual global workforce: Leveraging its impact." Denver, September 2012.

International Personnel Management Association. Keynote address: Risk management in HR and assessment. Las Vegas, July 2012.

World Economic Forum, Geneva, Switzerland. Presentation: "Managing people, managing risks." June 2012.

International HR Community (IHRC), Geneva, Switzerland Chapter: "Managing people, managing risks." June 2012.

Tilburg University, The Netherlands. Taught HR Analytics in Advanced HR Program, June 2012-2014.

Union Pacific Railroad. (2010-2012). Consulted on the validation of physical ability tests for five broad groups of jobs within the Engineering and Mechanical Departments.

Velez v. Novartis Pharmaceuticals Corporation. (2011-2012). In the settlement of a gender-discrimination lawsuit, served as joint neutral expert in the redesign of sales-incentive compensation plans to facilitate approved leaves of absence by team members.

Gateway I/O Psychology Association (GIOP). The virtual workforce: Leveraging its impact. Keynote address, March 2012, St. Louis, MO.

Garcia v. Oracle (2012). Served as consulting expert for defendants in wage/hour litigation.

International Organization for Standardization (ISO). HR standards: American national status and global perspectives.  Head of U. S. delegation, Washington, D. C., November 10-11, 2011; Melbourne, Australia, September 24-25, 2012.

Personnel Testing Council of Southern California. Keynote address: Embracing challenges and solutions in HR and assessment. Los Angeles, November 4, 2011.

World Economic Forum, Geneva, Switzerland. Half-day workshop on HR Professionals' Day, "Strategic
HR and Future Challenges," May 25, 2011.

Employee Engagement Group. "Investing in people." Keynote address presented at HR Summit, Orlando, FL, March 16, 2011.

SHRM India. Presentation – "21st century organizations: Key trends and emerging competencies." Mumbai, India, 5 February 2011.

Colorado HR Association. Two presentations – "Strategic HR and Future Challenges," and also "Managing the Post-Merger Integration Process." Denver, 16 February 2011.

Human Resource Planning Society.  "Making HR measurement strategic." Half-day workshop, Denver, CO, Sept. 30, 2010.

66

Rocky Mountain Compensation Association. "Executive compensation: Closing the trust gap." Denver, CO, Oct. 14, 2010.

Northern Trust Bank. "Leadership lessons from the greatest survival story ever told." Presentation to wealth-management advisors, Denver, CO, Oct. 14, 2010.

11th HR Congress, Warsaw, Poland. Keynote address: "HR analytics: Using HR data to make strategic decisions. April 27, 2010.

University of Texas at Arlington, Faculty Colloquium: "21st-century organizations: Key employee
 competencies and links to outcomes." Dallas, TX, April 20, 2010.

Front Range Management Seminar (U. of Colorado Boulder, Denver, Colorado Springs; Colorado State University; U. S. Air Force Academy, U. of Denver): Presentation: "21st-century organizations: Key employee competencies and links to outcomes." Denver, CO April 16, 2010.

St. John Fisher College, Rochester, NY. Presented 4-hour workshop on HR Analytics to practitioners and masters students in HRD, April 17, 2010.

Nanyang Technological University, Singapore. Served as one member of a 5-person international panel to provide an external evaluation of five research centers at NTU and prepare a report for the Provost. March 25-26, 2010.

Australian HR Institute. Presentation, "21st-century organizations:
Key trends and emerging competencies. University of Melbourne Business School, March 24, 2010.

Association of HR Managers in International Organizations (AHRMIO). HR analytics: Using data to make strategic HR decisions (with J. Boudreau). Full-day workshop. Wharton School, U. of Pennsylvania, January 2010.

Indian School of Business. Three-day seminar, "Linking HR with business strategy." Hyderabad, India, January 2010.

World Economic Forum. "Managing in difficult economic times." Presentation to staff and Fellows. December 2009.

University of Geneva (Switzerland). Taught 5-day module to international organizations MBAs: "Managing people in global markets," 2009-2013.

University of Pretoria (South Africa), College of Economic and Management Science, Department of Human Resource Management. Served as Chair of three-person external evaluation team, November 2009.

KPMG Global Enterprise Institute. "Globally distributed workforces: Managing people, managing risks." Denver, October 2009.

<u>Institute for International Business, Global Advisory Board</u>**.** Lessons from the global crisis in financial services**.** Denver, July 2009.

<u>Tilburg University, The Netherlands</u>. Taught HR Metrics in Advanced HR Program, also presented colloquium, "Managing in Difficult Economic Times," June 2009-2016.

<u>Australian Human Resources Institute</u>**.** Presented workshops in Brisbane, Melbourne, and Sydney on "Managing in Difficult Times," February 2009.

<u>Hong Kong Baptist University</u>. Taught two-week module on HR Measurement. (Annual). January 2009 through 2019.

<u>University of Geneva, Switzerland,</u> International Organizations MBA Program. (2008, December).  Taught one-week module on "Managing People in Global Markets."

<u>World Economic Forum.</u> Presentation, 2008, December: "Management lessons from the crisis in financial services." July 2008: Conducted three days of workshops for Global Leadership Fellows on "Organizational Renewal: Leadership Strategies for Mergers, Acquisitions, Downsizings, and Succession Planning." Geneva, Switzerland.

<u>Metro NY Association of Applied Psychologists</u>. "Business value of employee selection." New York, November 2008.

<u>Personnel Testing Council of Southern California</u>. Keynote address, "Staffing 21st-century organizations." Huntington Beach, CA, October 2008.

<u>SHRM Foundation</u>, Thought Leaders' conference. Keynote presentation: "20/20 vision: Emerging issues facing organizations and HR." Palm Springs, CA, September 2008.

<u>Ingersoll Rand, Inc.</u> "Evolving roles of HR and communications." 2008 HR and Communications conference, Chicago, May 2008.

<u>Mayflower Group</u>. "Making HR measurement strategic." Miami Beach, May 2008.

<u>Google, Inc</u>. Presentation: "Got innovation? New ways to think about HR, assessments, and surveys." Mountain View, CA. April 2008.

<u>Interdisciplinary Center, Herzliya, Israel</u>. International MBA program: Taught one-week module on "Managing people in global markets." March 2008

<u>Technion University, Haifa, Israel, Dept. of Industrial Engineering and Management</u>. Seminar: "Some emerging research needs to address changes in the world of work." March 2008.

<u>Western Regional CIBER meeting</u>. Keynote address: "Some Challenges in Managing a Globally Dispersed Workforce," Denver, March 2008.

<u>Aditya Birla Group</u>.  Keynote address, "Making a World of Difference in HR," also "Developing Scaleable HR Processes at Global, Regional, and Local Levels," and "Role

68

of Trust in Building a One-Company Feeling."  HR Summit, Hyderabad, India, January 2008.

World Economic Forum. Presented two workshops for two different classes of Global Leadership Fellows, one on "Managing Talent" and one on "Organizational Renewal: Leadership Strategies for Mergers, Acquisitions, Downsizings, and Succession Planning." Geneva, Switzerland, July 12-18, 2007.

International Personnel Management Association Assessment Council (IPMAAC). Keynote address, "Do Employee Behaviors Matter?  Some Economic Effects." National conference, St. Louis, MO, June 12, 2007.

The Conference Board, Work-Life 2007 Conference.  Workshop: Meaningful metrics: Measurement tools for HR professionals.  New York City, June 13, 2007.

Colorado HR Association.  Presentation, "Ethics, The Fabric of Business." Denver, April 18, 2007.

Shidler College of Business, University of Hawaii. Faculty colloquium, "Decency means more than 'Always Low Prices:' A comparison of Wal-Mart's Sam's Club to Costco." Honolulu, HI: Feb. 23, 2007.

Personnel Testing Council of Northern California.  Keynote address: "The Human Capital Imperative." Sacramento, CA, March 22, 2007.

St. John Fisher College.  Half-day workshop for faculty and master's students in HRD: "Valuing HR."  Rochester, NY: March 24, 2007.

University of Southern California, Marshall School of Business. Faculty colloquium, "Decency means more than 'Always Low Prices:' A comparison of Wal-Mart's Sam's Club to Costco." January 2007.

University of Geneva, Switzerland, International Organizations MBA Program. (2006-2010, December; 2011, May).  Taught one-week module on "Managing People in Global Markets."

Instituto de Empresa, Madrid, Spain.  (2006, December).  Faculty seminar: "The Economic Impact of Employee Behaviors on Organizational Performance."

More than "Always low prices": A comparison of Wal-Mart's Sam's Club to Costco. Rutt Bridges Seminar Series, UCDHSC, The Business School, October 30, 2006

The new human capital equation.  Keynote address presented at the 2006 Work-Life conference, Global economic solutions: Framing work-life's contributions.  New York, NY: June 13, 2006.

Mountain States Employers Council, HR Best Practices Conference. Keynote address, "The economic impact of employee behavior on organizational performance." Denver, April 2006.

The Business School, University of Colorado-Denver and Health Sciences Center. Faculty research seminar: "The economic impact of employee behavior on organizational performance." Denver, April 2006.

TNT Corp.  Taught full-day workshop to HR staff on "Financial impact of human resource management" for Cornell University's, Center for Advanced Human Resource Studies, Amsterdam, March, April 2006.

Indian School of Business.  Taught 3-day executive education course, "Linking HR strategy to business results," Hyderabad, India, January 2007 and January 2006.

Personnel Testing Council of Southern California.  Keynote address: "Test development and use: New twists on old questions," Long Beach, CA, October 2005.

Washington Group International, HR Leadership Summit.  Keynote address: "From business partner to driving business success – The next stage in the evolution of HR management. Denver, September 2005.

