# Exhibit 4

# VITA

**Name**:     Sheldon Zedeck

**Address**:     15 Windsor Avenue
Kensington, CA 94708
PH: (510) 527-0719
FAX: (510) 528-4366

Department of Psychology
2121 Berkeley Way, Room 3302
University of California
Berkeley, CA 94720-1650
CELL PH: (510) 453-3611
e-mail:  zedeck@socrates.berkeley.edu

**Born**:     June 8, 1944
Brooklyn, New York

**Marital Status**:  Married, three children

**Licensed Psychologist in California**:  PSY 7572 (currently inactive)

## EDUCATION

B. S., 1965     Brooklyn College
Brooklyn, New York

M. A., 1967     Bowling Green State University
Bowling Green, Ohio 43403
Thesis:  "A Psychophysical Determination of Equitable Payment: A
Methodological Study"
(Patricia Cain Smith, Major Professor)

PhD., 1969     Bowling Green State University
Bowling Green, Ohio 43403
Dissertation:  "Identification of Moderator Variables by Discriminant
Analysis in a Multi-Predictable Group Validation Model"
(Patricia Cain Smith, Major Professor)

1

## EXPERIENCE

**2012 – present**        **Associate Director, UC Berkeley Interdisciplinary Center for Healthy Workplaces**

**January 2011 -**        **Professor of the Graduate School**
**Present**               **Department of Psychology**
                          **University of California**
                          **Berkeley, CA 94720-1650**

July 1, 2015 -            President, University of California Berkeley Emeriti Association
June 30, 2017            University of California
                          Berkeley, CA 94720

July 2007 -              Vice Provost, Academic Affairs & Faculty Welfare
December 2010           University of California
                          200 California Hall, MC 1500
                          Berkeley, CA 94720-1500

July 1982 -              Professor
December 2010           Department of Psychology
                          University of California
                          Berkeley, CA 94720-1650

March 2005 -             Adjunct Professor
June 2005               School of Business
                          Hong Kong Baptist University

Spring 2005              Sabbatical, Visiting Professor,
                          University of Amsterdam
                          Work and Organizational Psychology Program

Fall 2004                Sabbatical, Visiting Professor,
                          Baruch College, CUNY, New York

July 2003-               Chair, Department of Psychology
June 2004               Department of Psychology
                          University of California
                          Berkeley, CA 94720-1650

October 2002-            Guest Professor of Peking University
October 2004            Beijing, China

July 2002-               Interim Director, Institute of Personality and
June 2003               Social Research

2

| | |
|---|---|
| July 1970 - present | Member, Institute of Industrial Relations<br>University of California<br>Berkeley, CA 94720-1650 |
| September 2000-<br>November 2000 | Sabbatical, Visiting Professor,<br>Baruch College, CUNY, New York |
| December 2000-<br>February 2001 | Sabbatical, Visiting Professor,<br>University of Sydney, Australia |
| March 2001 -<br>April 2001 | Sabbatical, Visiting Professor,<br>Beijing University, Beijing, China |
| July 1993 -<br>June 1998 | Chair<br>Department of Psychology<br>University of California<br>Berkeley, CA 94720-1650 |
| October 1992-<br>April 1993 | Sabbatical, Visiting Professor<br>Faculty of Management<br>Graduate School of Business Administration<br>Tel Aviv University<br>Ramat Aviv, Tel Aviv<br>Israel 69978 |
| July 1992-<br>September 1992 | Sabbatical, Visitor<br>Arbetslivscentrum (Swedish Center for Working Life)<br>Stockholm, Sweden |
| April 1993-<br>June 1993 | Sabbatical, Visiting Professor<br>Dept. of Work & Organizational Psychology<br>University of Amsterdam<br>Roetersstraat 15<br>1018 WB Amsterdam<br>Netherlands |
| July 1988 -<br>June 1992 | Director<br>Institute of Industrial Relations<br>University of California<br>Berkeley, CA 94720 |
| July 1987 -<br>June 1988 | Acting Director<br>Institute of Industrial Relations<br>University of California<br>Berkeley, CA 94720 |

3

| | |
|---|---|
| August 1983 - June 1987 | Associate Director<br>Institute of Industrial Relations<br>(Acting Director, January - June 1986)<br>University of California<br>Berkeley, CA 94720 |
| August 1982 - June 1983 | Sabbatical, Visitor<br>Human Resources Department<br>AT&T, Morristown/Basking Ridge, New Jersey |
| July 1976 - June 1982 | Associate Professor<br>Department of Psychology<br>University of California<br>Berkeley, CA 94720 |
| July 1976 - June 1977 | Sabbatical, Visiting Associate Professor<br>Hebrew University (Dept. of Psychology, Jerusalem) and Tel Aviv University (Graduate School of Business Administration, Tel Aviv) |
| July 1970 - June 1976 | Assistant Professor<br>Department of Psychology<br>University of California<br>Berkeley, CA 94720 |
| July 1969 - June 1970 | Visiting Lecturer<br>Department of Psychology<br>University of California<br>Berkeley, CA 94720 |
| Sept. 1967 - June 1969 | Teaching Fellow<br>Department of Psychology<br>Bowling Green State University<br>Bowling Green, Ohio 43403 |
| Feb. 1966 - August 1967 | Research and Teaching Assistant<br>Department of Psychology<br>Bowling Green State University<br>Bowling Green, Ohio 43403 |
| June 1968 - August 1968 | Statistics Analyst<br>Economic Opportunity Planning Association of Greater Toledo<br>Toledo, Ohio |

## GRANTS

| | |
|---|---|
| 2003-08 | Identification and Development of Predictors for Successful Lawyering- Phase II: Grant from the Law School Admissions Council (with Marjorie Shultz) |
| 2001-03 | Identification and Development of Job-Oriented Criteria and Predictors of Successful Lawyering - Phase I: Grant from the Law School Admissions Council (with Marjorie Shultz) |
| 2000-01 | Applying the Science of Learning: Grant from Spencer Foundation (with Diane Halpern) |
| May 1985 - April 1986 | Berkeley Campus Biomedical Sciences Support Grant Funds |
| January 1981 - Dec. 1981 | Office of Naval Research and Office of Personnel Management, Grant to run a conference on performance appraisal (with Dr. Frank Landy) |
| June 1973 - May 1974 | Berkeley Campus Biomedical Sciences Support Grant Funds |
| July 1973 - Dec. 1973 | National Science Foundation Contract: Technological change, product, proliferation, and consumer decision processes. |
| July 1969 - present | Committee on Research, University of California, Berkeley |
| 1968 - 1969 | Grant from the Graduate School Research Fund, Bowling Green State University |
| 1966 - 1967 | Grant from the Committee on Faculty Leave and Research, Bowling Green State University |

## AWARDS AND HONORS

September 2023    University of California Board Emeriti Association "Emeritus Faculty of the Year 2023"

August 2021    Association of Retired Organizations in Higher Education Distinguished Service Award; 2021

May 2021    Edward A. Dickson Emeriti Professorship; 2021-2022

May 2020    Scheiber Emeriti Faculty Research Fund Award; 2019-20

April 2019    Recipient of SIOP Scientist-Practitioner Presidential Recognition.

April 2018    Creation of the Zedeck-Jacobs Adverse Impact Reduction Research Initiative and Action (AIRRIA) Grants; SIOP Foundation; Awards.

March 2017    ATP (Association of Test Publishers) 2017 Professional Contributions and Service to Testing Award.

February 2017    Elected to the Berkeley Fellows; an honorific society of distinguished friends of the Berkeley campus.

December 2011    Israel Organizational Behavior Conference 2011 Life-time Achievement Award.

May 2011    Smashing Bias Research Award (with M. Shultz).  For the Promotion of Outstanding Research on Ensuring Fairness from the Classroom to the Boardroom.  Awarded by the Level Playing Field Institute.

January 2011    Creation of the *Sheldon Zedeck Program for Culture, Behavior and Management Study at UC Berkeley*.  Donation from individuals in China for the creation of the center in honor of Sheldon Zedeck's retirement from UC Berkeley.

December 2010    *The Berkeley Citation*.  Awarded for rendering distinguished service to the University; to faculty and administrators whose attainments significantly exceed the standards of excellence in their fields and whose contributions to UC Berkeley are manifestly above and beyond the call of duty.

April 2010    Bowling Green State University Centennial Award Recipient; 100 Distinguished Alumni.

6

| January 2009 | Creation of "Martha and Sheldon Zedeck Endowment Fund," Department of Psychology. |
| --- | --- |
| April 2007 | Division III Award for Distinction in Industrial/Organizational Psychology, California Psychological Association. |
| May 2006 | Distinguished Service Award, Academic Senate, University of California at Berkeley Campus. |
| May 1998 | Distinguished Service Award, Social Science Division, University of California at Berkeley Campus. |
| April 1997 | SIOP Distinguished Service Award. |

## PROFESSIONAL SERVICE

### EDITORIAL SERVICE

**Editor-in-Chief, *APA Dictionary of Statistics and Research Methods in Psychology* (2014).  American Psychological Association, Washington, D.C.**

**Editor-in-Chief, APA *Handbook of Industrial and Organizational Psychology* (2011).  American Psychological Association, Washington, D.C.**

**Associate Editor, *Archives of Scientific Psychology* (2012 – 2014)**

**Associate Editor, *American Psychologist* (2010 – 2015)**

**Senior Advisory Board and Guest Editor (2009 – present), *Journal of Business and Psychology***

**Editorial Advisory Board (2005 – present), *Management and Organization Review***

Guest Editor, *Annual Review of Psychology*, 2009 Volume (2006)

Editor, *Journal of Applied Psychology* (2003-2008)

Senior Advisory Editor (2006), *Encyclopedia of Industrial and Organizational Psychology*, Volumes 1 and 2, (2007), edited by Steven G. Rogelberg, Sage Publications

Section Editor, *Encyclopedia of Applied Psychology*, 2004, Elsevier Ltd., Amsterdam.

