## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA BIRD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-1581 (JMC) |
| ) | |
| MERRICK GARLAND, Attorney General ) | |
| of the United States, named in his official ) | |
| capacity, as head of the Department ) | |
| of Justice, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR REFERRAL TO
## DISTRICT COURT MEDIATION PROGRAM

The parties, by undersigned counsel, file this Joint Motion to request that the Court refer the above-captioned matter for mediation of the individual claims of Plaintiffs Spencer Lee and Erika Wesley through this Court's voluntary District Court Mediation Program. The parties would welcome any mediator the Court deems it appropriate to assign to this matter, but believe that a multi-person team is no longer necessary now that the only remaining claims are those of two individual plaintiffs. Accordingly, the parties request that the mediation program refer the case back to Ms. Dina Gold, who was a member of the prior mediation team.

1

Dated: December 11, 2024                                   Respectfully submitted


 /s/ Christine Webber                                      BRIAN M. BOYNTON
JOSEPH M. SELLERS (#318410)                                Principal Deputy Assistant Attorney General
CHRISTINE E. WEBBER (#439368)
REBECCA A. OJSERKIS (#1781442)                             EMILY NESTLER
DANA BUSGANG (#90006138)                                   Assistant Branch Director
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW,
Suite 800                                                   /s/ Amber Richer
Washington, DC 20005                                       AMBER RICHER (CA Bar No. 253918)
(202) 408-4600                                             ANNA DEFFEBACH (DC Bar No. 241346)
jsellers@cohenmilstein.com                                 ALLISON WALTER (DC Bar No. 90008637)
cwebber@cohenmilstein.com                                  Trial Attorneys, U.S. Department of Justice
rojserkis@cohenmilstein.com                                Civil Division, Federal Programs Branch
dbusgang@cohenmilstein.com                                 1100 L Street, N.W.
                                                           Washington, D.C. 20005
                                                           Tel.: (202) 514-3489
DAVID J. SHAFFER (#413484)                                 E-mail: amber.richer@usdoj.gov
David Shaffer Law PLLC
1629 K Street NW, Suite #300
Washington, DC 20006                                       *Counsel for Defendant*
(202) 508-1490
david.shaffer@davidshafferlaw.com


*Attorneys for Plaintiffs*

2