## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA BIRD, *et al.*,      ) <br>      ) <br> Plaintiffs,      ) <br>      ) <br> v.      ) <br>      ) <br> MERRICK GARLAND, Attorney General of    ) <br> the United States, named in his official    ) <br> Capacity, as head of the Department of Justice,  ) <br>      ) <br> Defendant.      ) | Civil Action No. 1:19-CV-1581 (JMC) <br><br> Judge: Jia M. Cobb |

## PLAINTIFFS' UNOPPOSED MOTION TO CERTIFY THE CLASS FOR SETTLEMENT PURPOSES AND TO GRANT FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT

After over five years of litigation, discovery, and negotiation, Plaintiffs Paula Bird, Clare Coetzer, Lauren Rose, Danielle Snider, "D.A.", "S.B.", "D.C.", "P.E.", "W.M.", "C.S.", "L.S.", "G.T.", and "T.S." ("Plaintiffs") and Defendant Merrick Garland, in his official capacity as head of the Department of Justice ("Defendant") have reached an agreement to resolve some of the claims in this action on a classwide basis. On October 16, 2024, the Court granted preliminary approval of the previously filed Class Action Settlement Agreement ("Agreement") and directed notice to be issued to the Settlement Class. Dkt. 104. Notice was provided in accordance with the Court's Order and the terms of the Agreement, and the response of the Settlement Class has been uniformly positive. Now, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs hereby move the Court for an order certifying the Class for purposes of settlement only and granting final approval of the Settlement. Defendant does not oppose this Motion.

For the reasons set forth in the accompanying memorandum of points and authorities, Plaintiffs respectfully request that the Court enter the proposed Final Approval Order, attached as

Exhibit 1 to the corresponding memorandum, and Final Judgment, attached as Exhibit 2 to the corresponding memorandum.

January 2, 2025                                    Respectfully submitted,

*/s/ Christine E. Webber*
Joseph M. Sellers (#318410)
Christine E. Webber (#439368)
Rebecca A. Ojserkis (#1781442)
Dana Busgang (#90006138)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
(202) 408-4600
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
rojserkis@cohenmilstein.com
dbusgang@cohenmilstein.com

David J. Shaffer (#413484)
David Shaffer Law PLLC
5012 Aurora Dr.
Kensington, MD 20895
(202) 508-1490
david.shaffer@davidshafferlaw.com

*Attorneys for Plaintiffs*