AstraZeneca, PLC.  Taught full-day workshop to HR staff on "Costing human resources" for Cornell University's, Center for Advanced Human Resource Studies, Wilmington, DE, September, November 2005.

California State Personnel Board.  Keynote address: "Economic Impact of Employee Behaviors on Organizational Performance." HR Metrics conference, Sacramento, September 2005.

American Express, Inc. Taught two-day module on "Costing human resources" for Cornell University's, Center for Advanced Human Resource Studies, New York City, June 2005.

Family Business Center, University of Hawaii.  "Retirement and health benefits: Changes ahead." Honolulu, May 2005.

North Carolina I/O Psychology Assoc.  "Trends and changes in the world of work." Greensboro, NC, April 2005.

Colorado HR Thought Leaders.  "Talent management."  Denver, April, 2005.

School of Business, Nanyang Technological University.  Faculty seminar: "Economic impact of effective human capital management," March 2005.

University of Johannesburg, Center for Work Performance.  Workshop: "Aligning HR strategy with general business strategy: The case of SYSCO Corporation." Johannesburg, South Africa, February 2005.

Hong Kong Baptist University.  Taught 32-hour module on quantitative methods for HR professionals.  February, 2003-2006, 2008-2012, Hong Kong.

SHL, South Africa.  Half-day workshop: "New realities of recruitment and retention." Pretoria, South Africa, January 2005.

70

Bard Center for Entrepreneurship, U. of Colorado.  "Managing a downsizing process." Sixth Rutt Bridges Business Seminar Series, November 2004.

International Military Testing Association – NATO.  Keynote address: "New realities of recruitment and retention." Brussels, Belgium, October 2004.

Westinghouse Corp.  Served as consulting expert for Westinghouse Savannah River Company RIF procedures, July-October 2004.

SK Group (Korea).  Workshop: "Exit-Management Strategies." Cornell University, Center for Advanced Human Resource Studies, Ithaca, NY, August 2004.

Society for Human Resource Management.  Presentation: "Responsible Restructuring: Creative and Profitable Alternatives to Layoffs."  New Orleans, LA: June 2004.

Colorado Human Resources Association.  Presentation:  "HR Role Models: Business partnerships for courageous leaders." Denver, June 2004.

Employment Law Alliance.  Keynote address: "Restructuring organizations: Strategies for success."  Charleston, SC: May 2004.

University of Hawaii, College of Business – taught 3-week module on compensation and benefits. June 2004, 2005, 2007, 2009, 2011, 2013; 2015.

Miami University, Oxford, Ohio – Presentation: "Foundations of workforce measurement: Human capital metrics." Richard T. Farmer School of Business, March 2004.

National HR Assoc. – Denver.  Presentation: "How HR professionals can assist management in responsible restructuring," February 2004.

Beck v. Boeing and Nouri v. Boeing.  Testified for plaintiffs in cases of alleged gender discrimination (Beck) and national-origin discrimination (Nouri) (Sept., 2000 – May, 2004).

International Personnel Management Association - Colorado Chapter.  Presentation: "Responsible Restructuring: Creative and Profitable Alternatives to Layoffs." Denver, Sept. 2003.

Rotterdam School of Management, Erasmus University.  Taught 21-hour module in HR Masters Degree program, "Value Creation in HR."  Rotterdam, The Netherlands, June 2003; July 2004; July 2005.

Creating a sustainable future: Integrating restructuring with the needs of people.   Panel member, Anderson School of Management, UCLA, sponsored by National HR Association, Los Angeles, May 2003.

71

<u>Responsible restructuring: Creative and profitable alternatives to layoffs</u>.  Keynote address presented to HR Houston.  Houston, TX May 2003, and the Australian HR Institute, national conference, Sydney, May 2003.

<u>University of Puerto Rico, Psychology Department</u>.  Two half-day presentations: "Work, workers, and organizations for the 21st century," and "Strategies for responsible restructuring." May 2003.

<u>Drake, Beam, Morin</u>.  "Crash course in responsible restructuring."  Denver, April 2003.

<u>Hong Kong I/O Psychology Group</u>. Address: Role of the I/O Psychologist in Responsible Restructuring.  March 2003.

<u>Lawrence Livermore National Laboratories.</u>  Selected as joint neutral expert to review critically existing performance-management and salary-adjustment processes for scientists and engineers, and to consult with top management in the development of new ones.  January-November 2003.

<u>Beverly Enterprises.</u> Consulted with top management team on restructuring. January, 2003.

<u>Personnel Testing Council of Southern California</u>. Address: "Responsible Restructuring: Creative and Profitable Alternatives to Layoffs."  Los Angeles, November 2002.

<u>Rocky Mountain Compensation Assoc.</u>  Address: "Strategies for Responsible Restructuring." Denver, October 2002.

<u>Korean Airlines</u>.  Airline labor relations.  Full-day workshop presented to senior executives.  Honolulu, October 2002.

<u>Better business through responsible restructuring</u>.  Presentation to HR Directors and faculty of City University of Hong Kong, May 2002.

<u>How do CEOs sustain their companies' reputations during restructuring</u>? Presentation at CEO Exclusive Forum, Employers Federation of Hong Kong, May, 2002.

<u>Restructuring responsibly: What to do and what to avoid</u>.  Presentation to Senior HR Executives, Management Development Center of Hong Kong, Hong Kong, May 2002.

<u>Strategies for responsible restructuring</u>.  Presentation to 250 MBA students and faculty of Hong Kong Polytechnic University, Hong Kong, May 2002.

<u>Financial and human consequences of restructuring</u>. Faculty research seminar, Hong Kong University Department of Psychology, March 2002. Also presented to Hong Kong Baptist University, Faculty of Management, April 2002.

<u>Test-score banding for employment decisions</u>.  Faculty research seminar, Hong Kong University Department of Psychology, February 2002.

Finding and keeping top talent in growing and slowing economies.  Keynote address presented at the People and Leadership conference, Sydney, Australia, September 2001; also presented to faculty of the International Graduate School of Management, University of South Australia, Adelaide, Australia, October 2001, and to the faculty of the Department of Organizational Psychology, University of New South Wales, Sydney, Australia, October 2001.

Measuring the $ Impact of Human Resources.  Workshop presented at the People and Leadership conference, Sydney, Australia, September 2001.

Organizational restructuring in a rapidly changing world.  Presentation to the global law firm, Baker & McKenzie, Sydney, Australia, October 2001.

Strategies for responsible restructuring.  Keynote address presented at the National Manpower Summit, Singapore, October 2001.

Valuing and costing intellectual capital.  Presentation to the business school faculty at Nanyang Technological University, Singapore, October 2001.

Mergers and acquisitions: The strategic importance of people.  Full-day seminars presented in Sydney and Melbourne, Australia, October 2001.

Airline labor relations.  Full-day workshop presented to Korean airlines executives, Honolulu, HI, June 2001.

Work, workers, and organizations for the new millennium.  Invited address to Association of Bay Area Applied Psychologists, San Francisco, June 2001.

Knowledge creation for practical solutions.  Keynote address presented at the inauguration of the Center for Work Performance, Rand Afrikaans University, Johannesburg, South Africa, March 2001.

What Progressive Companies Are Doing to Attract and Retain Talent.  Dean's business breakfast presentation.  Rand Afrikaans University, Johannesburg, South Africa, March 2001.

Current developments in HR and I/O psychology. Presentation to the HR/I-O psychology faculty of the University of South Africa, Pretoria, March 2001.

Beck et al. v. Boeing et al.  Testified for plaintiffs in case of alleged gender discrimination in hiring, promotions, and pay. July 2000 – May, 2004.  Case settled.

Lang v. Kansas City Power and Light Co.  Retained by defendants in case of alleged racial discrimination in all facets of employment.  Summary judgment granted for defendants.  November 2000 – March, 2001.

Brown v. Kellogg's Corporation.  Consulting expert for defendants in case of alleged racial discrimination in testing.  Summary judgment granted for defendants. October 2000 to March, 2001.

Kaminski et al. v. First Union Corporation.  Expert witness for plaintiffs in case of alleged age discrimination in layoffs.  October 2000 – October 2003.  Case settled out of court.

Quintanar et. al. v. Ashcroft.  Testified for for plaintiffs in case of alleged national origin discrimination in the U.S. Immigration and Naturalization Service.  May 2000 – 2002. Case settled.

USA v. City of Garland, Texas.  Consulting expert for U. S. Department of Justice in case of alleged racial discrimination in the hiring of police officers and firefighters.  July 2000 – 2003.  Case settled.

Conanan v. Federal Deposit Insurance Corporation.  Expert jointly selected by plaintiffs and defendants in a racial discrimination case to work with FDIC to improve HR management processes in promotions, assignments, and career development. June 2000 – 2004.

Bullington v. United Airlines.  Expert witness for plaintiff in case of alleged gender discrimination in pilot selection.  February-October 2000.  Decision for defendant.

Personnel Testing Council of Southern California – Keynote address: "Current and Emerging Trends in the World of Work," Los Angeles, May 2000.

Research Triangle Institute. Member of 3-person outside panel to review work to date on O'Net Occupational Information Network. March 2000 – present).

 I/O-OB Graduate Student Conference, keynote address: Banding with racial preferences: The Chicago Firefighters case.  University of Tennessee, Knoxville, March 2000

Northern Illinois University, HR Masters Series.  Presented full-day workshop on "Economic Impact (Value-Added) of Human Resources.  McDonald's Corporation, Hamburger University, Oak Brook, IL, February 2000.