7

*Buros Mental Measurements Yearbook* Series, Distinguished Reviewer Award, 2005

Member of the Editorial Boards of:
**Human Performance (1988 - present)**
**International Journal of Selection and Assessment (2008 – present)**
*Industrial Relations* (1970 - 1993)
*Journal of Applied Psychology* (1976-1988)
*Contemporary Psychology* (1987 - 1991)
*American Psychologist* (2011 – 2015)

**Associate Editor (1988-1991; 1994 - 2003)** and Co-founder of **Human Performance**, a journal published by Lawrence Erlbaum Associates, first issue in 1988
Editor of *Human Performance* (1992 - 1994)

Associate Editor (1998 - 2003) of *Applied Psychology: An International Review*

Have reviewed articles for Editors of:

American Psychologist, Applied Psychological Measurement, California Management Review, International Journal of Manpower, International Journal of Selection and Assessment, Journal of Management Studies, Journal of Occupational Psychology, Journal of Occupational Health Psychology, Journal of Organizational Behavior, Management & Service Operations Management, Organizational Behavior and Human Decision Processes, Personnel Psychology, Psychological Bulletin, Psychological Methods, Manufacturing & Service Operations Management, and Social Indicators Research

Editor, *The Industrial-Organizational Psychologist* newsletter, Division 14 (Industrial/Organizational Psychology) of the American Psychological Association; 1979-82

Editorial Review Board, *Job Analysis Handbook*, Gael, S. (Ed.), published by Wiley & Sons, 1988

Series Editor, *People and Organizations*; a book series devoted to advanced research in industrial and organizational psychology and organizational behavior; initially published by Allen & Unwin, now published by Routledge, 1986 - 1995

Member of the Editorial Board, *Frontiers Series*, Society for Industrial and Organizational Psychology (Division 14), 1988-1993
Series Editor, *Frontiers Series*, 1993-1998

8

## ADVISORY SERVICE

**Member of the Psychological Services Incorporated (PSI) Technical Advisory Board, 2005 – 2023.**

**Member of the American Medical Colleges Admissions Initiative Expert Panel, 2012 – present.**

**Member of the Society for Human Resource Management (SHRM) Certification Commission, 2014 – present.**

Member of the Scientific Advisory Board, Aon Hewitt, 2015 – Fall 2018.

Principal Consultant and Scientific Advisor, Top Talent Solutions, 2012 – 2018.

Member of the Tools for Change Advisory Board: Boosting the Retention of Women in the STEM Pipeline; NSF Grant; 2011 – 2014.

Center for Corporate Equality, Member of Technical Advisory Committee that generated "Technical Advisory Committee Report on Best Practices in Adverse Impact Analyses," September 2010.

Member of the College Board's Advisory Committee on Research, 2005 – 2008.

Member of the Task Force to develop licensing exam for psychologists, Psychology Examining Services, 1985.

Research Advisory Panel Member, Air Force Human Resources Laboratory, Brooks AFB, Texas, Feb. 1984 and May 1985.

Advisor to the American Association of State Psychology Boards on the ETS Psychology Job Analysis Project, 1981-83.

Member of the Staff Personnel Board of the University of California, September 1977-August 1980; Chair, 1979-80.

Member of the California Fair Employment Practices Commission Technical Advisory Committee on Testing, 1975-76.

## PROFESSIONAL MEMBERSHIP

**American Psychological Association**
**Committees**
**Scientific Conference Review Committee (1999 - 2003)**
**Committee on Psychological Tests and Assessment (2000 - 2003)**
**Advisory Panel; Board of Educational Affairs Task Force on Undergraduate Psychology Major Competencies (2001)**
**Board of Scientific Affairs (2010-14)**
**Publications and Communications Task Force on Data Sharing (2011)**

**Society for Industrial and Organizational Psychology** (SIOP, Division 14), Member (1970) and Fellow (1977)
Member of Education and Training Committee (1972-74)
Chair, Education and Training Committee (1974-75)
Member of Workshop Committee (1975-76; 1977-79)
Member of Ad Hoc Committee to revise the *Principles for the Validation and Use of Personnel Selection Procedures*, (1978-79, 1985-86, 2000-2003)
Editor, *The Industrial and Organizational Psychologist* newsletter (1979-82)
Member-at-Large of Executive Committee (1982-85)
President-Elect (1985-86)
President (1986-87)
Representative to APA Council of Representatives (1989-92)
Editorial Board, Frontiers Series (1988-93)
**Awards Committee (2000 - present)**
**Ad Hoc Committee on Relations with APA and APS (2000-present)**
SIOP Conference Program Review Committee (2000-01; 2001-2002)
**Fellowship Committee (2011)**
**SIOP and SHRM committee to review Human Resource Management Impact Awards (HRMIA) (2013 – present)**
**Distinguished Service Award (1997)**

**Division of Evaluation and Measurement** (Division 5), Member (1982) and Fellow (2002)

**Association for Psychological Science**; Charter Member and Fellow (1988)

**Western Psychological Association**
Program Co-chair, 1974 convention

**California Psychological Association**
Membership Committee, 1999 - 2000

10

**Academy of Management**
> Executive Committee, Personnel/Human Resources Division  (1985-88).
> Reviewer for the Personnel/Human Resources Division's 1983 and 1987 Academy of Management convention programs.
> Reviewer for the Organizational Behavior Division's 1994, 1995, 1996, 1997, and 1998 Academy of Management convention program.

**Council of Graduate Departments of Psychology**, Chair, 1997-98.

**Council of California Departments of Psychology**, Chair, 1998 – 2000.

**International Association of Applied Psychology**, Fellow, 2014.

**Society of Organizational Behavior**
> Executive Board, 1984-89.

## RESEARCH INTERESTS

> Prediction and selection models
> Equity in selection and performance assessments
> Performance appraisal systems
> Worker attitudes and motivations
> Work values (cross-cultural)
> Information processing and decision making
> Work and family relationships

## TEACHING INTERESTS

> Industrial/Organizational Psychology
> Personnel Psychology
> Motivation
> Psychological Measurement and Statistics
> Research Design
> Test Theory
> Work and Family

11

**RESEARCH/CONSULTING IN ORGANIZATIONS** (Partial List)

Alabama Department of Transportation
Alameda County, Office of Program Evaluation
Allstate Insurance Co., Judson Branch Research Center
American President Lines
American Telephone and Telegraph Co.
Armco Steel
B. W. Norton Manufacturing Co.
Blue Cross of Northern California
California State Automobile Association
City of Miami, Department of Human Resources
City Manager of Pinole, California
Conti Commodity
Contra Costa County Fire Protection District
Crocker Bank
Ed Blank and Associates
Food Marketing Institute
Georgia Pacific
Golden State Warriors Professional Basketball Team
IBEW Local 125
Klein Institute for Aptitude Testing
Military Psychology Unit of the Israel Defense Forces:
        Applied Research Group and Assessment and Classification Group
Mt. Diablo Hospital in Concord, CA.
National Employment Agency Association
Oakland Firefighters' Association
Oakland Police Officers' Association
Pacific Gas and Electric Co.
Pacific Telephone and Telegraph Co.
Public Health Nurses:  City and County of San Francisco,
        Alameda County, Santa Clara County, and Humboldt County
Reynolds Electrical and Engineering Co.
San Francisco Civil Service Commission
Stanford Medical Center
State of Minnesota, Department of Human Rights
U. S. Department of State
U. S. Department of Justice
U. S. Department of Labor
University of California Medical Center, San Francisco
V. A. Hospital, San Francisco
Verizon Communications

12

**PAPERS PUBLISHED**

Zedeck, S., & Smith, P. C. (1968). A psychophysical determination of equitable payment: A methodological study. Journal of Applied Psychology, 52, 343-347.

Zedeck, S., Cranny, C. J., & Vale, C. A. (1969). A demonstration of face validity. Experimental Publication System, Issue No. 2, MS No. 068C.

Renwick, P. A., Zedeck, S., & Graham, W. K. (1971). Use of wage and benefit preferences in the formulation of bargaining goals. Experimental Publication System, Issue No. 12, MS No. 645-12.

Zedeck, S., Cranny, C. J., Vale, C. A., & Smith, P. C. (1971). Comparison of "joint moderators" in three prediction techniques. Journal of Applied Psychology, 55, 234-240.

Zedeck, S., (1971). Identification of moderator variables by discriminant analysis in a multi-predictable group validation model. Journal of Applied Psychology, 55, 364-371.

Zedeck, S. (1971). Problems with the use of "moderator" variables. Psychological Bulletin, 76, 295-310.