National Aeronautics and Space Administration, Lyndon B. Johnson Space Center, Houston. Member of interviewing team to assess job-person fit for long- and short duration flights among finalists for the job of astronaut.  October 1999; January 2000.

Northern California HR Association.  Keynote presentation: "Preparing Yourself and Your Organization for the Road Ahead - Emerging Issues in the Future World of Work." Also facilitated 4-hour "think tank" among senior HR executives. Oakland, September 1999.

USA et al. v. City of Milwaukee.  Expert consultant to League of Martin plaintiff group, September 1999 – 2001.

Lott et al. v. CBS/Westinghouse et al. Testified for defendant in case of alleged racial discrimination in employment.  Class certification denied. (March 1999 – December, 2001).

Nadeau v. Ford Motor Company.  Testified for defendant in case of alleged disability discrimination.  Summary judgment granted for defendant, October 1999.

British Columbia HR Management Association.  Presented 3-hour workshop, "Measuring the Value of Human Resources."  Whisler, B.C., May 1999.

Missouri State Highway Patrol.  Consultant to MSHP to oversee development of a new selection system for troopers being developed by an outside consulting firm.  April 1999 to August, 1999.

OFCCP v. Ford Motor Company.  Testified for defendant in case of alleged gender discrimination in hiring at Ford's Louisville Truck Plant.  Case settled out of court, August 1999.

RHR International.  Keynote address: "The Future World of Work – Implications for Applied Psychologists." Miami Beach, February 1999.

U.S. Office of Personnel Management.  Member of working group on future generation assessments. Washington, D. C., February 1999.

Alexander v. Pennzoil.  Wrote expert reports for plaintiff in case of alleged racial discrimination.  Case settled out of court.  October 1997 to March 1999.

ITESM (Monterrey Institute of Technology), Monterrey, Mexico.  Video-based lecture, "The Financial Impact of the HR Function," November 1998.

International Personnel Management Association Assessment Council.  Keynote address: Banding with racial preferences: The 1997 Chicago Firefighters case.  Chicago, June 1998.

Oxford Psychometrics Forum, Oxford, UK.  Keynote address: "On managing a virtual workplace.  Also, Oxford University conference of graduate students in applied psychology.  Address: "Current trends and emerging issues in American Applied Psychology."  June 1998.

Arjo Wiggins Appleton, Inc. – Full-day workshop on "Working and Managing in a Dynamic Environment."  Southampton, UK, June 1998.

Australian Human Resources Institute.  Keynote address at national convention, Canberra: "Valuing and Costing Intellectual Capital."   Addresses and workshop on the same topic in Darwin, Alice Springs, and Melbourne.  Pre-conference workshop: "Responsible Restructuring."  May 1998.

Institute of Personnel Management, New Zealand.  Full-day workshops on: "Valuing and Costing Intellectual Capital," and "Responsible Restructuring."  Wellington and Auckland, May 1998.

Institute for International Business, U. of Colorado – Denver.  Lead instructor for 5-day program for college faculty, "Faculty Development in International Human Resources." Denver, June 1998 through June, 2001.

TCI Media Services.  Developed selection system for account executives, including interviewer training manual, Power Point presentation for hiring managers, RJP video, situational interview video, and rating forms.  Denver, January-April 1998.

Personnel Testing Council of Northern California.  Banding with racial preferences: The 1997 Chicago Firefighters case. Concord, CA, March 1998

Colorado Human Resources Association.  Responsible restructuring.  Half-day workshop, Denver, February 1998.

Alvarez v. Widnall.  Testified for U. S. Air Force in class-certification hearing.  San Antonio, TX,
February, 1998.  Certification denied.

Hines v. Widnall. Testified for U. S. Air Force in case of alleged racial discrimination. February, 1998 to March 2000 (class certification denied).

Global Advisory Board, Center for International Business Education and Research. Presentation: "Leadership in the Context of an Executive MBA program."  Aspen, CO: February 1998.

Colorado-Wyoming Association of I/O Psychologists.  Presentation: "Scientific and Social Issues in Assessment." Denver, January 1998

Coors Brewing Co, Doing Business in a Global Economy.  Presented 4-hour workshop: "Cultural environment of international business."  Denver, November 1997.

London Business School.  Presented two lectures to faculty and corporate sponsors of the HR Business Exchange: "New Models of HR for the 21st Century," and "Managing a Virtual Workplace."  London, October 1997.

Central States Compensation Association.  Speech: "Balancing Internal and External Equity: A Total Compensation Perspective."  Denver, October 1997.

Personnel Testing Council of Southern California.  Keynote address: "HR Effectiveness - Alternative Models.  Newport Beach, CA, October 1997.

Local 2 v. City of Chicago.  Testified for City regarding the use of test-score banding in fire department promotions (September 1997).  Judgment in favor of City, December 1999.

Chicago Society of Industrial and Organizational Psychology - invited address: "Financial Consequences of Employment-Change Decisions In Major U. S. Corporations."  Chicago, September 1997.

Leadership Development Consortium, Inc.  Full-day workshop: "People, Profits, And Restructuring" for #2 and #3 operating executives of the 16 largest companies in Australia.  Melbourne, August 1997.

<u>Brown-Forman Beverages Worldwide - Wine Group</u>.  Top management seminar: "People-Related Business Issues In International Markets."  Louisville, KY, July 1997.

<u>Charles et al. v. Dalton, Secretary of the Navy</u>.  Hired by defendants to assist in job analysis and validation of promotional procedures for computer specialists.  March 1997 – December, 1999.  Case settled.

<u>Kirkland v. Safeway, Inc</u>.  Provided expert report and deposition testimony for defendant in case of alleged wrongful termination.  Summary judgment issued for defendant, July 1997.

<u>Williams v. Ford Motor Co.</u>  Wrote expert reports for defendant. Summary judgment issued for defendant, September 1997; upheld on appeal, August, 1999.

<u>Ergometrics and Applied Personnel Research, Inc. v. Seattle Post-Intelligencer et al.</u> Wrote expert report for plaintiff in case of alleged racial bias in a video test for police officers.  Case settled out of court, June 1997.

<u>Canadian Society for Industrial and Organizational Psychology</u>.  Presented full-day workshop on "Responsible Restructuring."  Toronto, June 1997.

<u>Institute for International Business, U. of Colorado-Denver</u>.  Administered and taught in week-long program, Faculty Development in International Human Resource Management. Denver, June 1997.

<u>New models of HR for the 21st century</u>.  Keynote address, Spring meeting of the corporate partners and faculty of the University of Illinois, Center for Human Resource Management, Chicago, April, 1997.

<u>American Institutes for Research, 50th anniversary celebration</u>.  Invited address: "Changes in The World of Work: Implications For Assessing Human Performance." Washington, D. C., March 1997.

<u>National Science Foundation</u>, Executive Development workshop: "The Workplace of The Future: Preparing Yourself and Your Employees For The Road Ahead."  Washington, D. C., March 1997.

<u>Association of Legal Administrators, Mile High Chapter</u>.  Presentation:  "Trends in Compensation and Incentives."  Denver, February 20, 1997.

<u>APA Division 13, Consulting Psychology</u> - presented keynote address: "Delivering and Demonstrating Value-Added Consultation."  Phoenix, Arizona, February 8-10, 1997.

<u>Personnel Testing Council of Northern California</u> - address, "The Changing World Of Work - Implications For Testing Professionals."  Berkeley, CA: February 7, 1997.

<u>Tele-Communications, Inc.</u> - conducted statistical analyses of the impact of nationwide layoff decisions on protected groups in a 39,000-employee organization.  Denver, November 1996 - January 1997.

Australian Human Resources Institute - conducted full-day workshops on responsible restructuring and performance management in Sydney, Melbourne, Adelaide, Perth, and Brisbane, October 1996.

Institute of Personnel Management, New Zealand - presented keynote address, "High-Performance Work Systems and Organizational Performance," and conducted a workshop on responsible restructuring. Palmerston North, NZ, October, 1996.

National Aeronautics and Space Administration, Lyndon B. Johnson Space Center, Houston. Serve on a 3-member advisory board overseeing the development of selection procedures for astronauts whose missions will involve deep-space travel (more than 3 months) in a multinational environment. August 1996-2000.

University of California, Berkeley, Worldwide Programs. Taught 5-day seminars on Advanced Human
Resources Management in Lima, Bogota, Buenos Aires, Sao Paulo, and Santiago, May-November, 1996.

SL Saúde (Health Insurance). Presented half-day workshop on global issues in human resource management, Sao Paulo, Brazil, September 1996.

Gateway I/O Psychology Association. Speech: "The Changing World Of Work: Implications For Research and Practice." St. Louis, MO, September 1996.

University of Hawaii, Advanced Management Program. Taught 6 modules on management control systems to 40 executives from 18 countries. Honolulu, July 1996.

U.S. Office. of Personnel Management. Human Capital Showcase Session, keynote address: "The Changing World of Work." Washington, D.C., June 1996.

Human Resource Management Association of Greater Kansas City. Workshop (with I. Blank): "Turning The Tables: Using The Bottom Line To Design Human Resources Programs And Sell Them To Your CEO." Kansas City, June 1996.

Colorado Public Personnel Association, speech, "Organizational and Individual Impacts of Downsizing." Denver, May 1996.

Hobson v. Nordstrom (February 1996 - April 1996). Retained by plaintiff in case alleging retaliation and racial discrimination. Case settled prior to trial.

Guyton v. Nordstrom (August 1995-January, 1996). Testified for plaintiff in federal district court case alleging retaliation and racial discrimination. Case settled at trial.