Zedeck, S., & Baker, H. T. (1972). Nursing performance as measured by behavioral expectation scales: A multitrait-multirater analysis. Organizational Behavior and Human Performance, 7, 457- 466.

Frisch, J., & Zedeck, S., (1972). Status, interest, and proximity as factors in interaction and communication channels. The Journal of Psychology, 82, 259-267.

Oleno, T., & Zedeck, S. (1972). Examination of difference scores as a measure of satisfaction. Journal Supplement Abstract Service Catalog of Selected Documents in Psychology, 2, 146 (MS 273).

Holmes, G. P., & Zedeck, S. (1973). Judgment analysis for assessing paintings. Journal of Experimental Education, 41 (4), 26-30.
(Reprinted in S. R. Houston (Ed.), Judgment analysis: Tool for decision makers. New York: MSS Information Corp., 1974.)

Harari, O., & Zedeck, S. (1973). Development of behaviorally anchored scales for the evaluation of faculty teaching. Journal of Applied Psychology, 58, 261-265.
(Reprinted in K. N. Wexley & G. Yukl (Eds.), Readings in organizational behavior and industrial psychology (2nd ed.). New York: Oxford Press, 1975.)

Zedeck, S., Imparato, N., Krausz, M., & Oleno, T. (1974). Development of behaviorally anchored rating scales as a function of organizational level. Journal of Applied Psychology, 59, 249-252.

13

Zedeck, S., Frisch, J., & Zawadski, R.  (1974).  Information processing and decision-making as influenced by product proliferation (Vol. 3).  In Technological change, product proliferation, and consumer decision processes.  NSF Technical Report.

Zedeck, S, & Oleno, T.  (1975).  The relationship between organizational preference and opportunity for goal fulfillment.  Journal Supplement Abstract Service Catalog of Selected Documents in Psychology, 5, 351 (MS 1148).

Yates, V., & Zedeck, S.  (1976).  Job needs and satisfactions:  A comparison of high-risk and low-risk occupations.  Journal Supplement Abstract Service Catalog of Selected Documents in Psychology, 6, 25 (MS 1214).

Zedeck, S., Jacobs, R., & Kafry, D.  (1976).  Behavioral expectations:  Development of parallel forms and analysis of scale assumptions.  Journal of Applied Psychology, 61, 112-115.

Zedeck, S., Kafry, D., & Jacobs, R.  (1976).  Format and scoring variations in behavioral expectation evaluations.  Organizational Behavior and Human Performance, 17, 171-184.

Kafry, D., Zedeck, S., & Jacobs, R.  (1976).  The scalability of behavioral expectation scales as a function of developmental criteria.  Journal of Applied Psychology, 61, 519-522.

Zedeck, S.  (1977).  An information processing model and approach to the study of motivation.  Organizational Behavior and Human Performance, 18, 47-77.

Zedeck, S., & Kafry, D.  (1977).  Capturing rater policies for processing evaluation data.  Organizational Behavior and Human Performance, 18, 269- 294.

Zedeck, S., & Kafry, D.  (1977).  Evaluation of the developers of behavioral expectation scales.  Journal Supplement Abstract Service Catalog of Selected Documents in Psychology, 7, 123.

Reilly, R. R., Zedeck, S., & Tenopyr, M. L.  (1979).  Validity and fairness of physical ability tests for predicting performance in craft jobs.  Journal of Applied Psychology, 64, 262-274.

Kafry, D., Jacobs, R., & Zedeck, S.  (1979).  Discriminability in multidimensional performance evaluations.  Applied Psychological Measurement, 3. 187-192.

Jacobs, R., Kafry, D., & Zedeck, S.  (1979).  Consistency in multidimensional performance evaluations:  An analysis of raters and dimensions.  Journal Supplement Abstract Service Catalog of Selected Documents in Psychology, 9, 25.

Jacobs, R., Kafry, D., & Zedeck, S.  (1980).  Expectations of behaviorally anchored rating scales.  Personnel Psychology, 33, 595-640.

Zedeck, S.  (1981).  Behaviorally based performance appraisals.  Aging and Work, 4, 89-100.

Krausz, M., & Zedeck, S. (1981). Differences between candidates and recruiters in perceived attainability of job-related outcomes. Vocational Guidance Quarterly, 30, 43-49.

Zedeck, S., Middlestadt, S., & Hayes, E. (1981). Police work values: A comparison of police science students and current officers. Journal of Occupational Psychology, 54, 187-194.

Zedeck, S., & Cascio, W. F. (1982). Performance appraisal decisions as a function of rater training and purpose of the appraisal. Journal of Applied Psychology, 67, 752-758.

Jackson, S. E., & Zedeck, S. (1982). Explaining performance variability: Contributions of goal setting, task characteristics, and evaluative contexts. Journal of Applied Psychology, 67, 759-768.

Zedeck, S., Jackson, S. E., & Summers, E. (1983). Shift work schedules and their relationship to health, adaptation, satisfaction, and turnover intention. Academy of Management Journal, 26, 297-310.

Zedeck, S., Tziner, A., & Middlestadt, S. (1983). Interviewer validity and reliability: An individual analysis approach. Personnel Psychology, 36, 355-370.

Cascio, W. F., & Zedeck, S. (1983). Open a new window in rational research planning: Adjust alpha to maximize statistical power. Personnel Psychology, 36, 517-526.

Zedeck, S., & Cascio, W. F., (1984). Psychological issues in personnel decisions. Annual Review of Psychology, 35, 461-518.

Zedeck, S. (1984). Performance measurement: Forms or samples? Proceedings of the 1984 International Personnel Management Association Assessment Council Conference on Public Personnel Assessment. Washington, D. C.: IPMA.

Jackson, S. E., Zedeck, S., & Summers, E. (1985). Family life disruptions: Impact of job-induced functional and emotional interference. Academy of Management Journal, 28, 74-86.

Sackett, P. R., Schmitt, N., Tenopyr, M. L., Kehoe, J., & Zedeck, S. (1985). Commentary on forty questions about validity generalization and meta-analysis. Personnel Psychology, 38, 697-798.

Blood, M. R., Zedeck, S., & Graham, W. K. (1987). Resolving compensation disputes with three-party job evaluation. Applied Psychology: An International Review, 36, 39-50.

Sackett, P. R., Zedeck, S., & Fogli, L. (1988). Relations between measures of typical and maximum job performance. Journal of Applied Psychology, 73, 482-486.
(To be published in The International Library of Management volume Performance Evaluation, Borman, W. C. (Ed.). England: Dartmouth Publishing Company.)

15

Zedeck, S., Maslach, C., Mosier, K., & Skitka, L.  (1988).  Affective response to work and quality of family life:  Employee and spouse perspectives.  Journal of Social Behavior and Personality, 3, 135-157.

Zedeck, S., & Mosier, K. L.  (1990).  Work in the family and employing organization.  American Psychologist, 45, 240-251.

Cascio, W. F., Outtz, J., Zedeck, S., & Goldstein, I. L.  (1991).  Statistical implications of six methods of test score use in personnel selection.  Human Performance, 4, 233-264.

Zedeck, S., Outtz, J., Cascio, W. F., & Goldstein, I. L.  (1991).  Why do "testing experts" have such limited vision?  Human Performance, 4, 297-308.

DuBois, C. L. Z., Sackett, P. R., Zedeck, S., & Fogli, L.  (1993).  Further exploration of typical and maximum performance criteria:  Definitional issues, prediction, and White-Black differences.  Journal of Applied Psychology, 78, 205-211.

Cascio, W. F., Goldstein, I. L., Outtz, J., & Zedeck, S.  (1995).  Twenty issues and answers about sliding bands.  Human Performance, 8, 227-242.

Cascio, W. F., Goldstein, I. L., Zedeck, S., & Outtz, J.  (1995).  Selective science or selective interpretation?  American Psychologist, 50, 881-882.

Zedeck, S.  (1996).  Use of sliding bands as a selection procedure to obtain a diverse workforce.  Employment Testing: Law & Policy Reporter, 5 (3), 39-43, 48.

Zedeck, S. (1996).  Commentary.  Human Performance, 9, 303-307.

Zedeck, S.  (1998).  Commentary: Additional roles for the chair.  The Psychologist-Manager Journal, 2 (1), 74-76.

Campion, M. A., Outtz, J. L, Zedeck, S., Schmidt, F. L., Kehoe, J. F., Murphy, K. R., & Guion, R. M.  (2001).  The controversy over score banding in personnel selection: Answers to 10 key questions.  Personnel Psychology, 54 (1), 149-185.

Goldstein, H. W., Zedeck, S., & Goldstein, I. L.  (2002).  g:  Is this your final answer?  Human Performance, 15, 123-142.

Craik, K. H., Ware, A. P., Kamp, J., O'Reilly, C. O. III, Staw, B., & Zedeck, S.  (2002).  Explorations of construct validity in a combined managerial and personality assessment programme.  Journal of Occupational and Organizational Psychology, 75, 171-193.

Zedeck, S. (2004).  Who gets in?  The quest for diversity after Grutter.  Buffalo Law Review, 52, 531-596.

Klein, K. J., & Zedeck, S.  (2004).  Theory in applied psychology:  Lessons (re)learned.  Journal of Applied Psychology, 89, 931-933.