University of Wisconsin-Milwaukee. Delivered the Bradley Lecture, "Managing People in Global Markets." Also made a presentation to faculty on "Responsible Restructuring," February 15, 1996.

American Psychological Association, Division of Consulting Psychology. Keynote address: "The Changing World of Work - New Challenges for Consulting." Keystone, Colorado, February 18, 1996.

HR Roundtable - Georgia State University.  Presentation "Strategic HRM - Putting Theory Into Practice."  Also made a presentation to faculty on "Responsible Restructuring," February 21, 1996.

Cornell University, Center for Advanced Human Resources Studies.  Presentation:  "The Impact of Downsizing on The Financial Performance of Firms." November 1995.

Executive Programs, University of Colorado. Executive MBA Update Program: "Responsible Restructuring" (co-taught with Edmundo Gonzales, CFO of U.S. Dept. of Labor), Denver, November 1995.

Personnel Testing Council of Southern California, Fall conference.  Keynote address: "The Changing World of Work." Los Angeles, October 1995.

Hewlett-Packard International Sales Division.  Full-day workshop for computer wholesalers and resellers from 24 Middle Eastern and African nations: "Finding, Retaining, and Rewarding Top Talent in International Markets." Lugano, Switzerland, September 1995.

Paquin v. Federal National Mortgage Association.  (May 1995-October 1995).  Retained by defendant in case of alleged age discrimination. Ruling for defendant upheld on appeal.

Personnel Testing Council of Metropolitan Washington D.C.  Half-day workshop: "The Changing World of Work - Implications for Research and Practice," July 1995.

Nanyang Technological University, Singapore - presentation to faculty, "The Changing World of Work," May 1995.

Changi International Airport Services, Singapore - consulted with top management on organizational restructuring, May 1995.

TCI, Inc., Englewood, CO Conducted validation studies in 14 markets of structured pre-employment interviews for customer service representatives and installer/technicians. November 1994 - August 1996.

U.S. Dept. of Labor, Office of the American Workplace.  Panel member:  "Downsizing and restructuring in the federal government."  Washington, D.C., May 1995.

Federation of Behavioral, Psychological, and Cognitive Sciences.  Speech:  "Responsible Restructuring."  May 1995, Washington, D.C.

Schuller International, Inc.  Two-day workshop on domestic and international issues in human resources management.  April 1995, Denver.

Coors Doing Business in a Global Economy Program.  Half-day module:  "Cross-cultural issues in international business communication." April 1995, Denver.

79

Illinois State Police Merit Board.  Developed and implemented a validation strategy for promotional assessment procedures for Lieutenants, Captains, and Majors.  April 1995 - September, 1995.

Executive Advisory Board, Graduate Program in Health Administration, U. of Colorado.  Speech:  "Downsizing and Restructuring."  March 1995, Denver.

Intel Corporation - provided expert consulting advice in the development and validation of a selection battery for manufacturing technicians doing wafer fabrication, December 1994-June, 1995 (Rio Rancho, NM).

Tele-Communications, Inc. (TCI) - developed research design to validate structured interviews for Customer Service Representatives and Installer/Technicians, Nov., 1994-Dec., 1995.  (Englewood, CO).

Consulting Psychologists Press, Inc. - consulted on issues of selection, appraisal, and reward systems, November 1994, and May 1995, Palo Alto, CA.

Rand Afrikaans University, Johannesburg, South Africa.  Presented a condensed course in "Costing Human Resources" to masters-level students, also speech, "Emerging Trends in International HRM," for 300 undergraduates, September - October 1994.

South African Airways, Johannesburg, South Africa.  Presented full-day workshop on "Assessing the Value-Added Contribution of the HR Function," September 1994.

ABSA Bank, Johannesburg, South Africa.  Three-hour presentation, "HR Practices That Add Value and Those That Don't - The Measurement and Management of HR systems."

Mountain States Employers Council.  Half-day workshop on "Downsizing:  myths, facts, and alternatives."  Denver, September 1994.

Southern California Edison Co.  Briefed top management on alternative approaches to restructuring, Los Angeles, September 1994.

HRM Association of Kansas City.  Presented half-day workshop on "Costing human resources - the financial impact" (with M. Huselid), September 1994.

Delta Air Lines, Inc.  Provided critical review and analysis of employment practices; wrote manual for interviewers, conducted focus groups, and wrote scripts for videotapes for training interviewers - Atlanta, July 1993 - August 1994.

Canadian Imperial Bank of Commerce - provided critique and advice on re-engineering check-processing operations.  Toronto, April – August 1994.

Central Intelligence Agency - served as member of 3-person team of experts to critique the agency's plan for redeveloping its HR system in light of reorganization.  Washington, June-July 1994.

Allstate Insurance Co. - served as member of 5-person panel of outside experts to critique the firm's plan for re-inventing itself - Northbrook, IL, July 1994.

Australian Human Resources Institute.  Presented full-day workshops in Sydney, Brisbane, Perth, Adelaide, and Melbourne on "Measuring the Dollar Impact of HR Practices," March 1994.

Davis v. General Mills Restaurants, Inc. - testified for plaintiff in case of alleged racial discrimination in employee discharge.  Tacoma, WA, February - April 1994.

Office of Educational Research, Dept. of Education.  Public Policy Forum:  "What Works With Training," Washington, D.C.: November, 1993.

Colorado State Selection Forum.  Keynote address:  "The Sliding Band Approach to Promoting Workforce Diversity - New Legal and Psychometric Developments."  May 1993, Denver.

Ali v. City and County of San Francisco.  Expert witness for defendant in case of alleged cheating on multiple-choice tests.  January-May 1993.

Mountain States Employers Council.  Full-day workshops on "Job Analysis Under the Americans with Disabilities Act," Denver, July, October, 1992; April, 1993.

Colorado Human Resource Association (Nonprofit Sector).  Speech, "Costing Human Resources," Denver, April 1993.  Personnel Testing Council of Southern California. Keynote address:  "Downsizing:  Economic and Human Perspectives."  April 1993, Los Angeles.

Metropolitan New York Association for Applied Psychology.  Half-day workshop, "Costing out Absenteeism, Turnover, and Downsizing," New York City, May 1993.

Administrative Sciences Association of Canada.  Keynote address:  "Application of OB Theories to Organizations."  May 1993, Banff, Alberta, Canada.

IPMA Assessment Council.  Keynote address:  "Utility Analysis - A Broad Perspective." June, 1993, Sacramento, CA.

University of Geneva, College of Commerce and Industry.  Conducted a two-day MBA seminar, "Leadership for the 21st Century."  Val du Ferret, Switzerland, June 1993, and in Grimentz, June 1994.

Southern California Gas Co.  Consulted with senior managers on downsizing strategies. Los Angeles, April 1993.

University of South Africa.  Two full-day workshops on Costing Human Resources. Pretoria/Stellenbosch, March 1993.

Johannesburg Consolidated Investments, Inc.  Consulted on job analysis, personnel selection, program evaluation.  Johannesburg, March 1993.

Rand Afrikaans University.  Presentation, "New developments in Personnel Psychology and Human Resource Management."  March 1993, Johannesburg, South Africa.

Stellenbosch University.  Presentation, "Changes in Graduate Education and Training in I/O Psychology."  March 1993, Stellenbosch, South Africa.

Institute of Personnel Management (South Africa-Boland Branch).  Presentation, "Human Resource Management - An International Perspective."  March 1993, Stellenbosch, South Africa.

Personnel Testing Council of Arizona.  Presented full-day workshop on downsizing causes, consequences, and strategies.  Phoenix, March 1993.

Manville Corporation (Accelerated Management Program).  Taught intensive human resource management module to senior managers.  Denver, October 1992; February 1993.

Sisters of Charity Health Care Systems, Inc.  Consulted on attitude survey design, implementation, and evaluation methodologies.  Surveys administered to over 30,000 employees in a nation-wide chain of hospitals, October 1992.

American Society for Training and Development.  "Training Trends:  Domestic and International."  Speech presented to Rocky Mountain Chapter, Denver, October 1992.

University of Canterbury (New Zealand).  Presentation, "Human Resource Management: A Field in Transition," September 1992.

Trust Bank, Canterbury, New Zealand.  Consulted with senior management on the implementation of a financial incentive system to promote service quality, September 1992.

Macy V. Secretary of the Navy.  Expert witness for defendants in class action suit challenging a reduction in force at Mare Island Naval Shipyard, Vallejo, CA, January 1992-March, 1995.

Daniels V. State of Washington.  Expert witness for plaintiffs in class action suit alleging racial discrimination in employment.  July 1992-December 1992.

University of Geneva, Presented five three-hour case studies on management and leadership, May-June 1992.

Beebe Institute of Personnel and Employment Relations, Georgia State University Presentation: "The Economic Benefits of Selection:  What We Don't Know," Atlanta, May 1992.

Society for Human Resource Management (Atlanta Chapter).  Presentation, "Human Resource Management: A Field in Transition," May 1992.

Houston Area I/O Psychologists (HAOP).  Presentation, "Downsizing:  Economic and Human Perspectives," May 1992.

University of Amsterdam, Dept. of Work and Organizational Psychology.  Speeches, "The Economic Benefits of Selection:  What We Don't Know;" "Costing Human Resources: Three New Applications," March 1992.

University of Tilburg (Netherlands).  Presentation, "The Legal and Social Contexts of Equal Employment Opportunity in America," March 1992.

American Psychological Association.  Served as Chair of the subcommittee to write a brief to the California Supreme Court summarizing the scientific issues in Soroka v. Target Stores, February-August 1992.

Bell Atlantic Corp.  Served as a member of a 3-person external review committee overseeing the development of Bell Atlantic's computer-based Universal Test Battery by Personnel Decisions Research Institute, Minneapolis, September, 1991 - March, 1992.