Goldstein, I. G., & Zedeck, S.  (2009).  Content validity and Murphy's angst.  *Industrial and Organizational Psychology*, *2*, 496–496.

Brief of Industrial-Organizational Psychologists as *Amici Curiae in support of respondents*; Ricci vs. DeStefano et al.  Submitted to U.S. Supreme Court.  New Haven Firefighters Case. March 25, 2009.

Shultz, M., & Zedeck, S.  (May 2009).  Identification, development and validation for successful lawyering.  Legal Education Abstracts, 6 (19).

Shultz, M. M., & Zedeck, S.  (2011).  Predicting lawyer effectiveness: Broadening the basis for law school admission decisions.  *Law and Society Inquiry*, *36*, 620-661.

Shultz, M. M., & Zedeck, S.  (2012).  Admission to law school:  New measures.  *Educational Psychologist*, *47:1*, 51-65.

Holmquist, K., Shultz, M., Zedeck, S., & Oppenheimer, D.  (2014).  Measuring merit:  The Shultz-Zedeck research on law school admissions.  *Journal of Legal Education*, *63*, 565-584.

Spector, P. E., Rogelberg, S. G., Ryan, A. M., Schmitt, N., & Zedeck, S.  (2014).  Moving the pendulum back to the middle:  Reflections on and Introduction to the inductive research special issue of *Journal of Business and Psychology*.  *Journal of Business and Psychology*, *29*, 499-502.

Zedeck, S.  (2017). Reflections on the *Journal of Applied Psychology* for 2003 to 2008.  *Journal of Applied Psychology, 102*, 574-579.

## CHAPTERS IN BOOKS

Zedeck, S., & Tenopyr, M. L.  (1977).  Issues in selection, testing, and the law.  In L. J. Hausman et al (Eds.), Equal rights and industrial relations (pp. 167-195).  Madison, WI: Industrial Relations Research Association.

Landy, F. J., & Zedeck, S.  Introduction.  (1983).  In F. J. Landy, S. Zedeck, & J. Cleveland (Eds.), Performance measurement and theory (pp. 1-7).  Hillsdale, NJ:  Lawrence Erlbaum Associates.

Zedeck, S., & Landy, F. J.  (1983).  Concluding remarks.  In F. J. Landy, S. Zedeck, & J. Cleveland (Eds.), Performance measurement and theory (pp. 363-381).  Hillsdale, NJ: Lawrence Erlbaum Associates.

Zedeck, S.  (1986).  A process analysis of the assessment center method.  In B. Staw & L. Cummings (Eds.), Research in organizational behavior (pp. 259-296).  Vol. 8. Greenwich, CT:  JAI Press.
(Reprinted in L. L. Cummings & B. M. Staw (Eds.).  (1990).  Evaluation and employment in organizations.  Greenwich, CT:  JAI Press.

Zedeck, S.  (1992).  Introduction:  Exploring the domain of work and family concerns.  In S. Zedeck (Ed.), Work, families, and organizations (pp. 1-32).  San Francisco:  Jossey-Bass.

Goldstein, I. L., Zedeck, S., & Schneider, B.  (1993).  An exploration of the job analysis-content validity process.  In N. Schmitt & W. C. Borman (Eds.), Personnel selection in organizations (pp. 3-34).  San Francisco:  Jossey-Bass.

Goldstein, I. L., & Zedeck, S.  (1996).  Content validation.  In R. Barrett (Ed.), Handbook of fair employment strategies (pp. 27-37).  Westport, CT:  Quorum.

Zedeck, S., Cascio, W. F., Goldstein, I. L., & Outtz, J.  (1996).  Sliding bands: An alternative to top-down selection.  In R. Barrett (Ed.), Handbook of fair employment strategies (pp. 222-234).  Westport, CT:  Quorum.

Zedeck, S.  (1997).  Commentary on diversity and work-family values.  In P. C. Earley & M. Erez (Eds.), New perspectives on international industrial/organizational psychology (pp. 319-332).  San Francisco:  New Lexington Press.

Zedeck, S., & Goldstein, I. L.  (2000).  The relationship between I/O psychology and public policy: A commentary.  In J. F. Kehoe (Ed.), Managing selection in changing organizations (pp. 371-396).  San Francisco: Jossey-Bass.

Cascio, W. F., Goldstein, I. L., Outtz, J., & Zedeck, S.  (2004).  Social and technical issues in staffing decisions.  In H. Aguinis (Ed.), Test-Score Banding in Human Resource Selection: Technical, Legal, and Societal Issues (pp. 7-28).  NY: Quorum Books.

18

Zedeck, S.  Industrial/Organizational psychology, overview.  (2004).  In C. Spielberger (Editor in Chief.), <u>Encyclopedia of Applied Psychology</u>, Vol. 2 (pp. 285-292).  Amsterdam, Elsevier Ltd.

Zedeck, S., & Goldstein, I. L.  (2008).  Combining an academic and consulting career.  In W. C. Borman & J. W. Hedge (Eds.), <u>The I/O consultant's handbook</u> (pp. 81-89).  Washington, D. C.:  American Psychological Association.

Zedeck, S.  (2008).  Editing a top academic journal.  In Y. Baruch, A. M. Konrad, H. Aguinis, & W. H. Starbuck (Eds.), <u>Opening the black box of editorship</u> (pp. 145-156).  NY: Palgrave-Macmillan.

Zedeck, S.  (2009).  Adverse impact:  History and evolution.  In J. L. Outtz (Ed.), <u>Adverse Impact: Implications for Organizational Staffing and High Stakes Selection</u> (pp. 3-27). NY: Routledge, Taylor & Frances Group.

Jeanneret, P. R., & Zedeck, S.  (2010).  Professional guidelines/standards.  In J. L. Farr and N. T. Tippins (Eds.), <u>Handbook of Employee Selection</u> (pp. 593-625).  NY:  Routledge. Revised for 2nd edition, 2017; pp. 599-630.


## <u>BOOKS</u>

Zedeck, S., & Blood, M R.  (1974).  <u>Foundations of behavioral science research in organizations</u>.  Monterey, CA:  Brooks/Cole Publishing Co.
(Chapter 5 reprinted in J. R. Hackman, E. E. Lawler, & L. W. Porter (Eds.).  (1983). <u>Perspectives on behavior in organizations</u> (2nd ed.).  New York:  McGraw-Hill.

Ghiselli, E. E., Campbell, J. P., & Zedeck, S.  (1981).  <u>Measurement theory for the behavioral sciences</u>.  San Francisco:  Freeman.

Landy, F. J., Zedeck, S., & Cleveland, J.  (Eds.).  (1983).  <u>Performance measurement and theory</u>.  Hillsdale, NJ:  Lawrence Erlbaum Associates.

Keppel, G., & Zedeck, S.  (1989).  <u>Data analysis for research designs:  Analysis of variance and multiple regression/correlation approaches</u>.   New York:  W. H. Freeman.

Zedeck, S. (Ed.)  (1992).  <u>Work, families, and organizations</u>.  San Francisco:  Jossey-Bass.

## <u>REVIEWS</u>

Buros, O. K.  <u>Mental measurements yearbook (8th ed.)</u>.  Highland Park, NJ:  Gryphon Press, 1978.  (1)  Minnesota Importance Questionnaire, 1967 ed., ; and (2) Minnesota Job Description Questionnaire.

Regression/ANOVA:  A glossary of formulas.  (Review of <u>Multiple regression and the analysis of variance and covariance</u> by A. L. Edwards.)  <u>Contemporary Psychology</u>, 1980, <u>25</u>, 741-742.

Mitchell, J. V., Jr.  Mental measurements yearbook (9th ed.).  Lincoln, NE:  University of Nebraska Press, 1985.  (1) Situational Leadership; and (2) PSI Basic Skills Tests for Business, Industry, and Government.

Kramer, J. J., & Conoley, J. C. (Eds.).  Mental measurements yearbook (11th ed.).  Lincoln, NE: University of Nebraska Press, 1992.  (1) Managerial and Professional Functions Inventory; and (2) Supervisory Profile Record.

Zedeck, S.  (1994).  Review of the Reality Check Survey.  Accession number AN-12181261, Mental Measurements Yearbook Database (Search Label MMYD), BRS Information Technologies.

Zedeck, S.  (1994).  Review of Benchmarks.  Accession number AN-12181333, Mental Measurements Yearbook Database (Search Label MMYD), BRS Information Technologies.

Conoley, J. C., & Impara, J.  (Eds.). (1995).  Mental measurements yearbook (12th ed.). Lincoln, NE:  University of Nebraska Press, 1995.  (1) Reality Check Survey; and (2) Benchmarks:  Developmental Research Points for Managers and Executives.

Zedeck, S.  (1996).  Review of Rumsey, M. G., Walker, C. B., & Harris, J. H. (Eds.)  Personnel selection and classification.  Hillsdale, NJ:  Erlbaum.  1994.  In Contemporary Psychology, 41, 839-840

Impara, J., & Plake, B.  (Eds.).  Mental measurements yearbook (13th ed.).  Lincoln, NE: University of Nebraska Press, 1998.  (1) Job Search Inventory; and (2) Career Interest Inventory.

Plake, B., & Impara, J.  (Eds.).  Mental measurements yearbook (14th ed.).  Lincoln, NE: University of Nebraska Press, 2001.  (1) Sales Motivation Survey; and (2) Motives, Values, Preferences Inventory.