Illinois State Police Merit Board.  Assessed content-oriented evidence of validity for promotional examinations for Sergeants and Master Sergeants (Sept. - December 1991); also developed weighting system for components of promotional examinations for Lieutenants, Captains, and Major, January - March, 1992.

National Security Agency.  Served as member of a 3-person review team to provide critical analysis of past research, plus a long-range plan for validation research involving selection procedures for several hundred jobs, June 1991 - June, 1996.

Mountain States Employers Council. Full-day workshop on "Principles of Pre-Employment Testing: Professional and Legal Requirements." Denver, September 1991; June, 1992.

Advanced Management Program, University of Hawaii.  Presented six modules on "Management Control Systems - Effects on Behavior in Organizations." Honolulu, July 1991; 1992.

Bank of Hawaii. Presented top-management briefing on "The Employment Marketplace: Cultural Diversity in the 1990s." Honolulu, July 1991.

Hawaiian Society of Corporate Planners, Speech, "Management Control Systems," Honolulu, July 1991.

Blue Cross and Blue Shield of Colorado. Provided critical review of recruitment, selection, and assessment procedures. Denver, April 1991.

University of South Africa. Presentation: "The Sliding Band - A Method of Setting Cutoff Scores That Accommodates Merit Hiring and Affirmative Action." Pretoria, South Africa, March 1991.

Standard Bank of South Africa. Consulted with top line and staff managers on emerging HR issues in the U.S., plus costing procedures for HR recruitment, selection, and training activities.  Johannesburg, South Africa, March 1991.

83

Old Mutual Life Insurance Co. Consulted with corporate HR staff on HR planning and costing human resources. Cape Town, South Africa, March 1991.

Wayne State University and also Michigan I/O Psychology (MIOP) Association. Presentation: "Personnel Decisions - Are Economic and Social Objectives Incompatible?" Detroit, February 1991.

U.S. Air Force Human Resources Laboratory. Presentation: "New Developments in Costing Human Resources." Brooks AFB, San Antonio, February 1991.

Southwestern Public Service Co. Testing Consultant, February 1991 - 1995. Amarillo, Texas.

Financial Executives Institute. Presentation: "The Impact of Changing Demographics in the U.S. on Business Staffing." Denver, January 1991.

Mountain States Employers Council.  Full-day workshop on "Safe Testing:  A Seminar on the Design of Work Simulation Tests."  Denver, November 1990; April and October 1991.

R.M. et al. v. McDonald's Corporation.  Expert witness for defendant in case of alleged negligent hiring.  September 1990 - January 1991.

Colorado Department of Labor.  Speech, "Selection in the 1990s:  Challenges for the Public Sector," Denver, October 1990.

Exabyte Corporation.  Speech, "International Dimensions of Human Resource Management in the 1990s," Boulder, CO, September 1990.

Fetzer Vineyards, keynote address at national sales meeting, "The Changing World of Business in the 1990s - Local and Global Markets, Local and Multinational Challenges." Mendocino, CA, August 1990.

Pacific Asian Management Institute, University of Hawaii.  Presented workshops to visiting academics and senior executives on "International Dimensions of OB/HR," July 1990.

University of Hawaii, Advanced Management Program, Lecture, "Management Control Systems" July 1990.

Institute of Personnel Management Australia.  Invited to present full-day workshops on "Costing Human Resources" to senior HR and financial executives in Sydney, Brisbane, Melbourne (2), Adelaide, and Perth, June 1990.

Nassau County Guardians Association, Inc. et al. v. Nassau County et al.  Expert witness for plaintiffs, February - April 1990.

Johns v. Civil Service Commission of the City and County of Denver. Expert witness for defendants, March - June 1990.

U.S. Office of Personnel Management and U.S. Merit Systems Protection Board. Member of advisory committee on the measurement of quality of the federal workforce, May 1990 - May 1992.

Public Service Co. of Colorado.  Presented top management briefing on employment recruitment and testing.  April 1990.

San Diego State University.  Visiting scholar, April 17, 1990.

New York State Dept. of Taxation and Finance.  Presented full-day briefings for top management on "Management Control Systems," February 1990.

SsangYong Business Group, Seoul, Korea - consulted on HRM strategies of high technology firms.  February 1990.

Citibank/Citicorp, New York City - designed study to assess alternative staffing and retention strategies for professional hires, January - May 1990.

Concordia University, Montreal, Canada - invited as Distinguished International Speaker to address "Assessment Data and Personnel Decisions:  Are Economic and Affirmative Action Objectives Incompatible?", February 1990.

Personnel Testing Council of Northern California - Keynote address, "The Strategic Role of Human Resources," spring workshop, Sacramento, CA, March 1990.

The College Board - commissioned to develop a detailed description of the undergraduate major in personnel/human resource management.  New York, December 1989.

Executive Study Conference, presented workshop, "Measuring the Impact of Human Resources," November 1989, Orlando, FL.

Personnel Testing Council of Arizona - invited address, "Selection Challenges for the 1990s:  Is There a Better Way?", Phoenix, November 1989.

Keenan Center for Management Studies, U. of North Carolina, Chapel Hill, invited address, "Assessing the Role, Mission, and Economic Impact of Human Resource Management - A Top Management View," November 1989.

Hawaiian Electric Company.  Presented top management briefing and a mid-level management workshop on "Employment Issues for the 1990s," Honolulu, November 1989.

University of Western Ontario, Dept. of Psychology - presented colloquium on current and emerging issues in I/O psychology, Ontario, Canada, October 1989.

1989 National Assessment Conference.  "Assessment Data and Personnel Decisions:  Are Economic and Affirmative Action Objectives Incompatible?"  Minneapolis, October 1989.

<u>Colo. Society for Personnel Admin</u>.  "Costing Human Resources: Is R.O.I. Fact or Fiction?"  Breckenridge, CO, October 1989.

<u>Colorado Hospital Assoc</u>.  "Changing Demographics:  Their Impact on Employment."  Vail, CO, September 1989.

<u>Cable TV Admin. and Marketing Society, Inc</u>.  "Measuring the Bang for Your Training Buck," Chicago, August 1989.

<u>Swiss Credit Corp</u>.   (Schweizerische Kreditanstalt).  Consulted on costing labor turnover in worldwide markets.  Zurich, July 1989.

<u>University of Konstanz</u>.  Conducted seminar on "What Americans Have Learned from 25 Years of EEO Legislation and Court Cases."  Konstanz, Germany, July 1989.

<u>Mountain States Employers Council</u>.  Full-day workshop on "New Developments in Personnel Testing."  Denver, May 1989.

<u>U.S. Office of Personnel Management - U.S. Merit Systems Protection Board</u>.  Invited participant in jointly sponsored conference on "Assessing the Quality of the Federal Workforce."  Washington, D.C., May 1989.

<u>Colorado State University</u>.  Two invited presentations - "The Sliding Band - A Method of Setting Cut-off Scores that Accommodates Merit Hiring and Affirmative Action."  Also, "Human Resource Management Issues for the New Administration." April 1989.

<u>National American Wholesale Grocers' Assoc.</u>  "Finding and Getting Quality Employees" (February 1989, New Orleans).  "Finding and Keeping Quality Employees" (CEOs only - Nashville, March 1989).

<u>East Bay Municipal Utility District</u>, Oakland, CA.  Served as part of a 3-person team to review and redesign employment procedures throughout the district.  February 1989 - August, 1994.

<u>Personnel Testing Council of Southern California</u>.  Invited presentation, "Cutoff Scores: Legal Issues, Professional Issues, and New Developments." Los Angeles, November 1988.

<u>Davis-Francois v. Pennsylvania Power and Light Co</u>.  Served as expert witness for the company in case of alleged sex discrimination in termination, August 1988 - November, 1988.

<u>Williams V. Secretary of the Air Force</u>.  Served as expert witness for the U.S. Air Force in case of alleged race discrimination in promotion; Federal District Court, Seattle, WA, September 1988 - August 1989.

<u>Personnel Associations of Dade, Broward, and Palm Beach Counties, FL</u>. Speech: "Improving the Management of Service:  Challenge for Human Resources." June 1988.

<u>Educational Testing Service</u>, Princeton, NJ.  Provided critical review of job analysis procedures used by the Division of Measurement Research and Services, May 1988.

<u>U.S. Department of Justice</u>, U.S. Attorney's Office, Salt Lake City.  Served as expert witness for the government in Wahlquist v. United States, September 1987 - September, 1989; Federal District Court case of alleged age discrimination in promotion.

<u>U.S. Department of Justice</u>, Washington, D.C.  Served as expert witness for the U.S. Air Force in <u>Keith v. Aldridge</u>, August - December 1987 (out of court settlement).

<u>Pepsi-Cola Bottling Company</u>, Tucson, AZ.  Analyzed the job of Quality Control Technician in terms of the requirement to speak, read, and write English, Feb. - April 1988.

<u>New York University, Graduate School of Business</u>.  Presented colloquium, "Integration of Expected Payoffs from HRD with Strategic Business Decisions."  April 1988.

<u>Wharton School, U. of PA</u>.  Presented colloquium, "Integration of Expected Payoffs from Human Resource Systems with Strategic Business Decisions."  February 1988.

<u>University of South Carolina, College of Business</u>, October 1987 - April, 1988. Consultant on internationalization of HR curriculum.

<u>Visiting Scholar</u>, Department of Psychology, University of California, Berkeley, January 26-28, 1988.

<u>Mountain States Employers Council</u>.  Full-day workshop on "Costing Human Resources," November 1987.