Carlson, J.F., Geisinger, K. F., & Jonson, J. L. (Eds).  Mental measurements yearbook (19th ed.). Lincoln, Nebraska, 2014.  (1) MecTest (Form AU-C) and (2) Clerical Aptitude Assessment Test.

## PRESENTATIONS, INVITED LECTURES, AND SYMPOSIA

Zedeck, S., Lewis, P., Defran, R. H., & Badia, P.  (1968, April).  Suppression of rat vocalizations to shock as a function of interstimulus interval and unconditioned stimulus duration. Paper presented at the meeting of the Ohio Academy of Science, Bowling Green, Ohio.

Zedeck, S.  Moderator variables.  (1979).  University of California, Institute of Industrial Relations Staff Colloquium.

Zedeck, S.  (1971, April).  Ipsative and normative-ipsative work value measures.  In N. Imparato (Chair), Work values and work rewards:  Research problems and social issues.

Symposium presented at the meeting of the Western Psychological Association, San Francisco.

Zedeck, S., & Baker, H. T.  (1971, May).  Evaluation of behavioral expectation scales.  Paper presented at the meeting of the Midwestern Psychological Association, Detroit.

With W. K. Graham.  (1971, October).  Values and limitations of types and tests:  Biographical inventories, skills and abilities, vocational interests, and personality.  Paper presented at the UCB Institute of Industrial Relations Conference, San Francisco.

Harari, O., & Zedeck, S.  (1972, April)  Evaluation of university faculty teaching.  Paper presented at the meeting of the Western Psychological Association, Portland.

Zedeck, S.  (1972, April).  Performance appraisal techniques.  University of California, Berkeley, Institute of Industrial Relations, Social Science Management Seminar, San Francisco.

Zedeck, S.  (1972, August).  An approach to personnel evaluation (invited talk).  Center for Training in Community Psychiatry and Mental Health Administration,  Berkeley.

Zedeck, S.  (1972, February).  Personnel selection and evaluation (invited talk).  Center for Training in Community Psychiatry and Mental Health Administration, Berkeley.

Zedeck, S.  (1973, February).  Validation and testing (invited talk).  University of California, Berkeley, Industrial Relations Association.

Zedeck, S.  (1973, April).  New developments in performance appraisal techniques (invited talk).  Western Regional Conference of the American Compensation Association, Berkeley.

Zedeck, S.  (1973, July).  A research model for measuring motivation:  A suggested approach (invited talk).  Navy Personnel Research and Development Center Conference on "Occupational Research and the Navy:  Prospectus 1980."  San Diego.

Zedeck, S.  (1973, August).  Behaviorally anchored rating scales:  View from two organizational levels.  In S. Miller (Chair), Performance appraisal methodology:  Issues and applications.  Symposium presented at the meeting of the American Psychological Association, Montreal.

Zedeck, S.  (1973, November).  Performance evaluation and management by objectives:  An integration (invited talk).  United Bay Area Crusade Conference, Berkeley.

Zedeck, S.  (1974, February).  Organizational choice:  A decision-making model for a motivation problem (invited colloquium).  NIMH- Organizational Research Training Program and the Graduate School of Business, Stanford University.

Zedeck, S. (1974, April and June).  Chair and discussant of a symposium:  Employee selection, testing, discrimination, and the courts.  Presented at the meetings of (a) Western Psychological Association, San Francisco, and (b) American Psychology- Law Society, San Francisco.

Zedeck, S.  (1974, October).  Performance appraisal -- Developing meaningful criteria (invited talk).  University of California, Berkeley Library Management Seminars.

With J. Vetter.  (1975, January).  The relationship between industrial psychology and the legal system:  Employee selection and discrimination.  Presented at the Bay Area Seminar on Labor Studies, UCB.

Zedeck, S.  (1975, March).  An information processing model for the study of work motivation.  Presented at a University of Houston Psychology Department Colloquium.

Zedeck, S.  (1975, March).  Organizational choice and information processing.  Presented at a New York University Psychology Department Colloquium.

Zedeck, S.  (1976, April).  Barricades to motivation (invited talk).  Western Regional Conference, International Personnel Management Association, Salt Lake City.

Zedeck, S.  (1976, September).  Validation of physical ability tests for prediction of training criteria.  In M. Tenopyr (Chair), Physical ability tests:  Development, validity, and equal employment opportunity.  Symposium presented at the meeting of the American Psychological Association, Washington, D. C.

Zedeck, S.  (1977, February).  A new approach to motivation assessment (invited talk).  Social-Industrial Psychology section of the Israel Psychological Association, Ramat-Gan, Israel.

Zedeck, S.  (1977, February).  How performance is assessed with behavioral expectation scales.  Presented at a Bar Ilan University Colloquium, Israel.

Zedeck, S.  (1977, September).  Validation of physical abilities  (invited talk).  Personnel Testing Council of Southern California, Los Angeles.

Zedeck, S.  (1978, May).  Capturing and assessing interviewer policies for interview decisions.  Presented at a University of California, Irvine, Graduate School of Administration Colloquium.

Zedeck, S.  (1978, June).  Moderator variables.  Presented at a University of Sheffield, Social and Applied Psychology Unit, Colloquium.

Zedeck, S. (1978, July).  Current trends in American Psychology.  Presented at a University of Sheffield, Social and Applied Psychology Unit, Colloquium.

Zedeck, S.  (1979, April).  Behaviorally anchored performance appraisal methodology.  Paper presented at a UCB Institute of Industrial Relations Conference, San Francisco.

Zedeck, S.  (1979, July).  Behaviorally based performance appraisal systems (invited talk).  Presented at the 17th Annual Industrial Relations Counselors Symposium on Advanced Research in Industrial Relations, Princeton, NJ.

Zedeck, S.  (1979, December).  <u>Job analysis:  Generalizability versus specificity</u> (invited talk).  California Fair Employment Practice Commission's Technical Advisory Committee on Testing, San Francisco.

Zedeck, S.  (1980, March).  <u>Problems and approaches to effective performance appraisals</u> (invited talk).  Presented at a UCLA Institute of Industrial Relations Conference on "Age Discrimination Amendments on Mandatory Retirement -- Impact on Personnel Policies,"  Los Angeles.

Zedeck, S.  (1980, April).  <u>Comments on Cascio's presentation and other performance appraisal issues</u>.  Presented at the First Annual Scientist-Practitioner Conference on Industrial/Organizational Psychology, Old Dominion University, Virginia.

Zedeck, S., Tziner, A., & Middlestadt, S.  (1980, May).  <u>Capturing and assessing interviewer policies for interview decisions</u>.  Paper presented at a meeting of the Western Psychological Association, Hawaii.

Zedeck, S.  (1980, July).  <u>Behaviorally anchored performance appraisal methodology</u> (invited talk).  Presented at a UCLA Institute of Industrial Relations Conference on "Performance Appraisal," Los Angeles.

Jackson, S. E., & Zedeck, S.  (1981, April).  <u>The when and why of goal setting effectiveness</u>.  Paper presented at a meeting of the Western Psychological Association, Los Angeles.

Jackson, S. E., & Zedeck, S.  (1981, August).  Alternative explanations of the goal-setting phenomenon.  In L. Cummings (Chair), <u>Advances in goal-setting research and theory:  Processes and boundaries</u>.  Symposium presented at the meeting of the American Psychological Association, Los Angeles.

Zedeck, S.  (1981, August).  Discussant in a symposium:  W. Tornow (Chair), <u>New directions in improving performance appraisal effectiveness</u>.  Symposium presented at the meeting of the American Psychological Association, Los Angeles.

Blood, M. R., Zedeck, S., & Graham, W. K.  (1982, July).  <u>Resolving compensation disputes with three-party job evaluation</u>.  Paper presented at the International Association of Applied Psychology, Edinburgh, Scotland.

Zedeck, S.  (1982, August).  Discussant in a symposium:  C. Banks (Chair), <u>Methods for investigating the rating process</u>.  Symposium presented at the meeting of the American Psychological Association, Washington, D. C.

Zedeck, S.  (1983, May).  <u>Preview of the "Annual Review."</u>  Presented at a Stevens Institute of Technology Management Science Department Colloquium, Hoboken, NJ.

Zedeck, S.  (1983, May).  Chair and presented in an invited symposium: <u>Current issues and perspective in human resource management</u>.  Symposium presented at the meeting of the Eastern Academy of Management, Pittsburgh, PA.

Zedeck, S., & Cascio, W. F.  (1983, August).  Personnel selection and placement.  In I. L. Goldstein (Chair), Conversation with the 1984 Annual Review Authors.  Symposium conducted at the meeting of the American Psychological Association, Anaheim, CA.

Jackson, S. E., Zedeck, S., Lyness, K. S., & Moses, J. L.  (1983, August).  Historical overview and critique of research on psychological and organizational ambiguity  In S. Zedeck (Chair), Ambiguity, Uncertainty, and Change:  A Theoretical View.  Symposium conducted at the meeting of the American Psychological Association, Anaheim, CA.

Zedeck, S.  (1984, May).  Performance measurement:  Forms or samples?  (invited address).  Paper presented at the meeting of the International Personnel Management Association Assessment Council, Seattle, WA.