<u>Visiting Scholar</u>, School of Business, Louisiana State University, October 14-15, 1987.

<u>National Academy of Sciences</u>.  Member of Liaison Group for the National Research Council's Committee on the General Aptitude Test Battery, July 1987 - June, 1989.

<u>Salazar v. Orr</u>.  Served as expert witness for the U.S. Air Force.  Federal District Court, Salt Lake City, Utah, July 1987.  (Provided earlier critical review and analysis of EEOC decision, September 1985 - April, 1986.)

<u>City of San Francisco</u>, March 1987 - May, 1989.  Served as one member of a 6-person team to develop selection/promotion procedures for entry-level and lieutenant jobs in the fire department.

<u>People's Bank of China, Beijing</u>.  Member of an official State of Colorado delegation to establish educational exchanges and trade initiatives, May - June 1987.

<u>Ontario Board of Examiners in Psychology v. Franklin.</u>   Toronto, Canada.  Served as expert witness for the defendant in case of alleged malpractice, May 1986.

<u>Visiting Scholar, School of Business, San Jose State University</u>, May 11-12, 1987. Presented workshop on future trends in HRM and consulted on curriculum design.

Morrison vs. State of Wyoming. Served as expert consultant for plaintiff in age discrimination case. (Settled out of court.) January-March 1987.

The Writer Corporation. "Developing a Customer-Oriented Housing Project." Denver, January 1987.

The Writer Corporation. "Building a Service-Oriented Management Team." Winter Park, CO, December 1986.

Contemporary Management Institute, University of Colorado. "Contemporary Issues in Human Resource Management." Full-day workshop, Denver, November 1986, March and November, 1987, April, 1988.

Metropolitan N.Y. Association for Applied Psychology. "Integration of Expected Payoffs from HRD With Firm-Specific Capital Budgeting Decisions." New York, October 1986.

Executive Management Program, University of Oregon. "Strategic Human Resource Management." Eugene, OR, August 1986.

Bank of Hawaii. "Developing a Service-Oriented Management Team." Honolulu, August 1986.

Advanced Management Program, University of Hawaii, "Identifying and Selecting Management Talent." July 1986.

The Executive Study Group. "Costs and Benefits of Employee Behaviors." Chicago, May 1986.

Personnel Testing Council of Southern California. "What Price People?" Full-day workshop (with E. Flamholtz and J. Fitz-enz), Los Angeles, May 1986.

Exxon Corp - Critical analysis of employee relations practices, October 1985.

National Systems & Research Co. Provided expert advice in employment-at-will case. Colorado Springs, September 1985.

City of San Francisco. Testified before Civil Service Commission regarding derivation of cutoff scores for employment tests, September 1985; Advisor to the City on personnel testing issues, 1985 - 1990.

Mountain States Employer's Council, Denver. Presented full-day workshops, "Current Issues in Personnel Testing." October - November 1985, October 1986; also "What Do Successful Managers Do?" May 1986.

City of Rochester, N.Y. Member of panel of experts on employment testing (R.M. Guion, Chair). Task: assess the postdictive validity of a test that is the subject of a lawsuit. March 1986.

U.S. House of Representatives, Education and Labor Committee, Subcommittee on Employment Opportunity.  Testified on behalf of the 76,000 members of the American Psychological Association regarding the possible need for revision of the 1978 Uniform-Guidelines on Employee Selection Procedures.  July 1985.

Human Resource Planning Society, workshop leader, "Performance Planning."  Vail, CO, June 1985.

Center for Executive Development, University of Hawaii.  Conducted 40 hours of training for executives on HRM topics.  Honolulu, January, May, 1985; March 1986.

International Congress on the Assessment Center.  Invited keynote address: "Economic Payoffs Associated with the Use of Assessment Centers."  Colorado Springs, April 1985.

Occupational Safety and Health Administration, U.S. Dept of Labor.  Facilitated top management strategic planning meeting.  Williamsburg, VA, April 1985.

Economics Institute, University of Colorado - Boulder.  Speech:  "International Dimensions of Personnel/Human Resource Management." March 1985.

KN Energy, Lakewood, CO.  Developed selection systems for exempt and non-exempt jobs in natural gas production, transmission and distribution.  January 1985 - 1988.

Munoz v. U. S. Air Force.  Expert witness for defendant in class action lawsuit regarding all aspects of USAF civilian employment, 1984 - July, 1997.  Summary judgment granted for defendant.

Zeman v. Exxon.  Consultant to Exxon in case of alleged age discrimination.  1984, case settled out of court.

Human Resource Planning Society - Denver chapter.  Speech:  "Legal Issues in Performance Appraisal and Succession Planning."  January 1985.

Public Service Company of Colorado.  Consultant to company on all matters related to employee assessment and EEO/AA challenges.  1984 - 1995.

Williams v. Public Health Trust.  Consultant to Dade County, Florida, Attorney's Office regarding alleged negligence in the hiring and retention of an employee who committed a violent offense.  December 1984 - January 1985.

Personnel Testing Council of Southern California.  "Estimating the Value of Job Performance in Dollars."  Newport Beach, CA, October 1984.

Institute for Industrial Relations, University of California, Berkeley.  "Assessing the Costs and Benefits of HRM Activities in Behavioral/Economic Terms."  October 1984.

Institute for Retail Management, New York University.  "Dollar Benefits of Valid Recruitment and Selection Programs."  September 1984.

89

American Society of Mechanical Engineers. "Managing Job Stress." Denver, March 1984.

Toronto Psychological Association. Full-day workshop on methods for assessing the costs/benefits of HRM activities. March 1984.

U.S. Dept. of Labor, OSHA Training Institute, Chicago. Two-day workshops on "Communication, Negotiation, and Conflict Resolution;" "Managing On-the-Job Stress;" and "Coaching and Problem Solving." March, June, September, 1984; May, July, 1985.

Colorado/Wyoming Association of I/O Psychologists. Speech: "Contributions of I/O Psychology to the Bottom Line." Denver, February 1984.

Boulder Area Personnel Association. Full-day workshop (with R. Hackathorn) on human resource information systems. October 1983.

City and County of San Francisco. Retained by the city as an expert witness in case challenging the validity of the city's police lieutenant exam. October 1983 to April 1984.

Mountain States Employers' Council. Full-day workshops on costing human resources. Denver, September, November, 1983.

Famous Footwear. Consultant on compensation and benefits matters. Madison, WI, June, October, 1983.

Governor's Office of Employee Relations - New York State. Presented annual three-day workshops on management control and performance appraisal systems. Cortland, NY, 1983 - 1990.

University of Minnesota, invited research presentation, "Economic Benefits of Alternative Managerial Selection Strategies." May 1983.

Peterson v. U. S. Air Force. Expert witness for defendant in class action suit by black civilian employees of the USAF challenging performance appraisal and promotion systems. March 1983 - April 1984.

Florida Atlantic University, Boca Raton, FL. Presented the Eugene K. Lynn Distinguished Lecture, "Design and Implementation of Human Resource Information Systems." March 1983.

Colorado Society for Personnel Administration. Invited speech, "Contributions of Personnel Administrators to the Bottom Line." Denver, November 1982.

Cornell University, New York State School of Industrial and Labor Relations. Invited presentation, "Utility Analysis of Management Assessment Centers - A Field Study." October 1982.

American Telephone and Telegraph Co. Research project: "Developing a Dollar-Based Decision System for Evaluating the Costs/Benefits of AT&T's Management Assessment Program." July 1979 to October 1982.

U. S. Occupational Safety and Health Administration (OSHA).  Workshop leader in "Managing Change: Technical, Social, and Political Considerations."  Greensboro, Denver, Chicago, San Francisco, Oklahoma City, 1982 - 1985.

Public-private sector partnerships:  Myth or Reality?   (with D. Stevens) workshop entitled, "Opportunity Costing for Public-Private Partnerships."  Denver, April 1982.

Berkman et al v. New York City et al.  Expert witness for plaintiff in sex discrimination lawsuit involving physical abilities required for firefighting.  October 1981 to January 1982.

Rocky Mountain program for senior executives in state and local government.  Joint Harvard - University of Colorado program.  Workshop leader: "Management Control Systems."  Estes Park, Snowmass, Keystone, Copper Mountain, and Crested Butte CO, 1982-1987.

Productivity and Public Management: Challenge for the Eighties.  Workshop leader, "Management Control Systems in Organizations." Denver, October 1981.

Metropolitan Dade County, FL.  Working with County Attorney's office, Office of Affirmative Action, and Employee Relations Division, wrote RFP for validation research and training. July 1981.

General Development Corporation.  Workshop, "Legal Responsibilities of the Supervisor."  Miami, May 1981. UC  Berkeley - Dept of Psychology.  Colloquium, "Discrimination and Pay: The Issue of Comparable Worth."  February 1981.  Colorado Society for Personnel Administration.  Workshop, "Costing Human Resources."  Denver, March 1981.

Institute of Personality Assessment and Research  (IPAR) - UC, Berkeley.  Colloquium: "Problems and Payoffs from the Use of Personality Measures in Organizational Research."  December 1980.

Virginia Hospital Personnel Association.  Workshop, "Improving the Performance Appraisal Process," Williamsburg, VA, September 1980.

Small Business Development Center FIU.  Workshop, "Selection and Retention of Personnel," in Buying, Selling, and Financing a Small Business.  Miami, May 1980.

U.S. Immigration and Naturalization Service.  Three-day workshop, "Organizational Communications and Conflict Resolution."  Miami, July 1980.

Prudential Insurance Co.  Provided assessment of the validity and fairness of Prudential's agent selection program.  February 1980.