Zedeck, S.  (1984, August).  Chair and discussant in a symposium:  Moderator variables:  An exposition and debate of controversial issues.  Symposium presented at the meeting of the American Psychological Association, Toronto, Canada.

Zedeck, S.  (1986, March).  An analysis of assessment centers (invited talk).  Personnel Testing Council of Northern California, Oakland, CA.

Zedeck, S.  (1986, June).  Using assessment centers to select personnel officers (invited address).  Presented at the tenth annual meeting of the International Personnel Management Assessment Council, San Francisco, CA.

Zedeck, S., Shapira, Z., & DeStigter, K.  (1986, July).  Work values as a function of worker-parent origin.  In D. Elizur (Chair), Work values.  Symposium presented at the meeting of the International Association of Applied Psychology, Jerusalem, Israel.

Zedeck, S.  (1986, July).  Performance appraisal:  Use of samples instead of ratings.  In S. Zedeck (Chair), Performance appraisal:  The state-of-the-art.  Symposium presented at the meeting of the International Association of Applied Psychology, Jerusalem, Israel.

Zedeck, S.  (1986, July).  Assessing sales and marketing potential.  J. L. Moses (Chair), Assessment centers.  Symposium presented at the meeting of the International Association of Applied Psychology, Jerusalem, Israel.

Zedeck, S.  (1986, November).  Process analysis of assessment centers.  Presented at a University of California, Irvine, Graduate School of Administration Colloquium.

Zedeck, S.  (1987, March).  An overview of assessment centers:  From selecting spies to selecting "right-brained" engineers (invited talk).  Presented at the meeting of the first annual conference of the Personnel Testing Council of Northern California, Concord, CA.

Zedeck, S.  (1987, March).  The IPAR MBA managerial assessment program.  In K. Craik (Chair), Combining personality and managerial assessment programs.  Symposium presented at the meeting of the Society for Personality Assessment, San Francisco, CA.

Zedeck, S.  (1987, April).  A subtle criterion contamination explanation.  In R. Klimoski (Chair), Alternative explanations of why assessment centers work.  Symposium presented at the meeting of the Second Annual Conference of the Society for Industrial and Organizational Psychology, Atlanta, GA.

Zedeck, S.  (1987, April).  Work:  In families and "other" organizations (invited keynote address).  Presented at the meeting of the 1987 I/O and OB Graduate Student Conference, Knoxville, TN.

Sackett, P. R., Zedeck, S., & Fogli, L.  (1987, August).  Relationships between measures of typical and maximum job performance.  Paper presented at the meeting of the American Psychological Association, New York.

Zedeck, S.  (1987, August).  Work, family, and organizations:  An untapped research triangle (Division 14 Presidential Address).  Presented at the meeting of the American Psychological Association, New York.

Zedeck, S. (1987, October).  Spousal view of and relationship to employee satisfaction (invited talk).  Presented at the Bowling Green State University Conference on "Job Satisfaction:  Advances in Research and Applications,"  Bowling Green, Ohio.

Zedeck, S. (1988, January).  Job analysis and content related validation of a selection system (invited talk).  Presented at the meeting of the Metropolitan New York Association for Applied Psychology, New York.

Zedeck, S. (with Hurley, K) (1988, March).  Innovations to satisfy legal and professional requirements (invited talk).  Presented at the meeting of the second annual conference of the Personnel Testing Council of Northern California, Sacramento, CA.

Zedeck, S. (1988, April).  Job analysis and content-oriented test development.  Workshop presented at the Ninth Annual I/O & OB Graduate Student Conference, Toledo, Ohio.

Zedeck, S. (1988, April).  Discussant in a symposium:  J. F. Kehoe (Chair), Validation of non-test predictors.  Symposium presented at the meeting of the Society for Industrial and Organizational Psychology, Dallas, Texas.

Mosier, K. L., & Zedeck, S.  (1988, April).  Job satisfaction:  The other perspective.  Paper presented at the meeting of the Western Psychological Association, Santa Clara, CA.

Zedeck, S.  (1988, May).  Job analysis and content related validation of a selection system (invited talk).  Presented at the meeting of the Personnel Testing Council of Southern California, Los Angeles.

Mosier, K. L., Skitka, L. J., Zedeck, S., & Maslach, C.  (1989, April).  Supervision and comfort: Salient aspects of working life.  Paper presented at the meeting of the Western Psychological Association, Reno, NV.

Zedeck, S.  (1989, June).  Chair and presented in an invited symposium:  <u>Testing in the public sector under a consent decree</u>.  Symposium presented at the meeting of the International Personnel Management Assessment Council, Orlando, Fl.

Zedeck, S.  (1989, July).  <u>Translation from case law to workplace standards</u>.  Presentation at a conference on "EEO Update:  Employee selection and promotion."  University of California at Los Angeles and Berkeley, Institute of Industrial Relations, Los Angeles, CA.

Skitka, L. J., Mosier, K., Maslach, C., & Zedeck, S.  (1990, April).  <u>Job stress and health:  Is it all in your head?</u>  Paper presented at the meeting of the Western Psychological Association, Los Angeles, CA.

Zedeck, S.  (1990, July).  Use of video technology in training and selection of employees.  In I. Goldstein (Chair), <u>Training issues facing work organizations in the year 2000</u>.  Symposium presented at the meeting of the International Association of Applied Psychology, Kyoto, Japan.

Zedeck, S.  (1990, October).  <u>How to intelligently use personality tests in your candidate screening</u> (invited talk).  Presented at the meeting of the Northern California Human Resources Council, Oakland, CA.

Zedeck, S.  (1990, October).  <u>Work and family</u>.  Presented at a Baruch College, City University of New York, Department of Psychology Colloquium.

Zedeck, S.  (1990, October).  <u>An alternative to traditional selection procedures:  The sliding band procedure</u> (invited talk).  Presented at the meeting of the Metropolitan New York Association for Applied Psychology, New York.

Zedeck, S.  (1991, April).  Job analysis for test development:  Some methodological issues.  In M. Rosenfeld (Chair), <u>Job analysis for test development:  Some methodological issues</u>.  Symposium presented at the meeting of the Society for Industrial and Organizational Psychology, St. Louis, Missouri.

Zedeck, S.  (1991, May).  <u>Alternative model for personnel selection:  The sliding band</u>.  Presented at Tel Aviv University, School of Business Administration Colloquium.

Zedeck, S.  (1991, August).  <u>Conversation with the Editor -- Frontiers volume on Work and Family</u>.  Presented at the meeting of the American Psychological Association, San Francisco.

Zedeck, S.  (1992, March).  <u>Generational and lifestyle differences in the work ethic</u> (invited talk).  Presented at the conference, "Work-Family Issues and the Work Ethic," sponsored by The Conference Board and The Families and Work Institute, San Francisco.

Goldstein, I. L., & Zedeck, S. (1992, April).  <u>A systems approach to content validity</u>.  Workshop presented at the meeting of the Society for Industrial and Organizational Psychology, Montreal, Canada.

Zedeck, S. (1992, May).  Discussant in a symposium:  B. Schneider (Chair), <u>Non-traditional research on and use of job analyses</u>.  Symposium presented at the meeting of the Society for Industrial and Organizational Psychology, Montreal, Canada.

Zedeck, S. (1992, May).  Discussant in a symposium:  P. J. Dyer (Chair), <u>Computer-based, multimedia testing:  Merging technology, reality, and scientific uncertainty</u>.  Symposium presented at the meeting of the Society for Industrial and Organizational Psychology, Montreal, Canada.

DuBois, C. L. Z., Sackett, P. R., Zedeck, S., & Fogli, L.  (1992, May).  <u>Further exploration of typical and maximum performance criteria:  Definitional issues, prediction, and white-black differences</u>.  Paper presented at the meeting of the Society for Industrial and Organizational Psychology, Montreal, Canada.

Zedeck, S.  (1992, November).  <u>Another view of making selection decisions:  The sliding band</u>.  Presented at a National Institute for Testing and Evaluation Colloquium, Jerusalem, Israel.

Zedeck, S.  (1992, December).  <u>The sliding band:  Another view of making selection decisions</u>.  Presented at a Technion University Faculty of Industrial Engineering and Management Colloquium, Haifa, Israel.

Zedeck, S.  (1993, January).  <u>Current issues in human resources selection</u>.  Presented at a Tel Aviv University Faculty of Management Colloquium, Tel Aviv, Israel.

Zedeck, S.  (1993, February).  <u>Selection and placement of manpower:  Development of assessment centers</u> (invited seminar).  Presented at the meeting of the Israeli Association for Organizational Development, Caesarea, Israel.

Zedeck, S.  (1993, March).  <u>The influence of work on the family-work relationship</u>.  Presented at a Technion University Faculty of Industrial Engineering and Management Colloquium, Haifa, Israel.

Zedeck, S.  (1993, March).  <u>New approaches in selection</u>. Presented at a Bar Ilan University Department of Psychology Colloquium, Ramat Gan, Tel Aviv, Israel.

Zedeck, S.  (1993, March).  <u>Test theory and issues of discrimination</u>.  Presented at a Hebrew University Departments of Business Administration, Psychology, and Sociology joint colloquium, Jerusalem, Israel.

Zedeck, S.  (1993, March).  <u>New developments in human resources management</u>.  Seminar presented to Human Resources Management instructors, Open University, Tel Aviv, Israel.