Krannert School of Management, Purdue University.  Invited speaker at research colloquium, "Dollar-Based Decision Systems for Human Resource Management."  April 1980.

Safeway v. Safeway.  Designed and implemented market research survey; served as expert witness in trademark infringement case.  U.S. District Court, Miami, October 1979 to March 1980.

Jackson Memorial Hospital, Miami.  Trained over 1,250 management personnel in "Interviewing and Selecting" and "Performance Appraisal, Counseling, and Discipline" in 280 hours of training.  1980 - 1983.

Cayado et al v. City of Hialeah, FL.  Expert witness for plaintiff in Title VII class action suit against the City's selection practices.  October 1979 to December 1981.

Florida Dept. of Transportation.  Workshop on "Organizational Communication."  Lake Worth, FL, February 1980.

U. S. Office of Personnel Management.  Workshop, "The Decision to Make or Buy Appraisal System Development Resources," and "A Unified View of the Appraisal System Development Process".  In Performance Appraisal: Systems Design and Implementation, a 4-day symposium.  Washington, D.C., 1979.

American Society for Health Manpower Education and Training of the American Hospital Association.  Workshop, "Human Resource Planning Systems."  Denver, June 1979.

U. S. Air Force.  Member of 4-person scientific advisory board reviewing the development and implementation of a multi-level performance appraisal system and a promotion potential system for USAF civilian employees.  Brooks AFB, TX, l979.

City of Des Moines, IA.  Expert witness in Title VII case involving a nationally validated promotional test.  Patch et al v. City of Des Moines.  U.S. District Court, 1979.

Personnel Association of Greater Miami.  Speech, "Employee Orientation:  Evaluating its Effectiveness."  February 1979.

College of Business Administration, University of Tennessee.  Invited speaker at research colloquium, "Evaluating the Utility of Assessment Centers."  January 1979.

Farm Stores, Inc.  Workshop, "The Impact of Management Philosophy on Organizational Climate."  December 1978.

Dade's Employ the Handicapped Committee.  Speech, "Affirmative Action for the Disabled:  Impact of Changes in Policies and Practices."  November 1978.

Personnel Association of Greater Miami.  Speech, "Practical Impact of the 1978 Uniform Guidelines on on Employee Selection Procedures."  October 1978.

Farm Stores, Inc.  Workshop, "What Every Manager Should Know about Personnel Selection."  September 1978.

State of Florida, Dept. of Health and Rehabilitative Services.  Workshops for top management on communication, group effectiveness, role clarification, and performance appraisal.  June-September 1978.

First National Bank of South Miami.  Workshop, "Barriers and Gateways to Communications."  February 1978.

FIU Dept of Conferences and Short courses.  "Communicating for Progress and Profit," a two-day workshop for nursing home administrators.  October 1977, May 1978.

Florida Public Personnel Association.  Invited address, "Testing as a Component of the Merit System."  March 1977.

Dade County School Board.  Expert witness in sex discrimination case,  Olafson v. Dade County School Board.  U.S. District Court, Miami, May 1977 - January 1979.

City of Miami Beach.  Designed survey and trained interviewers for consumer survey of beach and beach facilities usage.  June 1977 - July 1978.

Royal Trust Bank, N.A.  Workshop for all managers, "Communications and Report Writing."  November 1976.

City Manager, City of Miami.  Member of 3-person panel of experts to review and report on the validity and fairness of the University of Chicago's testing program for the selection and promotion of Miami police officers. July-September 1976.

Deltona Corporation.  Wrote booklet, "Promoting Racial Awareness Among Sales and Administrative Personnel."  May-June 1976.

City of Miami Beach.  Served as outside reviewer for research proposals on rent control survey of apartment vacancies.  Testified as expert witness before City Council.  June 1976.

FIU Dept of Conferences and Short Courses.  Three-day workshop, "Management-by-Objectives for Nursing Home Administrators."  March 1976.

Coulter Electronics, Hialeah, FL.  Job analysis and job evaluation for electronic technicians, laboratory, and R&D personnel using the PAQ, January 1976 - January 1977.  Top management address:  "Management Time: Who's Got the Monkey?"

Greater Miami Chamber of Commerce.  Workshop, "Implementing EEO Awareness - Legal, Technical, and Organizational Climate Aspects." February 1976.

FIU Institute for Women.  Workshop, "Managing Conflict."  July 1975.

Jackson Memorial Hospital, Miami.  Lecturer and consultant on personnel matters to emergency medical care personnel.  July 1975.

U.S. Office of Education.  Statistical evaluation of a human relations training program in midwestern U.S. high schools, June-September 1975.

93

<u>National Civil Service League, Center for Public Personnel Management</u>.  Workshops on validation of oral and written selection tests for entry level and promotional examinations for police officers and firefighters, Mystic, CT; Chicago; Washington, D.C.; Atlanta; New Orleans; Miami; 1976 - 1977.

<u>Police Foundation, National Conference on Police Personnel Administration</u>.  Workshop, "Police Personnel Information Systems," also panel discussant on police selection and performance appraisal.  Miami, February 1975.

<u>IPMA - ASPA Joint Conference</u>.  Speech: "The Future of Test Validation."  Miami, May 1975.

<u>Dade County Personnel Dept</u>.  Testified as expert witness for the County in a case of alleged reverse discrimination.  <u>Perry v. Dade County</u>.  U.S. District Court, June 1974.

<u>International Personnel Management Assoc</u>.  Speech, "Beyond Affirmative Action."  Miami, April 1974.  Miami Police Dept.  Workshop, "A Behavioral Approach to Designing Work."  March 1974.

<u>FIU Labor Institute</u>.  Job analyses and training needs for union stewards.  January-March 1974.

<u>U. S. Navy, Quonset, RI, Mayport, FL</u>.  Job analyses, psychological assessment, and job design research for supervisors of electronics technicians, February - September, 1973.

<u>Xerox, Inc</u>.  Developed a company-wide training program for coping with problems of race in the working environment.  Rochester, NY, February-May 1972.

<u>Heublein, Inc</u>.  Assessment center feasibility study, and organization development for sales management personnel using survey feedback.  Hartford, CT, August-December 1971.

<u>Genessee Hospital, Rochester, NY</u>.  Organizational development workshops for nurses and hospital administrators.  January 1971.

**Memberships in Professional Societies:**   Academy of Management; American Psychological Association, Division 14 (Society for Industrial/Organizational Psychology), National Academy of Human Resources, Society for Human Resource Management.

**Editorial Board Memberships:**   Consulting Editor*, Journal of International Business Studies* (JIBS, 2020-2022**),** Area Editor*, Journal of International Business Studies* (JIBS, 2016-2019), Senior Editor**,** *Journal of World Business* (2008-2015), Sr. Advisory Board Member, *Journal of Organizational Effectiveness* (2013-present), Associate Editor, *Handbook of Industrial and Organizational Psychology* (2008-2010)*, Editorial Board Member, Academy of Management Annals* (2006-2011), *Science You Can Use*: *Evidence-Based Principles and Practices (*2009-2011), *Journal of Applied Psychology*  (1983 – 1988; 2002-2007), *Academy of Management Review* (1984 - 1990), *Human Performance* (1987-2000), *Organizational Dynamics* (1988-1999; 2002-2007), *Asia-Pacific Journal of Human*

*Resources* (Australia, 1989-2012), *International Journal of Selection and Assessment* (U. K., 1992-1997), *Journal of World Business*, (1995-1998); *Journal of Management* (1995-1999), *Journal of Industrial Psychology* (South Africa, 1999-2010), Zeitschrift für Personal-psychologie (Germany, 2002-2012), *Human Resource Development Quarterly* (2002-2010).

**Board Memberships:**    The Myers-Briggs Company, Inc., Sunnyvale, CA, 1996-2020 (Chair, Audit Committee, 2001-2004; Chair, Compensation Committee, 2009-2020); Academy of Management (2003-2006); Society for Human Resource Management Foundation (November 2000 – 2008; Chair, 2007); Personnel Decisions Research Institute, Minneapolis, 1993-1998.

**University, College of Business Service**    CU Distinguished Professor Selection Committee (2013-present); UCD 50th Anniversary Committee, 2022-2023; Academic Chair, University of Colorado Executive MBA program (7/1/13 to 7/1/17); Faculty advisor, redesign of officer and exempt professional employee compensation system, University of Colorado (2012 to 2014); Denver Campus representative, Executive MBA Redesign Committee (2011-2013); Bard Center, Continuing Professional Education Committee (2009-2011); College of Business: Chair, Reappointment, Promotion, and Tenure Committee (2002-2005, reelected, 2005-2008); Chair and Moderator of Panel of Deans, "International Initiatives at UCD:  Opportunities for Collaboration." (2006, October); Chair, People Committee, Business School, UCD, 2006-2007 Strategic Planning Project; Internal Affairs Committee (2000-2003); UCD Mentorship Program (2006-present); Chair, Subcommittee on People, Strategic Planning Process, 2000-2001; Dean's Search Committee, Chair (June, 1999 – 2000); Performance Appraisal Redesign Team (1999); Primary Unit Reengineering Team, Chair, 1997-1998; College of Business Reorganization Task Force (1996-1997), Center for International Business Education and Research (CIBER) Advisory Council, 1994-present; lead author, proposal for a M.S. degree in International Business, 1992-1995; Program Manager, CU-Denver -IBM Certificate Program in International Business, September, 1992; Chair, Task Force on International Business Curricular Issues, Fall 1992; Director of International Program Faculty, College of Business, 1991-2000; University of Colorado President's Academic Advisory Committee, 1988 - 1994; College Outreach Committee (1989-1990); College Sabbatical Leave Committee  (1989-1991); Member, UCD Chancellor's Subcommittee on Research, January - May 1989; Chair, College of Business Promotion and Tenure Committee 1985-1987; University-Wide Faculty Benefits Committee 1982-1985; College of Business Dean's Review Committee 1985; Chair, College of Business Recruitment Committee 1984; 1986; Educational Policy Committee 1984; Faculty Advisor, Student Personnel Association 1982-1986.