Zedeck, S.  (1993, April).  <u>Test development from a content validity perspective</u>.  Workshop presented at the Israeli Psychological Association meeting, Industrial/Organizational Psychology section, Kibbutz Shefayim, Israel.

Zedeck, S.  (1993, June).  Content validity.  (Invited talk).  Presented at a meeting of Work and Organizational Psychologists, Open University, Heerlen, Netherlands.

Zedeck, S.  (1993, June).  Recent developments in test development and selection.  Presented at a University of Amsterdam Department of Work and Organizational Psychology colloquium, Amsterdam, Netherlands.

Zedeck, S.  (1994, March).  An alternate selection strategy:  Use of the sliding band.  (Invited talk).  Personnel Testing Council of Northern California, Folsom, CA.

Zedeck, S. (1994, July).  Alternatives to rank order selection.  In I. L. Goldstein (Chair), Emerging issues in selection research in complex organizational environments.  Symposium presented at the meeting of the International Association of Applied Psychology, Madrid, Spain.

Zedeck, S. (1994, July).  Chair, Work and family issues:  An international perspective.  Symposium presented at the meeting of the International Association of Applied Psychology, Madrid, Spain.

Zedeck, S. (1995, May).  Discussant in a symposium:  D. Davis (Chair), Work and organizational psychology in the Netherlands.  Symposium presented at the meeting of the Society for Industrial and Organizational Psychology, Orlando, Florida.

Zedeck, S. (1995, August).  Discussant in a symposium:  K. Jenn and L. Van Dyne (Chairs), Work/family issues and work outcomes (affect and performance) in high encounter service jobs:  Future research and human resource policy implications.  Symposium presented at the meeting of the Academy of Management, Vancouver, Canada.

Zedeck, S. (1996, March).  A video-based test of situational judgment (invited talk).  Personnel Testing Council of Northern California, Sacramento.

Zedeck, S. (1996, April).  Discussant in a symposium:  M. Erez (Chair), New perspectives on international industrial/ organizational psychology.  Commentary on the emerging role of diversity and work-family values in an international context.  Symposium presented at the meeting of the Society for Industrial and Organizational Psychology, San Diego.

Zedeck, S. (1996, June).  Industrial and Organizational Psychology in the Year 2000 (invited address).  Presented at the meeting of the American Psychological Society, San Francisco, CA.

Zedeck, S. (1996, August).  The Pro's and Con's of Banded Certification (invited talk).  Presented at the meeting of the California State Personnel Board, "2001 - A Selection Odyssey," Sacramento, CA.

Zedeck, S.  (1997, June).  Issues in public sector testing:  The good, the bad, and the ugly!  (invited talk).  International Personnel Management Association Assessment Council Conference, Newport Beach, CA.

Maslach, C., Zedeck, S., Skitka, L. J., & Mosier, K.  (1997, April).  Health outcomes of job burnout.  Paper presented at the meeting of the Society of Behavioral Medicine, San Francisco, CA.

Zedeck, S.  (1997, August).  Participant on a panel discussion.  Affirmative action:  The national debate.  American Bar Association meeting, San Francisco, CA.

Zedeck, S. (1998, March).  Panelist: The impact of Proposition 209 on hiring and promotion decisions. Panel discussion presented at the meeting of the Personnel Testing Counsel of Northern California, Concord, CA.

Zedeck, S. (1998, April).  Panelist in a panel discussion:  M. Campion  (Chair), The controversy over score banding in personnel selection.  Panel discussion presented at the meeting of the Society for Industrial and Organizational Psychology, Dallas.

Zedeck, S.  (1998, September).  Video-based testing for assessing judgment and ability (invited talk).  Presented at the meeting of the Personnel Testing Council of Southern California, Los Angeles.

Zedeck, S.  (1999, March).  Now on video: Employee testing (invited talk; MCEP credit). Presented at the meeting of the California Psychological Association, San Diego.

Zedeck, S. (1999, May).  Discussant in a symposium: J. A. Ryer (Chair), The validity of job analysis judgments.  Symposium presented at the meeting of the Society for Industrial and Organizational Psychology, Atlanta.

Zedeck, S. (1999, May).  Discussant in a symposium: N. R. French (Chair), Perspectives on the future of personnel research.  Symposium presented at the meeting of the Society for Industrial and Organizational Psychology, Atlanta.

Zedeck, S. (1999, May).  Panelist in a panel discussion: L. B. Hammer (Chair), Theory, or lack thereof, in work-family research.  Panel discussion presented at the meeting of the Society for Industrial and Organizational Psychology, Atlanta.

Zedeck, S.  (2000, November).  Employment testing and adverse impact. Presented at a Baruch College, CUNY, Department of Psychology Colloquium, New York City.

Zedeck, S.  (2001, February).  Employment testing and adverse impact. Presented at a University of Sydney, Department of Psychology Colloquium, Sydney, Australia.

Zedeck, S.  (2001, February).  Employment testing -- Issues and alternatives.  Invited talk to the College of Organisational Psychology, Australian Psychology Society, Sydney, Australia.

Zedeck, S.  (2001, February).  From law to science.  Invited talk to the Society of Organizational Behavior, Australia. Sydney, Australia.

Zedeck, S.  (2001, March).  Human Resources Issues in the 21st Century: Trends and Changes Implications for HR for HR Managers.  Invited talk to on-line recruiters, Shen Zhen, China.

Zedeck, S.  (2001, April).  Human Resources Issues in the 21st Century: Trends and Changes Implications for HR for HR Managers.  Invited talk to HR managers, Beijing, China
.
Zedeck, S.  (2002, February).  Predicting Lawyering Success: How and Why?  Invited talk to Bay Area Applied Psychology group, Oakland, California.

Zedeck, S.  (2002, February).  Update on the Revision of the *Principles for the Validation and use of Personnel Selection Procedures*.  Invited talk to the PTC/NC, Pacific Grove, California.

Zedeck, S.  (2003, January).  Where Are We Headed?  Improving the Competence of Law Schools.  Invited talk to the Association of American Law Schools, Washington, D.C.

Zedeck, S.  (2003, June).  Editors' Panel.  Panel Discussion, International Association for Chinese Management Research, Beijing, China.

Wong, E., & Zedeck, S.  (2003, August).  Post-Retirement Work: Factors Related to the Return to Paid or Unpaid Work.  Paper presented at the meetings of the Academy of Management, Seattle, WA.

Zedeck, S. (2004, February).  Foundations and Trends in HR Selection. Invited talk to Marriott Hotel HR staff, San Francisco, CA.

Zedeck, S.  (2004, March).  Assessing and Predicting Lawyering Effectiveness.  Invited talk as part of the 2004 Mitchell Lecture, University of Buffalo Law School, Buffalo, NY.

Zedeck, S., Shultz, M., & Clark, J. H.  (2004, April).  Effectiveness Factors for Lawyering Performance.  In W. Camara (Chair), Complementary Tests for Admissions to Academic Institutions: Beyond Cognitive Ability.  Symposium presented at the meeting of the Society for Industrial and Organizational Psychology, Chicago, Illinois.

Zedeck, S.  (2004, June).  Work values of Chinese employees.  Keynote Panel Address, International Association for Chinese Management Research, Beijing, China.

Zedeck, S.  (2004, June).  Predicting performance effectiveness: The case of lawyers.  Invited talk to Department of Psychology, Peking University, Beijing, China.

Zedeck, S.  (2004, June).  Predicting performance effectiveness: The case of lawyers.  Invited talk to Ghuanghua School of Management, Peking University, Beijing, China.

Zedeck, S.  (2004, June).  Predicting performance effectiveness: The case of lawyers.  Invited talk to HR group, Guangzhou, China.

Zedeck, S.  (2004, November).  <u>Assessing and predicting lawyering effectiveness</u>.  Invited talk to the I/O group, Pennsylvania State University.

Zedeck, S.  (2004, December).  <u>Assessing and predicting lawyering effectiveness</u>.  Invited talk to the I/O group, Baruch College, City University of New York.

Cascio, W., Cowieson, N., & Zedeck, S.  (2005, February 28).  <u>Recent developments in test-score use in personnel selection</u>.  Panel discussion sponsored by the Hong Kong Baptist University Department of Management, Hong Kong.

Zedeck, S.  (2005, March).  <u>Assessing and predicting lawyering effectiveness</u>.  Invited talk to the Department of Management & Marketing, The Hong Kong Polytechnic University.

Zedeck, S.  (2005, April).  <u>Dimensions of merit for successful lawyering.</u>  Invited talk to the National Conference of Bar Examiners, Seattle.

Zedeck, S.  (2005, May).  <u>Assessing and predicting effectiveness of lawyering.</u>  Invited talk to the Department of Psychology, University of Amsterdam, Amsterdam.

Zedeck, S.  (2005, May).  <u>Assessing and predicting effectiveness of lawyering.</u>  Invited talk to the PHRRG, University of Amsterdam, Amsterdam.

Zedeck, S.  (2006, February).  <u>Assessing and predicting effectiveness of lawyering:  Trials and Tribulations</u>.  Invited talk to the Department of Psychology, Rice University, Houston.

Zedeck, S. (2006, May).  Chair, <u>A Frank Discussion of Adverse Impact</u>.  Symposium presented at the meeting of the Society for Industrial and Organizational Psychology, Dallas.