**Service to the Profession:**    Chair, Dave Ulrich Impact Award Committee, HR Division, AoM, 2021 and 2022; Member, SIOP Task Force on Workforce Effectiveness Measures (2017-2018); Member, Advisory Board, Center for Cross-Cultural Management, U. of Wollongong, Australia (2017- present); Member, Australian HR Institute's National Certification Council (October, 2015-present); Chair, SHRM Certification Commission (October, 2014 – present); Chair, HR Impact Award Committee, joint SIOP-SHRM award (2013-2014); U. S. Technical Advisory Committee Chair, ANSI/SHRM, development of HR standards, and U. S, representative to ISO (2011 – August, 2013); Academy of Management:

Member, HR Division's Distinguished Executive Award Committee (2012-2013); Member, HR Division's Herbert G. Heneman Distinguished Career Award (2012-2021); Member, Losey Award selection committee, SHRM (2011); Chair, Technical Advisory Committee, HR Assurance of Learning Assessment, Society for Human Resource Management, 2010-2015. Member, SIOP Fellowship Committee, 2008-2011; Academy of Management, Board of Governors (2003-2006; Chair, Journals Committee, 2004-2005; Chair, Ethics Committee, 2005-2006); Society for Human Resource Management (SHRM) Foundation Board of Directors (2000-2008; Chair, 2007); Chair, Thought Leaders conference on employee engagement, SHRM Foundation, Scottsdale, AZ, October 2006. Member of selection committee, Heneman Career Achievement Award, HR Division, Academy of Management, 2003-2006; 2008-2015; 2017-2019.  Editorial Board, Professional Practice Book Series (SIOP), 1994-2003; Editorial Board, Frontiers Book Series (SIOP), 1994-1997; President, Society for Industrial and Organizational Psychology, 1992-1993; Representative to APA Council of Representatives, Div. of I/O Psychology (1990-1993); Member of Executive Committee, Society for I/O Psychology (1990-1994).  Member of special review committee to provide critical analysis of the Principles for the Validation and Use of Employee Selection Procedures (3rd ed.).  1985-1986. Chair, Human Resources Division of the Academy of Management 1984-1985. National Program Chair, Academy of Management Convention, Human Resources Division, Dallas, 1983; American Psychological Association, Committee on Psychological Tests and Assessment 1983 - 1985.

**Public Service:** Reviewer, Dutch National Research Organization (2014); Alfred P. Sloan Foundation (2013); reviewer, National Science Foundation, National Research Council (National Academy of Sciences), 2008, 2009.  Member, selection committee, *See the Future Fund* (raises money and awards college scholarships to visually impaired high school students). 2005-2011.  Member, *Committee to Assess the Quality of the Federal Workforce*, U.S. Office of Personnel Management - Merit Systems Protection Board, 1990 - 1992. Member, *Board of Senior Scholars*, National Center on the Educational Quality of the Workforce, University of Pennsylvania, October, 1991-1996.

**Invited Workshops for the Profession:** Measuring and demonstrating the impact of talent management practices on organizational outcomes (with J. Allen). Pre-conference workshop (AM and PM) presented at the annual conference of the Society for Industrial and Organizational Psychology, Boston, April 2023.

Building leadership capability in Africa: The challenges and opportunities of high-potential programs. PDW presented with D. Collings, H. Makram, V. Pereira, and F. Guest at the 6th Biennial Conference of the Africa Academy of Management, Cairo, Egypt, Jan. 2023.

Workforce management in a time of crisis. Webinar for the Australian HR Institute, April 1, 2020. Available at https://attendee.gotowebinar.com/recording/8201297219962284555.

Investing in people with data-driven solutions. Three-day workshop presented at the annual conference of the Society for Human Resource Management, Las Vegas, NV, June 2019.

Talent analytics: Data-driven solutions to problems that matter (with A. Fink). Pre-conference workshop (AM and PM) presented at the annual conference of the Society for Industrial and Organizational Psychology, Washington, D. C., April 2019.

Becoming a better business partner: Half-day MBA 2.0 (with P. Ramstad). Pre-conference workshop (AM and PM) presented at the annual conference of the Society for Industrial and Organizational Psychology, Orlando, FL, April 2017.

HR strategy: Optimizing risks. Full-day workshop presented at the annual conference of the Australian Human Resources Institute, Brisbane, Australia, August 2016.

Sharpen your business acumen: Half-day MBA (with P. Ramstad). Pre-conference workshop (AM and PM).  Annual conference of the Society for Industrial and Organizational Psychology, Philadelphia, April 2015.

Building a compelling brand: Guidebook for I-Os (with C. Banks). Pre-conference workshop (AM and PM).  Annual conference of the Society for Industrial and Organizational Psychology, Houston, April 2013.

Making HR measurement strategic. Full-day pre-conference workshop, 14th World HR Congress. Melbourne, Australia, September 2012.

Creating strong links: Connecting strategy, talent management, and organizational outcomes (with W. A. Schiemann & S. Ginsburgh) Pre-conference workshop (AM and PM).  Annual conference of the Society for Industrial and Organizational Psychology, Chicago, April 2011.

Using HR data to make smarter organizational decisions (with B. Welle, Google). Pre-conference workshop (AM and PM).  Annual conference of the Society for Industrial and Organizational Psychology, Atlanta, April 2010.

The impending workforce crisis: What I/O psychologists can do.  (with P. Cappelli).  Pre-conference workshop (AM and PM).  Annual conference of the Society for Industrial and Organizational Psychology, San Francisco, April 2008.

Talent acquisition: New realities of attraction, selection, and retention (with L. Fogli). Pre-conference workshop.  Annual conference of the Society for Industrial and Organizational Psychology, Chicago, April 2004.

Gaining entrée into organizations.  Pre-conference workshop, J. M. Cortina (Coordinator). Annual conference of the Academy of Management, Washington, D. C., August 2001.

New approaches to the teaching of HR.  Pre-conference workshop, J. E. Delery & A. M. Ryan, Coordinators.  Annual conference of the Academy of Management, Toronto, August 2000.

Mentor to two prospective authors at first Academy of Management Executive/European Management Journal writers' workshop.  Annual conference of the Academy of Management, Toronto, August 2000.

<u>Future directions in teaching HR:  Where is the field going</u>?  Pre-conference workshop, D. Deadrick & L. Shore, Coordinators.  Annual conference of the Academy of Management, Boston, August 1997.

<u>A multi- model of HR effectiveness</u>.  (with M. Huselid).  Doctoral consortium, annual conference of  the Academy of Management, Boston, August, 1997.

<u>New Models of HR</u>.  Workshop presented at the 12th annual conference of the Society for Industrial and Organizational Psychology, St. Louis, Mo, April, 1997.

<u>Assessing the effectiveness of the HR function</u>.  Doctoral consortium, Academy of Management. Workshop leader (with M. Huselid).  Vancouver, B.C., August 1995; Cincinnati, OH, August, 1996.

<u>Downsizing:  Before, During, and After</u> (with S. Hartmann and D.M. Noer).  Ninth annual conference of the Society for Industrial and Organizational Psychology, Nashville, April, 1994.

<u>Junior Faculty Development Consortium, Academy of Management</u>. Panel moderator and participant: "Identifying and Developing A Productive Program of Research." Vancouver, B.C., August, 1995.

<u>Costing Human Resources - An Update</u>.  Seventh annual conference of the Society for Industrial and Organizational Psychology, Montreal, May 1992.

<u>Selection and Validity Research:  An Update</u> (with N. Schmitt) - annual convention of the Society for Industrial and Organizational Psychology, St. Louis, April 1991.

<u>Integration of Expected Payoffs from HR Systems with Strategic Business Decisions</u>, 1987 convention of the American Psychological Association, New York; 1988 convention, Atlanta.

<u>EEO: An Update and an Examination of Issues</u>  (with S. Zedeck) - 1986 convention of the Society for Industrial and Organizational Psychology, Chicago.

<u>Applications of Utility Analysis and Cost Assessment Procedures to HRM activities</u>, 1983 convention of the American Psychological Association, Anaheim, CA. "Utility Analysis" - 1983 Academy of Management Convention, doctoral consortium, New York.

**Ad Hoc Reviewer for:** Academy of Management Review, Academy of Management Journal, Academy of Management Perspectives, Academy of Management Learning & Education, American Sociological Review, Strategic Management Journal, Journal of International Business Studies, National Academy of Sciences, Human Resource Management Journal, Social Sciences and Humanities Research Council of Canada, Institute for Defense Analyses, Administrative Science Quarterly,  Organizational Behavior and Human Decision Processes, Journal of Occupational Psychology, Psychological Bulletin, Canadian Psychology, Psychological Review, Personnel Psychology, National Science Foundation, Journal of Personality and Social Psychology, California Management Review, Industrial

Relations, Human Relations,  Journal of Management, Journal of Management Studies, Journal of Manpower Management, Contemporary Psychology, Operations Research.

**Textbook Publishers:**  MIT Press, Harvard Business School Press**,** Prentice-Hall, Allyn & Bacon, Taylor & Francis, Routledge, Sage, Addison-Wesley, McGraw-Hill, Jossey-Bass, Irwin, Business Publications,