Zedeck, S. (2006, May).  Discussant in a symposium: L. Duan & K. Yusko  (Co-Chairs), <u>Testing Strategies for Reducing Adverse Impact</u>.  Symposium presented at the meeting of the Society for Industrial and Organizational Psychology, Dallas.

Zedeck, S.  (2006, May 24).  <u>Shut out:  Is higher education truly public?  Ten years after Proposition 209</u>.  Panel discussion sponsored by the Asian Pacific American Bar Association of Los Angeles County, Los Angeles.

Zedeck, S.  (2006, May 25).  <u>Prop 209 ten years later:  The decline of blacks and browns in higher education</u>.  Panel discussion sponsored by the African American and Latino Bar Associations of Los Angeles County, Los Angeles.

Zedeck, S.  (2006, June 25).  <u>Social justice in the development and defense of employment selection systems</u>.  Invited talk to the Society for the Psychological Study of Social Issues, Long Beach, CA.

Zedeck, S. (2007, April).  Discussant in a symposium: R. Ilies  (Chair), <u>Effects of Work Demands on Employee Health and Well-Being</u>.  Symposium presented at the meeting of the Society for Industrial and Organizational Psychology, New York.

Zedeck, S. (2007, April).  Discussant in a symposium: H. Aguinis, Y. Baruch, A. Konrad, and W. Starbuck  (Co-Chairs), <u>Journal Editing:  An Opening of the Black Box.</u>  Symposium

presented at the meeting of the Society for Industrial and Organizational Psychology, New York.

Zedeck, S.  (2007, October).  <u>Predicting Lawyering Effectiveness:  Alternative Strategies</u>. Invited talk to the Division III group of the California Psychological Association, Alliant University, San Francisco.

Zedeck, S.  (2008, January).  Participant in a "Forum on Social Science Research and Title VII Class Action Litigation."  Sponsored by a joint project of Cornell University ILR Labor and Employment Law Program and The Impact Fund, New York City.

Zedeck, S.  (2008, April).  Discussant in a symposium: L. Nieminen and J. Arnold  (Co-Chairs), <u>Validation Strategies:  Ensuring Situational Sufficiency and "Appropriate" Professional Rigor.</u>  Symposium presented at the meeting of the Society for Industrial and Organizational Psychology, San Francisco.

Zedeck, S.  (2008, May).  <u>Measuring the effectiveness of lawyers' performance and its predictability:  Results of a 7-year study</u>.  Invited talk at Tsinghua University, Beijing, China.

Zedeck, S.  (2008, May).  <u>How to publish in a top-tiered journal:  Background and advice.</u> Invited talk at Tsinghua University, Beijing, China.

Zedeck, S.  (2009, October).  Barriers to employment:  The selection process.  Invited talk to the Public Interest Law Center of Philadelphia, Philadelphia, PA.

Zedeck, S., & Shultz, M.  (2009, October).  Predicting lawyer effectiveness: A new assessment for use in law school admission decisions.  Invited talk to the American Bar Association, President's Advisory Council on Diversity.  Spokane, WA.

Zedeck, S.  (2009, October).  Invited panelist:  Ricci vs. DeStefano:  How the Supreme Court got it wrong and why we should care.  Sponsored by the Bar Association of San Francisco, Lawyers' Committee for Civil Rights.  San Francisco, CA.

Shultz, M., & Zedeck, S.  (2009, November).  Predicting lawyer effectiveness: A new assessment for use in law school admission decisions.  Presented at the Conference on Empirical Legal Studies, Los Angeles, CA.

Zedeck, S.  (2010, March).  Predicting lawyer effectiveness: A new assessment for use in law school admission decisions.  Presented at the 2010 IOOB Conference, Houston, TX.

Zedeck, S.  (2010, April).  Discussant in a symposium: H. Aguinis (Chair), <u>Solutions for Solving the Adverse Impact-Validity Dilemma.</u>  Symposium presented at the meeting of the Society for Industrial and Organizational Psychology, Atlanta, GA.

Zedeck, S.  (2010, April).  Predicting lawyer effectiveness: A new assessment for use in law school admission decisions.  Invited talk at Department of Psychology, Bowling Green State University, Bowling Green, OH.

Zedeck, S., & Shultz, M.  (2010, May).  New Constructs and Measures for Law School Admissions.  In P. Kyllonen (Chair), <u>New Constructs and New Measures for Higher Education Admissions</u>.  Symposium presented at the meeting of the National Council on Measurement in Education, Denver, CO.

Zedeck, S.  (2011, April).  Predicting lawyer effectiveness: A new assessment for use in law school admission decisions.  Invited talk to the San Diego Industrial/Organizational Psychology Professionals, San Diego, CA.

Shultz, M., & Zedeck, S.  (2011, April).  Beyond grades and scores:  Factors predicting lawyer success and effectiveness.  Invited talk to the National Association of Legal Career Professionals, Palm Desert, CA.

Zedeck, S.  (2011, September).  Predicting lawyer effectiveness: A new assessment for use in law school admission decisions.  Invited talk to the Houston Association for Industrial/Organizational Psychology.  Houston, TX.

Zedeck, S. (2011, December).  Predicting lawyer effectiveness:  Extension from predicting law school admission to lawyering effectiveness.  Keynote address to the Israel Organizational Behavior Conference.  Tel Aviv, Israel.

Zedeck, S., & Shultz, M.  (2012, August).  Discussant in a symposium.  In P. Kyllonen (Chair), <u>New Constructs and Measures for Next Generation Higher Education Admissions</u>.  Symposium presented at the meeting of the American Psychological Association, Orlando, FL.

Zedeck, S. (2012, August).  Moderator, <u>Presidential Program:  What is interdisciplinary team science?  Conceptual frameworks</u>.  Symposium presented at the meeting of the American Psychological Association, Orlando, FL.

Shultz, M., & Zedeck, S. (2012, November).  Predicting and measuring professional effectiveness of lawyers.  Presented at the PilotLegis Conference, Las Vegas, NV.

Zedeck, S. (2013, January).  Predicting lawyer effectiveness with non-cognitive measures:  Use in law school admission decisions.  Presentation at the conference:  "Attributes that Matter:  Beyond the Usual in College Admission and Success."  Presented at University of Southern California, Los Angeles, CA.

Zedeck, S.  (2013, February).  Predicting lawyer effectiveness: A new assessment for use in law school admission decisions.  Presented at a San Francisco State University Psychology Department Colloquium.

Zedeck, S.  (2013, March).  <u>Predicting lawyer effectiveness:  A new assessment for use in law school admission decisions</u>.  Invited talk to the School of Business, Department of Management, Hong Kong Baptist University, Hong Kong.

Zedeck, S.  (2013, March).  <u>How to publish in a top-tiered journal:  Advice, tips, and guidelines</u>.  Invited talk to the School of Business, Department of Management, Hong Kong Baptist University, Hong Kong.

Zedeck, S.  (2013, April).  <u>Alternative components in the Law School Admission Test (LSAT)</u>.  In N. Schmitt (Chair), <u>I-O in educational contexts:  Selection of teachers and students</u>.  Symposium conducted at the meeting of the Society for Industrial and Organizational Psychology, Houston, TX.

Zedeck, S. (2013, May).  Discussant as part of a workshop on "Evaluating Judicial Performance."  Presented at the International Institute for the Sociology of Law, Onati, Spain.

Zedeck, S.  (2014, May).  Panel Discussion:  Fisher v. University of Texas:  The future of affirmative action.  Presented at the meeting of the Society for Industrial and Organizational Psychology, Oahu, Hawaii.

Zedeck, S. (2016, May).  Non-cognitive testing in high-stakes testing arenas (invited talk).  Presented at the meeting of the Metropolitan New York Association for Applied Psychology, New York.

Shultz, M., & Zedeck, S.  (2017, March).  Lawyer effectiveness before, during, and after law school.  Invited participation in panel on "During Law School," American Bar Foundation & National Science Foundation conference on "Legal Education in Crisis?  Bringing Researchers and Resources Together to Generate New Scientific Insights."  Chicago, Illinois.

Cascio, W. F., & Zedeck, S. (2017, April).  SIOP Seminar:  Bridging the Scientist-Practitioner Gap: Becoming a Better-Informed Consumer of Research Findings.  Presented at the meeting of the Society for Industrial and Organizational Psychology, Orlando, Fl.

Zedeck, S.  (2018, April).  Alternative Session Type with Presenters:  Adverse Impact Analysis: The Who, What, When, How and Why.  Presented at the meeting of the Society for Industrial and Organizational Psychology, Chicago, Ill.

Zedeck, S.  (2019, April).  Panel Discussion:  From the editors:  Discussing publishing, the state of the field, and the future.  Presented at the meeting of the Society for Industrial and Organizational Psychology, National Harbor, Maryland.

Zedeck, S. (2019, October).  Reflections on 50 Years as an I/O Psychologist.  Invited address to Bowling Green State University I-O 50th Anniversary Celebration.

Zedeck, S. (2019, November).  Invited presentations:  (1) <u>Current Research Interests</u> and (2) <u>How to Publish in a Top-tiered Journal:  Advice, Tips, and Guidelines</u>.  Presented at an applied psychology forum at Peking University, Beijing, China.

9/23